**CV 17-6457**

**ORIGINAL**

**DONNELLY, J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**BLOOM, M.J.**

_____

JAMES BENBOW
_____
              Plaintiff,

[Insert full name of plaintiff/prisoner]

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND

YES __X__   NO _____

        -against-

Police Officer Brian W. Feely, Et. al.

Police Officer Matthew J. Rosiello,

Police Officer Kenneth L. Anderson,

Sergeant William A. Daib,

Police Officer Shaniel A. Mitchell,

Police Officer Stephen T. Minucci,
              Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.   Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

     A.  Name of plaintiff  **JAMES BENBOW B&C # 141-17-04208**

     If you are incarcerated, provide the name of the facility and address:

     North Infirmary Command

     1500 Hazen Street

     East Elmhurst, New York  11370

     Prisoner ID Number: __B & C #141-17-04208__

Defendant No. 3A    **Sergeant William A. Daib**

**NYPD Sergeant, Assigned Command 077**
(Conditions Team)

**Shield # 4730**

**123rd Precinct**
Address

Defendant No. 4    **Police Officer Shaniel A. Mitchell**
Full Name

**Police Officer, Assigned Command 077 Anti-Crime**
Job Title

**Shield # 3304**

**105th Precinct**
Address

Defendant No. 5    **Police Officer Stephen T. Minucci**
Full Name

**Police Officer Assigned Command 077 Anti-Crime**
Job Title

**Shield # 7979**

**68th Precinct**
Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? **Downtown Brooklyn, in the County of Kings in the vicinity of 180 Nassau Street between Bridge & Duffield Streets.**

When did the events happen? (include approximate time and date) **On March 7th, 2015 approximately 12:53 AM.**

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____


B. List all defendants. You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

**Police Officer Brian W. Feely**
Full Name

**Police Officer, Assigned Command 077**
Job Title                    **(Conditions Team)**

**Shield # 2768**

**SC - 4th Precinct**
Address

Defendant No. 2

**Police Officer Matthew J. Rosiello**
Full Name

**Police Officer, Assigned Command 077**
Job Title                    **(Conditions Team)**

**Shield # 20090**

**SC - 3rd Precinct**
Address

Defendant No. 3

**Police Officer Kenneth L. Anderson**
Full Name

**Police Officer, Assigned Command 077**
Job Title                    **(Conditions Team)**

**NC - 1st Precinct**

Facts: (what happened?) On March 7th, 2015, approximately 12:53 AM in the vicinity of 180 Nassau Street (Bet. Bridge and Duffield Streets), after exiting the Amarichi Prime Resturaunt & Lounge in Downtown Brooklyn, County of Kings, State of New York, without just cause or provocation, plaintiff (James Benbow) was physically assaulted and battered by one or more member(s), officer(s) and/or agents of the New York Police Department, who were acting within the scope of their official employment and/or course of their duties with the City of New York and/or the New York City Police Department. Plaintiff was seriously and physically injured when shot two times in the back by one or more police officers of the New York Police Department, Brooklyn North Narcotics Division. Plaintiff was then arrested without probable cause and wrongfully detained and remains so wrongfully detained. In intentionally and negligently inflicting serious and/or severe physical injuries, causing conscious pain and suffering and serious emotional injuries, in negligently shooting, in negligently hiring, training and/or supervising police officers of the New York Police Department, and (see additional page)

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Plaintiff suffered severe physical injuries, conscious pain and suffering, mental and emotional injuries, loss of liberty, loss and/or deprivation of civil rights, fear, humiliation, medical expenses, loss of earnings and earning capacity. Plaintiff's injuries required immediate surgery to remove the bullets from his back.

Cont.

## F A C T S

in all other ways, the City of New York, and/or the New York City Police Department, its agents, servants, employees and/or police officers were negligent, careless, and reckless.

-2-

Said surgery was performed at Kings County Hospital & Trauma Center, located at 451 Clarkson Avenue, Brooklyn, New York 11203. Plaintiff has suffered losses in excess of twenty-five million dollars. ($25,000,000.00)

III.  Relief: State what relief you are seeking if you prevail on your complaint.

Plaintiff seeks : Declaratory damages, compensatory damages, and punative damages in excess of twenty-five million dollars ($25,000,000.00).

I declare under penalty of perjury that on _____, I delivered this
(date)
complaint to prison authorities at __North Infirmary Command__ to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/28/17

Signature of Plaintiff  James Benbow

__North Infirmary Command__
Name of Prison Facility or Address if not incarcerated

__North Infirmary Command (N.I.C.)__
__1500 Hazen Street (Riker's Island)__
__East Elmhurst, New York 11370__
Address

__B&C # 141-17-04208__
Prisoner ID#

rev. 12/1/2015