AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

## UNITED STATES DISTRICT COURT
### for the

★ DEC 18 2017 ★

BROOKLYN OFFICE

|  |  |  |
|---|---|---|
| **JAMES BENBOW** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. **17 CV 6457 (AMD)(LB)** |
| **Police Officer Brian W. Feely et al.** | ) | |
| *Defendant* | ) | |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| Jmaes Benbow | *James Benbow* | 12-10-17 |
|  |  |  |
|  |  |  |
|  |  |  |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: **12-10-17**

_____
*District Judge's signature*

James Benbow Plaintiff

*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States
          magistrate judge.  Do not return this form to a judge.

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 18 2017 ★

4:15 PM  RV

BROOKLYN OFFICE

Mr. James Benbow # 141-17-04208
North Infirmary Command
1-500 Hazen Street
East Elmhurst, New York 11370

L E G A L   M A I L

11201-183299

L E G A L   M A I L

Attn.: Pro se Clerk

UNITED STATES DISTRICT COURT
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

L E G A L   M A I L

L E G A L   M A I L