

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

JOSEPH RIZZA
phone: (212) 356-2670
fax: (212) 356-3509
jrizza@law.nyc.gov

February 7, 2018

**BY ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: James Benbow v. Police Officer Brian Feely, et. al.
       17 CV 06457 (AMD) (LB)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and am assigned to defend the above-referenced matter. The Office of Corporation Counsel writes to comply with the Court's Order pursuant to Valentin v. Dinkins, issued on January 18, 2018.

  By way of background, plaintiff alleges, upon a liberal construction, that on or about March 7, 2015, he was falsely arrested, subjected to excessive force and is currently being maliciously prosecuted. See generally Complaint. In connection with his March 7, 2015 arrest, plaintiff is currently charged with, *inter alia*, Criminal Possession of a Weapon in the Second Degree. The underlying criminal matter is currently pending in Kings County Supreme Court – Criminal Term. Both parties agreed to a stay pending the outcome of the criminal matter. The Court granted the requested stay pending service on all individually-named defendants.

  On January 19, 2018, the Court ordered this Office to provide the address where defendant Shaniel A. Mitchell may be served. Upon information and belief, no individual by the name of Shaniel A. Mitchell is or was employed by the New York City Police Department. However, this Office was able to locate an individual by the name of Shaneil Mitchell, who, upon information and belief, is a Detective in the Gang Squad at Brooklyn North. Detective Mitchell may be served at:

- One Police Plaza, Room 1200, New York, NY 10038.

Thank you for your attention herein.

>Respectfully submitted,
>
>/s/
>
>Joseph Rizza
>Assistant Corporation Counsel
>Special Federal Litigation Division

cc: James Benbow
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
North Infirmary Command
1500 Hazen Street
East Elmhurst, NY 11370
*Plaintiff pro se*
(*via first class mail*)