IN CLERK'S OFFICE
US DISTRICT COURT

★ DEC 14 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES BENBOW,

                Plaintiff,

-against-

POLICE OFFICER BRIAN W. FEELY, POLICE OFFICER MATTHEW J. ROSIELLO, POLICE OFFICER KENNETH L. ANDERSON, SERGEANT WILLIAM A. DAIB, DETECTIVE SHANEIL MITCHELL, and POLICE OFFICER STEPHEN T. MINUCCI,

                Defendants.
-----------------------------------------------------------------X

**ORDER
17 CV 6457 (AMD)(LB)**

**BLOOM, United States Magistrate Judge:**

On September 13, 2018, the Court granted defendants' request to stay this case pending the resolution of plaintiff's underlying criminal proceedings and directed defendants to file a status report by December 13, 2018, or as soon as plaintiff's criminal proceeding resolved, whichever was earlier. ECF No. 38.

By letter dated December 13, 2018, the Office of Corporation Counsel reports that plaintiff's underlying criminal proceedings are still pending; plaintiff's sentencing hearing in state court is currently scheduled for December 18, 2018. ECF No. 40. Accordingly, defendants shall file a status report regarding plaintiff's underlying criminal proceedings by February 1, 2019, or as soon as plaintiff's criminal proceeding resolves, whichever is earlier.

SO ORDERED.

                /S/ Judge Lois Bloom
                _____
                LOIS BLOOM
                United States Magistrate Judge

Dated: December 14, 2018
       Brooklyn, New York