FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 23 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES BENBOW,

                Plaintiff,

    -against-

BRIAN W. FEELY, MATTHEW J. ROSIELLO,
KENNETH L. ANDERSON, WILLIAM A. DAIB,
SHANEIL MITCHELL, and STEPHEN T. MINUCCI,

                Defendants.
-----------------------------------------------------------------X

**ORDER**
**17 CV 6457 (AMD)(LB)**

**BLOOM, United States Magistrate Judge:**

The Office of the Corporation Counsel requests that the Court extend the stay of this case until after the resolution of the Civilian Complaint Review Board's ("CCRB") investigation into the facts underlying the instant lawsuit. ECF No. 43. Counsel's letter is silent as to whether the Office attempted to reach plaintiff to discuss this request. In the future, the Office must attempt to contact plaintiff <u>before</u> making an application to the Court. However, given the short duration of the stay requested, the Court grants the request and stays the case until February 1, 2019. The Office of the Corporation Counsel shall file a letter informing the Court of the status of the CCRB investigation by February 1, 2019.

SO ORDERED.

                                                      /S/ Judge Lois Bloom
                                                      LOIS BLOOM
                                                      United States Magistrate Judge

Dated: January 23, 2019
       Brooklyn, New York