

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JOSHUA A. WEINER
*Senior Counsel*
Phone: (212) 356-2249
Fax: (212) 356-1148
jweiner@law.nyc.gov

February 1, 2019

**VIA ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>James Benbow v. P.O. Feeley, et al.</u>
               17-CV-6457 (AMD) (LB)

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent Defendants Rosiello, Anderson, and Minucci. I write in compliance with Your Honor's Order, dated January 24, 2019 (ECF No. 44), instructing this Office to "file a letter informing the Court of the status of the CCRB investigation by 2/1/2019." This Office submits that the CCRB investigation of the facts underlying the instant lawsuit has been completed. As such, this Office does not intend to object should the Court lift the stay of this action. Thank you for your attention to this matter.

      Respectfully submitted,

      /s/

      Joshua A. Weiner

cc:   **VIA FIRST CLASS MAIL**
      James Benbow
      DIN# 19R0016
      Franklin Correctional Facility
      62 Bare Hill Road
      P.O. Box 10
      Malone,, NY 12953