# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

Hon. Lois Bloom
United States Magistrate Judge

Civil Conference Appearance Sheet

## INITIAL (TELEPHONE) CONFERENCE

## MARCH 21, 2019

Case Name: <u>Benbow v. Feely et al</u>

Docket Number: 17-cv-06457

Tick Numbers: 9:35 – 10:14
Total Time in Court: 39 min.

**Plaintiff/~~Plaintiff's Counsel:~~** (Pro Se)

Name: Mr. James Benbow

Address/~~Firm~~: Franklin Correctional Facility

Telephone: _____

☐ This is a new address.

**Defendant(s):**

Counsel: Joshua Weiner

Firm Name: NYC Law Department

Counsel: _____

Firm Name: _____