Recieved 4/15/19 T.H

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y. ⋆
★ APR 12 2019 ★
4:17 PM RDC
BROOKLYN OFFICE

JAMES BENBOW          April 9, 2019

17 CV 6457 (AMD) (LB)

Dear,
    Hon Bloom I'm writing you to inform you that I made my parole Board and I will be release may 16, 2019 my address is 177 Sands St Brooklyn, New York 11201 Apt#7D

                     Thank You
                     Very
                     Much

RECEIVED
APR 12 2019
PRO SE OFFICE

FRANKLIN CORRECTIONAL FACILITY
62 BARE HILL ROAD, P.O. BOX 10
MALONE, NEW YORK 12953

NAME: JAMES BORBON DIN: 19L0016

ZIP 12953
041L11251101

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

11201181518059

LEGAL MAIL