

*Z*ACHARY W. C*ARTER*
*Corporation Counsel*

T*HE* C*ITY OF* N*EW* Y*ORK*
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JOSHUA A. WEINER
*Senior Counsel*
Phone: (212) 356-2249
jweiner@law.nyc.gov

June 24, 2019

**VIA ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY 11201

      Re:    *James Benbow v. Police Officer Feeley, et al.*, 17-CV-6457 (AMD) (LB)

Your Honor:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney representing defendants in the above-referenced matter. Defendants submit this status letter, jointly with counsel for Plaintiff James Benbow, in accordance with Your Honor's June 4, 2019 order.

      By way of background, in his complaint, Plaintiff alleges that on March 7, 2015, he was shot with a firearm and then detained, in violation of his constitutional rights. (See Compl. at pp. 4-6. (ECF No. 1).) Defendants deny any and all liability. (See Defs.' Answer (ECF. No. 45).) At the June 4, 2019 status conference in this matter, the Court ordered that, by June 24, 2019, (1) the parties shall file a mutual confidentiality order; (2) plaintiff shall serve his Rule 26(a)(1) initial disclosures; and (3) the parties shall file a joint status letter with their Rule 26(f) meeting report. (See 6/4/19 Docket Entry.)

      The parties submit that they have complied with the above-referenced orders. Plaitniff served his Rule 26(a)(1) initial disclosures on June 24, 2019[1] and the parties have attached as Exhibit A to this letter a proposed stipulation and confidentiality order. Further, the parties conducted a Rule 26(f) conference on June 21, 2019. The Rule 26(f) conference report is attached to this letter as Exhibit B.

      We thank the Court for its attention to this matter.

---

[1] Defendants served their Rule 26(a)(1) initial disclosures on Plaintiff at the June 4, 2019 status conference.

- 2 -

Very truly yours,

\_\_\_\_/s/\_\_\_ _____
Joshua A. Weiner
*Senior Counsel*

Encl.

Cc:  Aymen A Aboushi, Esq.
   *Attorney for Plaintiff*