# THE ABOUSHI LAW FIRM

1441 Broadway, 5th Floor, New York, NY 10018
235 Lakeview Avenue, Clifton, NJ 07011

Tel: 212.391.8500          Fax: 212.391.8508          www.Aboushi.com

July 9, 2019

Hon. Lois Bloom, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Via:  ECF

      Re:        Benbow v. Feeley, et al.,
                17-cv-06457-AMD-LB

Dear Judge Bloom,

      I represent the Plaintiff in this matter and write to respectfully request that the appearance scheduled for August 9, 2019 be adjourned as I am not available on that date.

      The parties are available during the afternoon of August 6 or 8, and respectfully request that the conference be moved to either of those dates. I appreciate the Court's attention to this matter.

                      Respectfully submitted,
                      s/Aymen A. Aboushi
                      Aymen A. Aboushi, Esq.

Cc: All counsel of record via ECF