

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOSHUA A. WEINER**
*Senior Counsel*
Phone: (212) 356-2249
Fax: (212) 356-1148
jweiner@law.nyc.gov

September 12, 2019

**VIA ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>James Benbow v. Feeley, et al.</u>
            17-CV-6457 (AMD) (LB)

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendants in the above-referenced matter. Defendants respectfully request an adjournment of the status conference currently scheduled for September 25, 2019 at 9:00 a.m. due to the undersigned's obligation to report for jury duty at that time. Plaintiff consents to the adjournment. This is defendants' first request to adjourn the September 25 status conference. Should the Court grant the instant request, the parties are available to participate in a conference on September 17 at 9:00 a.m., or at any time on September 24. Thank you for your attention to this matter.

                                              Respectfully submitted,

                                              /s/ Joshua A. Weiner

                                              Joshua A. Weiner

cc:    **VIA ECF**
      Aymen A. Aboushi, Esq.