

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOSHUA A. WEINER**
*Senior Counsel*
Phone: (212) 356-2249
Fax: (212) 356-1148
jweiner@law.nyc.gov

September 17, 2019

**VIA ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>James Benbow v. Feeley, et al.</u>
      17-CV-6457 (AMD) (LB)

Your Honor:

  I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendants in the above-referenced matter. Defendants respectfully request an adjournment of the status conference currently scheduled for September 24, 2019 at 11:00 a.m. Plaintiff consents to the adjournment. This is defendants' second request to adjourn the status conference. The Court granted defendants' first request for an adjournment. (<u>See</u> 9/13/2019 Order.) The requested adjournment is necessary because Plaintiff's counsel is unavailable to attend the conference as currently scheduled. Defendants had mistakenly informed the Court that Plaintiff's counsel was available at any time on September 24 (<u>see</u> 9/12/2019 letter (ECF No. 67)), when in fact, Plaintiff's counsel had advised that he was available only in the afternoon of September 24. Defendants apologize to the Court for the miscommunication. Should the Court grant the instant request, the parties are available to participate in a conference on September 24 in the afternoon, or at any time on October 10. Thank you for your attention to this matter.

                Respectfully submitted,

                /s/ Joshua A. Weiner

                Joshua A. Weiner

  cc: **VIA ECF**
     Aymen A. Aboushi, Esq.