# THE ABOUSHI LAW FIRM

1441 Broadway, 5th Floor, New York, NY 10018
235 Lakeview Avenue, Clifton, NJ 07011

Tel: 212.391.8500         Fax: 212.391.8508         www.Aboushi.com

December 21, 2020

Hon. Lois Bloom, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Via: ECF

    Re:    Benbow v. Feeley, et al.,
               17-cv-06457-ERK-LB

Dear Judge Bloom,

    I represent the Plaintiff, and with the consent of opposing counsel, I am writing to request an adjournment of the December 28, 2020 telephone conference. I will be traveling through December 30, 2020, and will have limited access to phone and email. This is the only request for an adjournment of this appearance. I thank the Court for its attention to this matter.

                                                    Respectfully submitted,
                                                    s/Aymen A. Aboushi
                                                    Aymen A. Aboushi, Esq.

Cc: All counsel of record via ECF