UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - x
JAMES BENBOW,
                            Plaintiff,

        -against-   Civ. No.:  17-CV-6457(EK)(LB)

CITY OF NEW YORK; POLICE OFFICER BRIAN W.
FEELY; POLICE OFFICER MATTHEW J. ROSIELLO;
POLICE OFFICER KENNETH L. ANDERSON; SERGEANT
WILLIAM A. DAIB; POLICE OFFICER SHANIEL J.
MITCHELL; and POLICE OFFICER STEPHEN J. MINUCCI,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - x

                     VIDEO CONFERENCE VIA ZOOM
                     Conducted by:
                     LEX REPORTING SERVICE
                     160 Broadway
                     New York, New York

                     October 9, 2020
                     2:02 p.m.

     **DEPOSITION** of **POLICE OFFICER KENNETH L. ANDERSON**, a Defendant in the above-entitled action, held remotely via Zoom videoconference, pursuant to Order, taken before Tania C. Pedrosa, a shorthand reporter and Notary Public within and for the State of New York.



LEX#159554

```
 1                                                              2
 2       A p p e a r a n c e s:
 3
 4             THE ABOUSHI LAW FIRM, PLLC
                     Attorneys for Plaintiff
 5                   1441 Broadway, Fifth Floor
                     New York, New York 10018
 6             BY:   AYMEN A. ABOUSHI, ESQ.
 7

 8
               JAMES E. JOHNSON, ESQ.
 9                   Corporation Counsel
                     Attorney for Defendants
10                   100 Church Street
                     New York, New York 10007
11             BY:   JOSHUA A. WEINER, ESQ.
                     FILE No.:  2017-066702
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

S T I P U L A T I O N S

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing, sealing and certification be and the same are hereby waived.

    IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question shall be reserved to the time of the trial.

    IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

```
                                                   4
         THE REPORTER:  This
deposition is being conducted via
Zoom videoconferencing.  All
parties present are appearing
remotely and are confirming that
they can hear and see through the
video without any technical
issues.
         Would counsel and the
witness please confirm.
             MR. ABOUSHI:  Confirmed.
             MR. WEINER:  Confirmed.
             THE WITNESS:  Confirmed.
             THE REPORTER:  Before I
swear in the witness, I will ask
counsel to stipulate on the
record that due to the national
emergency pandemic, the court
reporter may swear in the
deponent even though they are not
in the physical presence of the
deponent, and that there is no
objection to that at this time,
nor will there be an objection to
```

```
                                              5
 1
 2            it at a future date.
 3                 MR. WEINER:  Confirmed.
 4                 MR. ABOUSHI:  Confirmed.
 5                 THE REPORTER:  And, Counsel,
 6            can you represent that to the
 7            best of your knowledge and
 8            belief, the witness appearing
 9            today via videoconference is
10            indeed Kenneth Anderson?
11                 MR. WEINER:  To my
12            knowledge, yes.
13   K E N N E T H   L.   A N D E R S O N, the
14        witness herein via videoconference,
15        having first been duly sworn by a
16        Notary Public of the State of New York,
17        was examined and testified as follows:
18   EXAMINATION BY
19   MR. ABOUSHI:
20        Q    State your name for the record,
21   please.
22        A    Kenneth L. Anderson.
23        Q    State your address for the
24   record, please.
25                 MR. WEINER:  Just give them
```

```
 1                      K. L. Anderson                   83
 2      one who had direct contact with Marshall --
 3           Q      Marshall.
 4           A      -- that night.
 5           Q      So the answer to my question is
 6      it's correct, you did not have any direct
 7      contact --
 8           A      No, I did not have any direct
 9      contact with him.
10           Q      What car did you take to the
11      scene that night?
12           A      I was in a Crown Vic, unmarked.
13      It was black.
14           Q      Was it --
15           A      You need the exact number?
16           Q      Yes.
17           A      I would have to look at my memo
18      book for a second to refresh my memory.  Is
19      that all right?
20           Q      Is it 649?
21           A      It is --
22           Q      Or six --
23           A      -- 649.  649 -- it was either six
24      -- yeah, 649.  And I started the night in
25      another car, but yes.
```

