```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
JAMES BENBOW,

                        Plaintiff,

      -against-   Civ. No.:  17-CV-6457(EK)(LB)

CITY OF NEW YORK; POLICE OFFICER BRIAN W.
FEELY; POLICE OFFICER MATTHEW J. ROSIELLO;
POLICE OFFICER KENNETH L. ANDERSON; SERGEANT
WILLIAM A. DAIB; POLICE OFFICER SHANIEL J.
MITCHELL; and POLICE OFFICER STEPHEN J.
MINUCCI,
                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - x
```

                    VIDEOCONFERENCE VIA ZOOM
                    Conducted by:
                    LEX REPORTING SERVICE, INC.
                    160 Broadway
                    New York, New York

                    October 14, 2020
                    2:02 p.m.

**DEPOSITION** of **CAPTAIN WILLIAM A. DIAB**, named herein as **SERGEANT WILLIAM A. DAIB**, a Defendant in the above-entitled action, held remotely via Zoom videoconference, pursuant to Order, taken before Tania C. Pedrosa, a shorthand reporter and Notary Public within and for the State of New York.



LEX #159616-B

```
 1                                                              2
 2     A p p e a r a n c e s:
 3
 4           THE ABOUSHI LAW FIRM, PLLC
                 Attorneys for Plaintiff
 5               1441 Broadway, Fifth Floor
                 New York, New York 10018
 6         BY:   AYMEN A. ABOUSHI, ESQ.
 7
 8
 9           JAMES E. JOHNSON, ESQ.
                 Corporation Counsel
10               Attorney for Defendants
                 100 Church Street
11               New York, New York 10007
           BY:   JOSHUA A. WEINER, ESQ.
12               FILE No.:  2017-066702
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                          3
                    S T I P U L A T I O N S


              IT IS HEREBY STIPULATED AND AGREED
         by and between the attorneys for the
         respective parties herein, that filing,
         sealing and certification be and the
         same are hereby waived.


              IT IS FURTHER STIPULATED AND AGREED
         that all objections, except as to the
         form of the question shall be reserved
         to the time of the trial.


              IT IS FURTHER STIPULATED AND AGREED
         that the within deposition may be signed
         and sworn to before any officer
         authorized to administer an oath, with
         the same force and effect as if signed
         and sworn to before the Court.
```

```
                                                    4
         THE REPORTER:  This
 deposition is being conducted via
 Zoom videoconferencing.  All
 parties present are appearing
 remotely and are confirming that
 they can hear and see through the
 video without any technical
 issues.
         Would counsel and the
 witness please confirm.
         MR. ABOUSHI:  Confirmed.
         MR. WEINER:  Confirmed.
         THE WITNESS:  Yes.
         THE REPORTER:  Before I
 swear in the witness, I will ask
 counsel to stipulate on the
 record that due to the national
 emergency pandemic, the court
 reporter may swear in the
 deponent even though they are not
 in the physical presence of the
 deponent, and that there is no
 objection to that at this time,
 nor will there be an objection to
```

```
                                               5
                  it at a future date.
                          MR. WEINER:  Yes, confirmed.
                          MR. ABOUSHI:  Confirmed.
                          THE REPORTER:  And, Counsel,
                  can you represent that to the
                  best of your knowledge and
                  belief, the witness appearing
                  today via videoconference is
                  indeed, according to the caption,
                  Sergeant William A. Diab?
                          THE WITNESS:  Yes.
                          MR. WEINER:  Confirmed, yes.
     W I L L I A M  A.  D I A B, the witness herein
             via videoconference, having first been
             duly sworn by a Notary Public of the
             State of New York, was examined and
             testified as follows:
     EXAMINATION BY
     MR. ABOUSHI:
         Q     State your name for the record,
     please.
         A     Captain William A. Diab.
         Q     State your address for the
     record, please.
```

```
 1                    W. A. Diab                    71
 2    patrol guide.  Like I said, I think I was
 3    studying for the test.
 4         Q    Okay.  And do you remember what
 5    your tour of duty was that day?
 6         A    I think it was 1715 to 0200.
 7         Q    So 7 o'clock to 2 o'clock?
 8         A    No.  It was 1715 which is 5:00,
 9    5 o'clock.
10         Q    5:00 p.m.?
11         A    Yeah.
12         Q    My military time is off.
13         A    Yeah.
14         Q    Okay.  So you were on duty from
15    5:00 to 2:00 p.m. supervising both the
16    conditions team and --
17         A    From 5:00 p.m. to 2:00 a.m.
18         Q    5:00 p.m. to 2:00 a.m. --
19         A    Yeah.
20         Q    -- on the day and night of the
21    incident --
22         A    Yes.
23         Q    -- supervising the conditions
24    team and anti-crime, correct?
25         A    Yes.
```

```
1                    W. A. Diab                       75
2         Q     You yourself didn't discharge
3    your weapon that night, correct?
4         A     No, correct.
5         Q     You did unholster it at some
6    point, correct?
