UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - x
JAMES BENBOW,

                          Plaintiff,

          -against-    Civ. No.:  17-CV-6457(EK)(LB)

CITY OF NEW YORK; POLICE OFFICER BRIAN W. FEELY;
POLICE OFFICER MATTHEW J. ROSIELLO; POLICE
OFFICER KENNETH L. ANDERSON; SERGEANT WILLIAM
A. DAIB; POLICE OFFICER SHANIEL J. MITCHELL;
and POLICE OFFICER STEPHEN J. MINUCCI,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - x
                          VIDEO CONFERENCE VIA ZOOM
                          Conducted by:
                          LEX REPORTING SERVICE
                          160 Broadway
                          New York, New York

                          October 27, 2020
                          10:02 a.m.


          **DEPOSITION** of **DETECTIVE MATTHEW J.**

**ROSIELLO**, sued herein as **POLICE OFFICER MATTHEW**

**J. ROSIELLO**, a Defendant in the above-entitled

action, held remotely via Zoom videoconference,

pursuant to Order, taken before Tania C.

Pedrosa, a shorthand reporter and Notary Public

within and for the State of New York.

                              LEX#159899



LEX REPORTING SERVICE, INC.
PROFESSIONAL REPORTING SINCE 1980
TOLL FREE 800.608.6085

```
 1                                                    2

 2     A p p e a r a n c e s:

 3

 4          THE ABOUSHI LAW FIRM, PLLC
                  Attorneys for Plaintiff
 5                1441 Broadway, Fifth Floor
                  New York, New York 10018
 6          BY:  AYMEN A. ABOUSHI, ESQ.

 7

 8          JAMES E. JOHNSON, ESQ.
                  Corporation Counsel
 9                Attorney for Defendants
                  100 Church Street
10                New York, New York 10007
            BY:  JOSHUA A. WEINER, ESQ.
11                FILE No.:  2017-066702

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                                                    3

2                     S T I P U L A T I O N S

3

4           IT IS HEREBY STIPULATED AND AGREED

5       by and between the attorneys for the

6       respective parties herein, that filing,

7       sealing and certification be and the

8       same are hereby waived.

9

10          IT IS FURTHER STIPULATED AND AGREED

11      that all objections, except as to the

12      form of the question shall be reserved

13      to the time of the trial.

14

15          IT IS FURTHER STIPULATED AND AGREED

16      that the within deposition may be signed

17      and sworn to before any officer

18      authorized to administer an oath, with

19      the same force and effect as if signed

20      and sworn to before the Court.

21

22

23

24

25

4

1

2          THE REPORTER:  This

3      deposition is being conducted via

4      Zoom videoconferencing.  All

5      parties present are appearing

6      remotely and are confirming that

7      they can hear and see through the

8      video without any technical

9      issues.

10          Would counsel and the

11      witness please confirm.

12          MR. WEINER:  Confirmed.

13          MR. ABOUSHI:  Confirmed.

14          THE WITNESS:  Confirmed.

15          THE REPORTER:  Before I

16      swear in the witness, I will ask

17      counsel to stipulate on the

18      record that due to the national

19      emergency pandemic, the court

20      reporter may swear in the

21      deponent even though they are not

22      in the physical presence of the

23      deponent, and that there is no

24      objection to that at this time,

25      nor will there be an objection to

1                                               5

2                it at a future date.

3                     MR. WEINER:  Confirmed.

4                     MR. ABOUSHI:  Confirmed.

5                     THE REPORTER:  And, Counsel,

6                can you represent that to the

7                best of your knowledge and

8                belief, the witness appearing

9                today via videoconference is

10               indeed Police Officer Matthew J.

11               Rosiello?

12                    THE WITNESS:  That's me.

13                    MR. WEINER:  Yes.

14   M A T T H E W  J.  R O S I E L L O, the

15          witness herein via videoconference,

16          having first been duly sworn by a

17          Notary Public of the State of New York,

18          was examined and testified as follows:

19   EXAMINATION BY

20   MR. ABOUSHI:

21        Q    State your name for the record,

22   please.

23        A    Detective Matthew J. Rosiello.

24        Q    State your address for the

25   record, please.

M. J. Rosiello                                      76

1

2        A       The other team?

3        Q       Yeah.

4        A       They were in -- they -- I think a

5    gray Fusion that night.

6        Q       Okay.  And you drive over there

7    with the other officers, correct?

8        A       Correct.

9        Q       And then what do you do?

10        A       So basically from that point of

11    when we got there, we basically just got --

12    you know, we -- we got set up in -- you know,

13    we just tactically set ourselves up so that

14    we basically had eyes of the -- you know, of

15    that location where the male was.

16        Q       Okay.  And what happens next?

17        A       All right.  So once we were set

18    up from that point, I think that's when the

19    -- I believe it was the sergeant who was

20    speaking to someone on the phone and they

21    said that the male was leaving -- was

22    actually leaving the club with another male

23    at the time.  They put over a clothing script

24    that night.  I don't recall the exact

25    clothing script.  The only thing that sticks

```
 1                    M. J. Rosiello               77

 2     out in my mind is one of the males had a bag

 3     in his hand.