```
 1                    K. L. Anderson                84
 2        Q    649, a lucky guess by my part.
 3        A    You have the notes.
 4        Q    Maybe, maybe not.
 5             So in terms of 649, that's a
 6   black Crown Vic, correct?
 7        A    Unmarked Crown Vic, correct.
 8        Q    Okay.  When you say "unmarked,"
 9   was it completely unmarked, was it made to
10   look like an Uber, was it made to look like a
11   livery or just no markings whatsoever?
12        A    Well, in 2017 I don't know if
13   Uber was even around yet.  But it was a black
14   unmarked Crown Vic with no -- no --
15   everything was subdued, like the light
16   package and everything, so it looks like --
17   more like a livery cab than an Uber.
18        Q    Okay.  Do you know if it had that
19   orange light in the front -- in the back like
20   livery cabs do?
21        A    No.
22        Q    The car that Sergeant Diab and
23   them were in, what kind of car was that?
24        A    That was a Ford Fusion.
25        Q    Okay.  Marked?  Unmarked?
```

```
 1                    K. L. Anderson                   91
 2         A     -- they're initiating the stop.
 3   They're trying -- like, for the most part,
 4   they're supposed to be handling the stop.
 5         Q     Okay.  And so you testified that
 6   you got out from the passenger's side and you
 7   made your way to the sidewalk; is that
 8   correct?
 9         A     Correct.
10         Q     Okay.  And how about Rosiello,
11   did he do the same?
12         A     He exited and was on the sidewalk
13   as well with -- with myself.
14         Q     Okay.  And where was Feeley?
15         A     He was still in the street.
16         Q     Okay.  Like, in the middle of the
17   street or by the car door where he was
18   driving -- the driver's door?
19         A     Well, it's not a real -- it's --
20   like, the street is pretty wide so there's --
21   it's, like, an arrow breakdown in the middle
22   and then there's -- it's like -- almost,
23   like, two lanes so he's on, like, the inner
24   part closer to the sidewalk but he's more
25   directly in the center of the street, I
```

```
1                    K. L. Anderson                    94
2    know exactly where.  He's somewhere on the
3    driver's -- driver's side of that vehicle in
4    front of me.
5         Q    Okay.  A few steps in front of
6    you more or less?
7         A    Correct.
8         Q    And at some point you see
9    Mr. Benbow running in your direction,
10   correct?
11        A    Correct.
12        Q    Okay.  And at some point
13   Mr. Benbow then cuts in between two cars,
14   essentially makes a right, correct?
15        A    Correct.
16        Q    Okay.  And he makes a right
17   towards -- in between two cars towards the
18   middle of the street; is that accurate?
19        A    Correct.
20        Q    Okay.  And at that point you and
21   Rosiello are essentially right next to each
22   other on the sidewalk, correct?
23                  MR. WEINER:  Objection.
24                  You can answer.
25        A    Not right in front.  He's -- he's
```

```
1                    K. L. Anderson                    95
2    still in front of me.
3          Q     Okay.  Rosiello is how far in
4    front of you?
5          A     A few -- a few steps.
6          Q     Okay.
7          A     Probably like five -- five or six
8    steps.
9          Q     Okay.  And are you directly in
10   front of each other or are you staggered?
11         A     A little bit staggered but let's
12   just say our statures aren't the same.  I'm a
13   little bit more thin and slim.  He's a little
14   -- a little bit more big-boned.
15         Q     Okay.  And then you all are on
16   the sidewalk.  And as Mr. Benbow is running
17   down the sidewalk, Officer Feeley is still --
18         A     In the street.
19         Q     -- where he was next to the car
20   or the -- I was going to say the RMP but next
21   to the Crown Vic, correct?
22         A     Yeah.  He's somewhere in the
23   street.
24         Q     Okay.  And Mr. Benbow then makes
25   a -- as he's coming towards you, he then
```