7         A     Say that again.
8         Q     You did unholster your weapon at
9    some point that night, correct?
10        A     Yes.
11        Q     When you discharge your weapon,
12   is it accurate that the shell casing
13   discharges up and to the right?
14              MR. WEINER:  Objection.
15        A     Is it accurate --
16        Q     You can answer.
17        A     -- that it goes to the right?  I
18   mean, it could go to the left, it could go
19   straight up, it could go straight down.  I
20   mean, I guess in --
21        Q     In your experience -- I'm sorry.
22   Go ahead.
23        A     I guess in perfect science it's
24   supposed to, you know, eject out to the right
25   but it could go anywhere.
```

```
 1                     W. A. Diab                    80
 2       Q     Everything turned out okay with
 3  the ringing?
 4       A     Yes.
 5       Q     Okay.  Now, you testified that
 6  you were at your desk or in your office and
 7  at some point you decided to leave the
 8  precinct that day, correct?
 9       A     Yes.
10       Q     Okay.  Do you have your own
11  office at the precinct or do you share an
12  office or something else?
13       A     No, we don't share an office.
14       Q     Okay.  So you were in there
15  studying for your exam.  And what happens
16  next that causes you to leave the precinct?
17       A     Officer Mitchell gets a call from
18  Police Officer Cespedes basically saying that
19  he -- the bouncer from a club -- some guy
20  working security at this club at 189 Bridge,
21  he says to him that the guy -- I guess he
22  frisked him and the guy has a gun and he's,
23  like, drunk.  So he tells Cespedes -- about
24  to tell Cespedes that the guy's got a gun
25  right now.  So he relays this info to
```

```
 1                    W. A. Diab                    81
 2    Mitchell and then -- Mitchell was actually in
 3    the office while I was there.  So he
 4    basically relays me -- to me what Cespedes is
 5    saying and then I talked to Cespedes real
 6    quick and he -- he verifies -- confirms that
 7    the guy has a gun right there and he's drunk
 8    and he's acting crazy.
 9           Q    Okay.  In terms of this bouncer,
10    are you familiar with what his name was?
11           A    Yeah.  He was actually an
12    auxiliary officer in our precinct, Marshall.
13           Q    Okay.  And prior to this date,
14    had you interacted with him?
15           A    I would see him around but I
16    never really spoke to him, no.
17           Q    Okay.  And after this incident,
18    did you see him or speak to him?
19           A    Yeah.  I would say hello, yeah.
20           Q    Okay.  Did at some point in time
21    his employment with the NYPD cease?
22           A    Yeah.  I think he got us in
23    trouble or something.
24           Q    I'm sorry.  I didn't hear that.
25           A    Yeah.  I think he got into some
```

```
 1                       W. A. Diab                    85
 2   lieutenant or any captains from either the 77
 3   or the 84?
 4        A    No.
 5        Q    Were you required to notify them
 6   that this situation was occurring?
 7        A    Was I required to notify my
 8   captain?  I don't have to tell my captain.  I
 9   mean, I got the tip.  It's -- you know, we
10   went to check it out.  We went to go check it
11   out.
12        Q    Okay.  Now, after you had this
13   conversation with Officer Cespedes, what did
14   you do next?
15        A    I told the other guys, basically
16   everyone, Feeley, Minucci, Rosiello,
17   Anderson, and Mitchell, and we basically did
18   a tactical plan on how we were going to
19   approach and we headed out there.
20        Q    What was the tactical plan?
21        A    How we were going to set up and
22   what we were going to do.  I was going to
23   basically be the lead car and they were going
24   to trail.
25        Q    And you came up with this
```

```
 1                    W. A. Diab                    94
 2          Q    Okay.
 3          A    Yeah.
 4          Q    Okay.  I got you.
 5               All right.  So Mr. Benbow and
 6   Mr. Bradley exit the location and make a
 7   right on Bridge Street towards Nassau; is
 8   that correct?
 9          A    Yes.
10          Q    Okay.  And at this point you're
11   behind them, correct?
12          A    Yes.
13          Q    Okay.  What happens next?
14          A    So my vehicle trailed them.  They
15   make the right onto Nassau and then we make
16   the right onto Nassau.  At one point we're
17   right alongside them.  And then we pull up a
18   little bit before them, a couple of feet, and
19   I exit.  I have my gun drawn and I tell them
20   to get down on the floor.  "Police.  Get down
21   on the ground."
22          Q    Okay.  Now, where were Officers
23   Rosiello, Anderson, and Feeley at this point?
24          A    They were behind me.
25          Q    Okay.  And what kind of car were
```

```
 1                    W. A. Diab                    95
 2    you in?
 3         A    I think I was in a Fusion,
 4    unmarked Fusion.
 5         Q    Okay.  And Rosiello, Feeley, and
 6    Anderson, what kind of car were they in?
 7         A    I think they had a Crown
 8    Victoria.
 9         Q    Okay.  Were they in a marked or
10    unmarked car?