 4          Q     Okay.  And --

 5               MR. WEINER:  By "script," do

 6          you mean description?  Just so --

 7               THE WITNESS:  What was that?

 8               MR. WEINER:  Just so it's

 9          clear, you said "script" but do

10          you mean description?

11               THE WITNESS:  Yeah,

12          description, correct.

13          Q     Was Sergeant Diab in the car with

14     you?

15          A     No.

16          Q     Okay.  So this conversation that

17     you say happened, how do you know that

18     happened?

19          A     We were over a tact division

20     channel at the time.  It's basically a tact

21     channel.  It's where -- you know, it -- it

22     enables us to communicate without the

23     frequency of having central on the radio.  So

24     basically it's -- it's almost like when you

25     were a kid, like you had walkie-talkies.
```

```
1                    M. J. Rosiello              80

2      car with the -- with Mitchell and Minucci in

3      it were basically going down the wrong way

4      and they basically overshot them by about a

5      car or two.  And by the time they exited the

6      vehicle, I guess the -- the males had

7      realized who they were and they yelled, you

8      know, "police," you know, "don't move" or

9      whatever, "drop."  And I think one of the --

10     one of the males had went right down to the

11     ground.

12          Q     Okay.  And one of the males

13     turned and ran away; is that correct?

14          A     That's correct.

15          Q     Okay.  Is that -- where were you

16     when that happened?

17          A     So when that happened in

18     correlation to where they were, I was

19     probably about maybe three or four cars

20     behind the other car when they did their

21     initial stop.

22          Q     Okay.  So Sergeant Diab and

23     Minucci and Mitchell make the initial stop,

24     correct?

25          A     Correct.
```

```
 1                    M. J. Rosiello              81

 2          Q      You, Feeley, and Anderson are

 3     about three car lengths behind them --

 4          A      Yeah, maybe -- maybe a little bit

 5     more, but, yeah, correct, the same thing.

 6          Q      Three or four lengths behind

 7     them, correct?

 8          A      Okay.

 9          Q      Is that yes?  It's a question.

10          A      Yeah.  That's what I'm saying.

11     I'm not -- I'm not going to say for sure it

12     was four cars, I mean, when it was five, you

13     know.

14          Q      Yeah.  I'm not saying it's

15     44.4 feet away.

16          A      Yeah, yeah, I know.

17          Q      You were three to four car

18     lengths away?

19          A      Yeah.

20          Q      Okay.  And at some point do you

21     get out of your car?

22          A      Yes.

23          Q      Okay.  Why do you get out of your

24     car?

25          A      When I see the other -- the other
```

1

2    Mr. Benbow, correct?

3         A    Correct.

4         Q    Okay.  And then at some point,

5    Mr. Benbow makes a right in between two cars

6    towards the street, correct?

7         A    Correct.

8         Q    Okay.  And at that point you

9    thought Officer Anderson and Feeley were

10   behind you; is that correct?

11        A    From the point of us getting out

12   of the car, that's correct.

13        Q    Okay.  All right.  When you say

14   "from the point of us getting out of the

15   car," what do you mean by that?

16        A    Okay.  So when we pulled up, it

17   was basically a passenger's side bail which

18   is basically a passenger's side exit where --

19   in correlation to the sidewalk was to where

20   we were.  So by the time I got out of the

21   car, I was the first one on the sidewalk

22   knowing to me -- I thought Officer Anderson

23   and Officer Feeley were both going to be

24   behind me.  Obviously, Officer Feeley was

25   going to take a little bit longer because he

```
 1                M. J. Rosiello              84
 2   was either going to have to go around the
 3   front of the car or the back of the car not
 4   realizing what's going on and seeing what's
 5   going on up ahead.  That's, you know, the
 6   facts that I was dealing with.
 7          Q     Okay.  So you got out of the car
 8   and you thought that Officer Feeley and
 9   Anderson would make their way behind you to
10   also go on the sidewalk too, correct?
11          A     Correct.
12          Q     Okay.  And at that point you see
13   Mr. Benbow running down the street, cut in
14   between two cars, and you shoot, correct?
15          A     No.
16          Q     Okay.  At what -- okay.  You're
17   saying you didn't shoot?
18          A     No.  I'm saying that he didn't
19   run in between the cars and then I shot.
20          Q     Okay.  So your testimony is you
21   shot him before he ran in between the cars --
22   the parked cars?
23          A     No.  So -- I mean, if you want to
24   break this down completely, we -- we could do
25   it right now so --
```