```
 1                    K. L. Anderson                    98
 2      between the two cars and was at the end of
 3      that --
 4           A     Correct.
 5           Q     -- towards the street, correct?
 6           A     Correct.
 7           Q     And Officer Rosiello fired his
 8      weapon, correct?
 9           A     Correct, one shot.
10           Q     Okay.  At the time that Officer
11      Rosiello fired his gun, did Mr. Benbow point
12      any weapons at you?
13           A     Mr. Benbow was running with a
14      firearm in his hand -- in his right hand.
15           Q     Okay.  Yeah.  My question is --
16                 MR. WEINER:  Wait.  Can you
17           --
18           Q     -- more specific --
19                 MR. WEINER:  -- let him
20           answer -- let him finish his --
21           Q     Oh, were you -- were you done?
22           A     I'm going to -- I'm going to
23      explain it.  I'm going to explain it.  So --
24           Q     Because I need you to just focus
25      on my question.  Your attorney can ask you
```

```
 1                     K. L. Anderson                    106
 2         A     Correct.
 3         Q     Okay.  Did you ever train your
 4   weapon on Mr. Benbow?
 5         A     Rephrase it.
 6         Q     Yeah.  Did you ever train your
 7   weapon on Mr. Benbow?
 8         A     Train my weapon?
 9               MR. WEINER:  Yeah.
10         Q     Aim your weapon at Mr. Benbow.
11               MR. WEINER:  Thank you.
12         A     Okay.  Aim my weapon, yes.
13         Q     Okay.  At what point did you aim
14   your weapon at Mr. Benbow?
15         A     When I could see that there was a
16   firearm in his hand.
17         Q     At what point -- okay.  Was that
18   when he was running down the sidewalk?
19         A     Yeah -- well, he had turned so
20   probably halfway since -- from running from
21   where he started from --
22         Q     Okay.
23         A     -- when I knew for -- for sure it
24   was a firearm in his hand.
25         Q     Okay.  So about half the distance
```

```
 1                    K. L. Anderson                107
 2    between where you were and where he started
 3    running, you realized, as you testified to,
 4    right, he had a weapon in his hand?
 5         A    Correct.
 6         Q    Okay.  And at that point you
 7    aimed your weapon at him, correct?
 8         A    Correct.
 9         Q    And you didn't fire at him,
10    correct?
11         A    Correct.
12         Q    Okay.  And he then broke in
13    between two cars, correct?
14         A    Correct.
15         Q    And when he first broke in
16    between two cars, you didn't fire at that
17    point, correct?
18         A    Rephrase that one more time.  I'm
19    sorry.
20         Q    Sure.  When he was running down
21    the sidewalk, he at some point made that
22    right in between two cars, correct?
23         A    Correct.
24         Q    When he first made that right to
25    get in between the two cars to head towards
```

```
 1                       K. L. Anderson                    108
 2     the street, you didn't fire at that point,
 3     correct?
 4          A     No.  My line of fire was
 5     obstructed by the other officer.
 6          Q     By who?
 7          A     Officer Rosiello.
 8          Q     Okay.  And could your line of
 9     fire be unobscured if you took a step to the
10     right or to the left?
11          A     That's -- you're -- you're
12     playing a very -- it's a hypothetical
13     question and I wouldn't -- I would have to --
14     I wouldn't say I would fire necessarily.
15     Because at the end of the day, he's -- you're
16     still firing at something that's moving so
17     you can't predict where his movement is going
18     to be in regards to where the other officer
19     was in front of me.  So if my -- if my line
20     of fire is obstructed, I'm going to assume he
21     has a better line of fire.  So that's why
22     there was no shot fired by me.
23          Q     Now, where was Officer Rosiello
24     in relationship to you when he fired his gun?
25          A     He's a little bit closer to the
```