11         A    Unmarked.
12         Q    What color was your car?
13         A    I think it was gray.
14         Q    Okay.  And what -- dark gray?
15    Light dray?
16         A    I think it was, like, a light
17    gray.
18         Q    Okay.  And what color was their
19    vehicle?
20         A    I think it was black.
21         Q    Okay.  Where were you sitting in
22    your vehicle?
23         A    I was in the front passenger's
24    seat.
25         Q    Who was driving?
```

```
 1                     W. A. Diab                    96
 2         A     Mitchell.
 3         Q     And who was in the passenger --
 4   who was in the back?
 5         A     Minucci.
 6         Q     Where in the back was he seated?
 7         A     I think he was, like, in the
 8   middle.
 9         Q     Okay.  So just to back up a bit,
10   you get to the location and you park, right?
11         A     Yes.
12         Q     And you're waiting.  Then you see
13   these guys come out and you start following
14   them down the street onto -- where they make
15   a -- they make a right and -- onto -- out of
16   that location and make another right onto
17   Nassau and you're right behind them, correct?
18         A     Yes.
19         Q     At this point are you
20   communicating at all with anyone in the
21   vehicle?
22         A     All right.  So can I back --
23   backtrack a little bit?
24         Q     It depends.
25         A     Okay.
```

```
 1                       W. A. Diab                      97
 2            Q     I just want to --
 3            A     They exit but we didn't -- we
 4    didn't verify that -- Mitchell was on the
 5    phone with Marshall saying they're about to
 6    exit and he's basically saying there's a
 7    taller guy and a shorter guy with a bag.  So
 8    that's when they exited and then -- so we
 9    knew it was them.  So it wasn't like -- you
10    know.  I just wanted to throw that out there.
11            Q     Okay.  And I appreciate your
12    testimony.
13                  So they go on Nassau -- they make
14    a right onto Nassau and they're walking --
15            A     Yes.
16            Q     -- right?
17                  You pull up, you said, next to
18    them.
19                  What -- what was your plan, if
20    any?  Did you -- did you have anything in
21    mind in terms of driving next to them?
22            A     My plan?  I -- I was just going
23    to get out and approach.
24            Q     And do what?
25            A     Stop --
```

```
 1                      W. A. Diab                      98
 2          Q     Arrest them?
 3          A     I was going to stop them.
 4          Q     Okay.  And so you jump out of the
 5    car and your -- your gun is drawn, correct?
 6          A     Yes.
 7          Q     What does Officer Minucci do?
 8          A     I don't know.  My -- my focus was
 9    on these two individuals.
10          Q     Okay.  And what -- what did
11    Officer Mitchell do?
12          A     He stopped the car.
13          Q     Okay.  And did you jump out of
14    the car before or after the car came to a
15    stop?
16          A     It came to a stop and I jumped
17    out of the car.
18          Q     Okay.  Did you tell the officers
19    in the car that you were about to do that?
20          A     Yes.  I was like, "I'm going to
21    -- stop the car.  I'm going to jump out."
22          Q     Okay.  And so you jump out of the
23    car and you approached these two individuals,
24    correct?
25          A     Yes.
```

```
 1                    W. A. Diab                        99
 2          Q      Okay.  And you said you didn't
 3     see what Officer Minucci was doing, correct?
 4          A      That's correct.
 5          Q      Okay.  And you didn't see what
 6     Officer Mitchell was doing; is that correct?
 7          A      That's correct.
 8          Q      Okay.  Mr. Benbow at that point
 9     turns in a 180 and runs in the opposite
10     direction, correct?
11          A      Correct.
12          Q      You're focused on Mr. Bradley
13     who's on the ground, correct?
14          A      Correct.
15          Q      Okay.  You don't see what happens
16     after that; is that correct?
17          A      That's correct.
18          Q      Your attention is focused on
19     Mr. Bradley on the ground, correct?
20          A      Yes.
21          Q      And then you hear gunshots; is
22     that right?
23          A      Yes.
24          Q      At that point you didn't know who
25     was shooting, right?
```

```
 1                      W. A. Diab                    102
 2    guy -- to the location where I heard the --
 3    the gunshots and --
 4         Q    Okay.  Did you have your gun out
 5    at that point?
 6         A    I think I was holstered at that
 7    time.
 8         Q    Okay.  And when you get to where
 9    you heard the gunshots, what do you see?
10         A    I see Mr. -- Mr. Benbow on the
11    ground.  He's -- he's shot.  And I see a
12    gun -- a silver gun in the street a couple of
13    feet away from him.  And I see Rosiello and
14    Feeley are right over in that direction.  And
15    then I --
16         Q    Okay.
17         A    -- I asked -- I could go on or
18    no?
19              MR. WEINER:  You can go.
20              Finish your answer.
21         A    I asked what happened and they
22    said, "We shot.  He pulled out a gun.  We --
23    we -- we shot."
24         Q    Okay.  Did Mr. Benbow ever point
25    a gun at you?
```