```
 1                 M. J. Rosiello                85

 2        Q      Well, I just -- I just want to

 3   understand at --

 4                   MR. WEINER:  Let --

 5        Q      -- what point you shot him.

 6   Did --

 7        A      That's -- that's what I'm saying.

 8   That's what I'm saying.  In correlation to

 9   him running towards me -- as he's running

10   towards me and -- you know, obviously he

11   pulls a gun out of his waist and it comes

12   across, so, obviously, I'm -- I'm fearing for

13   myself at that point and then I yelled "gun"

14   and I hear Feeley over in the street.  And at

15   that point, that's when he starts cutting in

16   between the cars.  So as he's blading, I had

17   aimed for him and that -- that's basically

18   where I shot.  So basically in correlation,

19   he was pretty much, like, right around the

20   front of the car when it happened.

21        Q      In front of what car?

22        A      In front of the car that he was

23   crossing in front of.  Because he went from

24   the sidewalk and there was -- there was,

25   like, snow on the ground too and there was
```

```
 1                  M. J. Rosiello                86
 2   cars parked in the street.
 3        Q     Okay.  So he was blading --
 4   essentially making a turn in between two
 5   cars, correct?
 6        A      Yeah, for the most -- so, like,
 7   when he -- when he was running at me -- I
 8   mean, you got to remember.  This all happened
 9   in split seconds.  He's running at me.  And
10   as he's running at me, he's pulling a gun out
11   of his waistband.  So by that time, I didn't
12   have my gun out at that point when he was
13   running at me.  As soon as I saw the gun,
14   that's when I pulled my gun out.
15        Q     Okay.
16        A     I had --
17                  MR. WEINER:  Wait.  Let
18             him --
19        Q     Let me stop --
20                  MR. WEINER:  -- finish
21             his --
22        Q     -- you there for a second.
23                  MR. WEINER:  Let him finish
24             his answer.  He was not done.
25        Q     Let me -- let me --
```

M. J. Rosiello                                88

2          MR. ABOUSHI:  I like

3       everything he has to say.

4          MR. WEINER:  Okay.

5      Q     When he was running at you,

6   Detective Rosiello, did you shoot him?

7      A     While he was running at me?

8      Q     Yeah.

9      A     While he was running at me,

10  pulling his gun out of his waistband, yes, I

11  did shoot him because his gun was pointed in

12  my direction.

13     Q     Okay.  So as he's running down

14  the sidewalk at you, your testimony is you

15  shot him, correct?

16     A     As he's running at me and his gun

17  came across, yes, I did, fearing for myself

18  and my partner's safety.

19     Q     Okay.  And so Officer Diab gets

20  out of the car and -- and confronts these two

21  individuals, correct -- just to back up a

22  bit, correct?

23     A     Correct.

24     Q     Okay.  Mr. Benbow turns around

25  and runs down the sidewalk, correct?

```
 1                    M. J. Rosiello                 89

 2         A      Correct.

 3         Q      And you said he took a gun out of

 4   his waistband and he pointed it at you?

 5         A      So little to him knowing I was

 6   even on the sidewalk, he had his head turned

 7   focused on them so much and he was so zoned

 8   that by the time he started pulling the gun

 9   out and faced me and realized I was there,

10   his gun was sweeping right across me.  And as

11   his gun was sweeping across me, I had pulled

12   my gun out.  As soon as I saw his gun coming

13   out of his waistband, I pulled my gun out and

14   drew it on him.  I alerted the other guys

15   that there was a gun and then I heard Feeley

16   yelling from the street.  And as I had my gun

17   drawn on him, I see him cut in between the

18   two cars and at that point aiming for his

19   center mass, I hit him.

20         Q      Okay.  So you testified a moment

21   ago that you shot him because he pointed his

22   gun at you; is that correct?

23         A      I testified to -- yes, that's

24   what I testified to.

25         Q      Okay.  And you testified that as
```

```
 1                    M. J. Rosiello              99
 2        Q      Detective Rosiello, I just need
 3    you to focus on what I'm asking.
 4               Did he or didn't he stop and
 5    point a gun at you?
 6                    MR. WEINER:  Objection.
 7        A      No.
 8        Q      You can answer.
 9               Okay.  Did he ever directly point
10    the gun at you?
11                    MR. WEINER:  Objection.
12               Objection.
13        Q      You can answer.
14        A      Not directly.
15        Q      Okay.  And so when you fired,
16    where was Sergeant Diab?
17        A      Sergeant Diab I believe at the
18    time was still with the other male.
19        Q      Okay.  Where was Officer Minucci?
20        A      I believe also with the other
21    male.
22               Q      And where was Officer Mitchell?
23        A      I believe all three of them were
24    -- were still over there.
25        Q      Okay.  And where is Officer
```

```
 1                    M. J. Rosiello                100

 2    Anderson?

 3         A     Anderson at the time was behind

 4    me.