```
1                K. L. Anderson                 109
2     street but he's probably, like, 3 or 4 feet
3     in front of me.
4          Q    Okay.  Is he more to the left or
5     to the right side of you?
6          A    So if I'm standing -- if I'm
7     standing on the sidewalk, the wall is on my
8     right-hand side and he's closer to the street
9     side.
10         Q    He's closer to the street side?
11         A    Correct.
12         Q    So it's the street, correct,
13    Officer Rosiello, correct, and then to
14    Officer Rosiello's right is you, and then
15    there's a wall to your right, correct?
16         A    Correct.
17         Q    Okay.  So you could see what was
18    going on, correct?
19         A    Correct.
20         Q    Okay.  And you could look over
21    and see where Officer Feeley was, correct?
22         A    I didn't see Feeley.
23         Q    Okay.  Why not?
24         A    I'm focusing on the gentleman
25    running at me and where he's going.  I'm not
```

```
 1                    K. L. Anderson                    122
 2         A     Nothing --
 3         Q     Mr. Bradley.
 4         A     Nothing of substance that I
 5   remember.
 6         Q     Okay.
 7         A     At some point he did mention he
 8   had weed, though, in his bag.  But other than
 9   that, nothing of substance that I recall from
10   that day.
11         Q     He just casually mentioned it to
12   you, like "I got weed in my bag"?
13               MR. WEINER:  Objection.
14         A     He was like -- I think -- he was
15   like, "I just got some weed.  I just got some
16   weed."  And his hands were, you know, still
17   up when I'm trying to secure him.
18         Q     At some point you holstered your
19   weapon, correct?
20         A     Correct.
21         Q     Okay.  At what point did you
22   holster your weapon?
23         A     When the gun goes flying out of
24   Mr. Benbow's hand.  He gets shot the -- the
25   final shot, he's falling to the ground, and
```

```
 1                    K. L. Anderson               123
 2     you see the gun travel in the air and land.
 3            Q     Okay.  And in terms of where you
 4     say Mr. Benbow was holding the gun, is it
 5     accurate to describe it like high and tight,
 6     like almost like a football running with it
 7     by the armpit?
 8            A     More like a track runner with a
 9     baton so it's a little bit -- it's more
10     loose.
11            Q     Okay.  Now, before your
12     deposition here today, did you speak with any
13     union representative about this case and
14     about your deposition?
15            A     A union rep, no.
16            Q     Yeah.
17            A     No.
18            Q     Did you ever try to stop Officer
19     Feeley from firing his weapon?
20            A     No.
21            Q     Did you ever try to stop Officer
22     Rosiello from firing his weapon?
23            A     No.
24            Q     Did you ever tell anyone that you
25     tried to stop Officer Rosiello from firing
```

```
 1                    K. L. Anderson                 139
 2        A     -- were followed by.
 3        Q     Okay.  So between the -- between
 4   the time when Officer Feeley began -- fired
 5   his first shot and the time that Officer
 6   Rosiello filed -- fired his first and only
 7   shot, could you approximate the amount of
 8   time between those two -- those two events?
 9                    MR. ABOUSHI:  Objection.
10        A     Two seconds, three seconds.
11        Q     All right.  You mentioned -- you
12   mentioned that you observed Mr. Bradley with
13   a -- with a bag?
14        A     Correct.
15        Q     Okay.  Did you ever look inside
16   of that bag?
17        A     Yes, later on at the 84 Precinct.
18        Q     Okay.  And why did you -- why did
19   you -- why were you looking inside the bag?
20        A     Because it reeked of marijuana.
21        Q     Okay.  And what did you -- what
22   did you observe -- what, if anything, did you
23   observe inside the bag?
24        A     He had a large quantity of
25   marijuana inside the bag.
```