 5         Q     Okay.  And where was Officer

 6    Feeley?

 7         A     In the street.

 8         Q     Okay.  Where in the street?

 9         A     I don't know his exact location

10    where he was in the street but he was on the

11    other side of the car from where I was.

12         Q     Okay.  So you could see where he

13    was in terms of your -- the vehicle -- the

14    Crown Vic that you had got out of?

15         A     It -- it was more of the fact of

16    -- of hearing where he was.

17         Q     Okay.  So you had no idea -- no

18    visual on him where he was, correct?

19         A     Correct.

20         Q     Okay.  And so how many times did

21    you shoot?

22         A     I shot one time.

23         Q     Okay.  Why would you shoot just

24    once as opposed to twice or three times or

25    four times?
```

                        M. J. Rosiello                    138

 1
 2      Q      Okay.  But when he -- but when he
 3   turned, was the gun physically pointed in
 4   your direction?
 5      A      Yes.
 6      Q      Okay.  And I want to ask about
 7   when -- when you fired -- when you fired the
 8   shots.  Okay?  Or the shot --
 9      A      Yes.
10      Q      -- that you fired.
11      A      Yes.
12      Q      Did you fire -- did you fire at
13   Mr. Benbow -- is it fair to say that you
14   fired at Mr. Benbow while he was turning or
15   was it after he had turned or was it before
16   he turned?
17      A      It -- it was -- it was almost
18   like mid-stride.
19      Q      Okay.  But was he -- where was --
20   you said that he had turned at some point.
21              MR. ABOUSHI:  No.  He didn't
22              say that.  He said he shot him
23              before he turned.  You're
24              mischaracterizing --
25              MR. WEINER:  Well, I'm

```
1              M. J. Rosiello              144
2              MR. WEINER:  I'm asking --
3              MR. ABOUSHI:  Like I said,
4         if you want to talk about it off
5         the record, I'm happy to do so.
6         I'm not going to get into a back
7         and forth with you about it,
8         particularly in the presence of
9         the witness.
10             MR. WEINER:  I'm sorry that
11        I have a duty to clarify some of
12        the more confusing questions that
13        you answered and I'm doing --
14             MR. ABOUSHI:  Okay.  You
15        keep saying they're so confusing.
16        I don't think a judge would think
17        that they were so confusing.
18             MR. WEINER:  Okay.  I'm just
19        doing that right now.
20   BY MR. WEINER:
21        Q    Let me just go back.  You said
22   that part of the reason that you fired was to
23   protect your partner.
24             MR. ABOUSHI:  Objection.
25             You can answer.
```

```
                        M. J. Rosiello                    145

1

2          Q      Correct?

3          A      Yes.

4          Q      Okay.  And so which partner were

5    you trying to protect?

6          A      Officer Feeley.

7          Q      Okay.  And you said that -- at

8    the moment that you shot the gun, where did

9    you believe Mr. Feeley was?

10         A      Opposite --

11                    MR. ABOUSHI:  Objection.

12         A      -- the car in between us.

13         Q      Okay.  So you believed -- what do

14   you mean by opposite of the car that was in

15   between you?

16         A      So the car was dividing -- he's

17   on the other side of the car from where I

18   was.

19         Q      Okay.

20         A      He was basically in the street.

21         Q      In the street.  When you -- when

22   you shot did you -- were you able to see

23   Officer Feeley?

24         A      At that time, no.

25         Q      Okay.  Why did you believe that
```

```
 1                  M. J. Rosiello              146
 2      Officer Feeley was on the other side of the
 3      car and in the street?
 4           A    I verbally heard him.
 5           Q    Okay.  Do you remember what you
 6      heard from him?
 7           A    I don't remember the exact
 8      wording of what I heard from him.
 9           Q    Okay.  All right.  Did you
10      believe that Mr. Benbow had turned -- was
11      running in Mr. Feeley's direction --
12                    MR. ABOUSHI:  Objection.
13           Q    -- when you fired your shot?
14                    MR. ABOUSHI:  Objection.
15           A    Yes.
16           Q    And why is it that Mr. Benbow
17      running in Officer Feeley's direction would
18      have posed a threat to Officer Feeley?
19           A    Because he had a gun out.
20           Q    I want to just ask a question
21      about when -- about timing.  All right.
22                How long after you first saw the
23      gun did you shoot Mr. Benbow?
24           A    Seconds.
25           Q    Okay.  And how long after you saw
```