```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
JAMES BENBOW,
                    Plaintiff,

      -against-   Civ. No.:  17-CV-6457(EK)(LB)

CITY OF NEW YORK; POLICE OFFICER BRIAN W.
FEELY; POLICE OFFICER MATTHEW J. ROSIELLO;
POLICE OFFICER KENNETH L. ANDERSON; SERGEANT
WILLIAM A. DAIB; POLICE OFFICER SHANIEL J.
MITCHELL; and POLICE OFFICER STEPHEN J.
MINUCCI,
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - x
```

                            VIDEOCONFERENCE VIA ZOOM
                            Conducted by:
                            LEX REPORTING SERVICE, INC.
                            160 Broadway
                            New York, New York

                            October 14, 2020
                            9:41 a.m.

      **DEPOSITION** of **POLICE OFFICER SHANEIL A. MITCHELL**, named herein as **POLICE OFFICER SHANIEL J. MITCHELL**, a Defendant in the above-entitled action, held remotely via Zoom videoconference, pursuant to Order, taken before Tania C. Pedrosa, a shorthand reporter and Notary Public within and for the State of New York.



LEX #159616-A

2

Appearances:

  THE ABOUSHI LAW FIRM, PLLC
    Attorneys for Plaintiff
    1441 Broadway, Fifth Floor
    New York, New York 10018
  BY: AYMEN A. ABOUSHI, ESQ.


  JAMES E. JOHNSON, ESQ.
    Corporation Counsel
    Attorney for Defendants
    100 Church Street
    New York, New York 10007
  BY: JOSHUA A. WEINER, ESQ.
    FILE No.: 2017-066702

3

S T I P U L A T I O N S

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing, sealing and certification be and the same are hereby waived.

    IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question shall be reserved to the time of the trial.

    IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

4

THE REPORTER: This deposition is being conducted via Zoom videoconferencing. All parties present are appearing remotely and are confirming that they can hear and see through the video without any technical issues.

Would counsel and the witness please confirm.

THE WITNESS: Yes.

MR. WEINER: Yes, confirmed.

MR. ABOUSHI: Confirmed.

THE REPORTER: Before I swear in the witness, I will ask counsel to stipulate on the record that due to the national emergency pandemic, the court reporter may swear in the deponent even though they are not in the physical presence of the deponent, and that there is no objection to that at this time, nor will there be an objection to

```
                                                    5
             it at a future date.
                    MR. WEINER:  Agreed.
                    MR. ABOUSHI:  Yes.
                    THE REPORTER:  And, Counsel,
             can you represent that to the
             best of your knowledge and
             belief, the witness appearing
             today via videoconference is
             indeed Police Officer Shaneil J.
             Mitchell?
                    THE WITNESS:  A. Mitchell,
             not J.  A.
                    THE REPORTER:  Thank you.
             And the answer is yes?
                    THE WITNESS:  Yes.
                    MR. WEINER:  Yes.
   S H A N E I L  A.  M I T C H E L L, the
        witness herein via videoconference,
        having first been duly sworn by a
        Notary Public of the State of New York,
        was examined and testified as follows:
   EXAMINATION BY
   MR. ABOUSHI:
        Q    State your name for the record,
```

```
1                    S. A. Mitchell                    51
2        Q    Now, you said you worked with
3   Jason Marshall while you were both at the 77,
4   correct?  He was an auxiliary officer?
5        A    Yes.
6        Q    Okay.  At some point did his --
7   did his employment cease?
8        A    I don't know.
9        Q    Do you know if he's still
10  employed --
11       A    I don't know.
12       Q    -- at the NYPD?
13       A    I don't know.
14       Q    Okay.  I want to talk about the
15  night of the incident.
16            What was your tour that night?
17       A    5:30 p.m. by 0205 in the morning.
18       Q    Okay.  So 5:30 in the afternoon
19  until, you said, 0205, so is that --
20       A    Yeah, 2:05 in the morning, a.m.
21       Q    Okay.  2:05 in the morning.
22            All right.  And what was your
23  assignment?
24       A    Anti-crime.
25       Q    Okay.  And did you have partners
```

```
 1                    S. A. Mitchell                    52
 2    that night?
 3         A    I was with officer -- I was with
 4    Officer Minucci that night.
 5         Q    Okay.  It was you and him in
 6    anti-crime?
 7         A    Yes.
 8         Q    Okay.  Do you know what time you
 9    reported to work that day?
10         A    Probably 5:30.
11         Q    What was your assignment that
12    night?
13         A    Anti-crime.
14         Q    Okay.  Anything specific?
15         A    No, just route -- route --
16    routine patrol within the -- trying to
17    conduct enforcement within the precinct.
18         Q    Okay.  The night of the incident,
19    did you speak with Jason Marshall?
20         A    Yes, right before the incident
21    happened, yeah.
22         Q    Okay.  And how did you
23    communicate with him?
24         A    Phone.
25         Q    Did he call you?  Did you call
```

```
 1                    S. A. Mitchell                  53
 2   him?
 3        A    He called me.
 4        Q    Do you know how he got your
 5   number?
 6        A    I'm pretty sure Officer Cespedes
 7   gave him my number.
 8        Q    Okay.  How are you sure about
 9   that?
10        A    Because I was speaking to Officer
11   Cespedes before that.
12        Q    And what were you speaking with
13   Officer Cespedes about?
14        A    He was giving me the information
15   about a male with a firearm at the location
16   on Bridge Street.
17        Q    Okay.  And you said that after
18   you spoke with Cespedes, you spoke with Jason
19   Marshall?
20        A    Yes.
21        Q    Okay.  And what did he say to
22   you?
23        A    He gave me the description of two
24   males.  One of the males had a bag in his
25   hand and the other male was the one with the
```

```
 1                    S. A. Mitchell                54
 2   firearm in his waistband.
 3        Q    Okay.  And is that the only
 4   conversation that you had with Jason Marshall
 5   that night?
 6        A    Yes.
 7        Q    Okay.  And how long did that
 8   conversation last?
 9        A    A minute maybe.
10        Q    Okay.  Was anyone with you when
11   that conversation occurred?
12        A    Yes, whoever I was in the car
13   with.  It was Officer Minucci and Sergeant
14   Diab.
15        Q    Okay.  Now, you were already on
16   Bridge Street when you had this conversation
17   with Officer Marshall, correct?
18             MR. WEINER:  Objection.
19        Q    You can answer.  Unless your
20   counsel tells you not to answer --
21        A    Yes.
22        Q    -- please answer.  Thank you.
23             Okay.  Now, prior to that -- to
24   arriving at Bridge Street, was there an
25   occasion that you went back to the 77?
```

```
1                    S. A. Mitchell                    55
2         A    Well, I was at the 77 when I
3    initially got the phone call from --
4         Q    Oh, okay.
5         A    -- from Officer Cespedes.
6         Q    Okay.  So why don't you walk me
7    through that night.  So you were out on
8    patrol, correct, doing anti-crime and at some
9    point you go back to the precinct?  Is that
10   the sequence of events?
11        A    Yes.
12        Q    Okay.  Why did you go back to the
13   precinct?
14        A    I think we just went back to the
15   precinct to probably use the bathroom maybe,
16   I think.
17        Q    Okay.  And what happened next?
18        A    I received a phone call from
19   Officer Cespedes giving me information about
20   a male with a -- a male with a firearm at the
21   -- at the -- at the -- at Amarachi Prime.  He
22   -- and he told me he got the information from
23   a security guard at the time at the -- at
24   Amarachi Prime at the entrance.
25        Q    Okay.  So he was essentially
```

```
1                    S. A. Mitchell                    56
2    telling you what someone else had told him,
3    correct?
4           A     Yes.
5           Q     Okay.  And at that point you
6    didn't speak directly with anyone at Amarachi
7    Prime, correct?
8           A     No.
9           Q     That's correct to my question?
10          A     Yes, yes, that -- yes, that's
11   correct.
12          Q     Thank you.  Okay.  And so once
13   you spoke with Officer Cespedes, what, if
14   anything, happened next?
15          A     I went to find Sergeant Diab so
16   -- so I could relay the information to him
17   and he spoke with Officer Cespedes as well.
18          Q     Okay.  Were you present when they
19   had that conversation?
20          A     I do not remember.
21          Q     Okay.  At that point Sergeant
22   Diab was in the precinct; is that correct?
23          A     Yes.
24          Q     Was he there that night --
25          A     Yes.
```

```
1                      S. A. Mitchell                  60
2          Q     Okay.  Where did they walk after
3    they left the location?
4          A     They exited the front of the club
5    and they made a right-hand turn going --
6    traveling on Bridge Street and then they --
7    when they got to the corner of Nassau and
8    Bridge, they made the right going down
9    Nassau.
10         Q     Okay.  And in your car, who was
11   driving?
12         A     I was driving.
13         Q     Okay.  And where was Sergeant
14   Diab?
15         A     Sergeant Diab was the passenger,
16   front passenger.
17         Q     Okay.  And where was Officer
18   Minucci?
19         A     He was in the -- he was in the
20   back seat behind me.
21         Q     Behind the driver's side?
22         A     Yes.
23         Q     Okay.  And what happened after
24   Mr. Benbow and Mr. Bradley turned onto Nassau
25   Street?
```

```
 1                     S. A. Mitchell                    61
 2          A     Well, I was on the phone with
 3    Marshall and he's -- and he let me know the
 4    -- there's a guy with a bag and there's a --
 5    the other guys -- the guy with the firearm.
 6    They exited the club which was Benbow and
 7    Bradley.  And that is when I started to --
 8    once they exited is when I started to drive
 9    and pretty much follow behind them a little
10    bit.
11          Q     Okay.  And what happened after
12    that?
13          A     After that when they made the
14    right, I made the right as well going down
15    Nassau, drove down a couple of car lengths.
16    My vehicle was in front of them a little bit
17    and at that point they looked over to our
18    vehicle.  It seem -- it seemed like they knew
19    we were police because they started to move a
20    little bit and then at that point Sergeant
21    Diab exited the vehicle, yelled out "police"
22    with his gun drawn and Bradley went straight
23    to the ground and Benbow ran -- began to run
24    in the opposite direction.
25          Q     Okay.  So when you jumped out of
```

```
 1                  S. A. Mitchell                63
 2              Did he tell you he heard the
 3    commands?
 4          A    No.
 5          Q    So that's an assumption that
 6    you're making when --
 7          A    Yes.
 8          Q    -- he went to the ground?
 9          A    Yes.
10          Q    And in terms of how you exited
11    the vehicle, can you describe that to me?
12          A    I exited the driver's side and
13    went towards the rear of the car.
14          Q    Okay.  Did you have your gun out
15    at that point?
16          A    Yes.
17          Q    Okay.  And Officer Diab had his
18    gun out as well, correct?
19          A    Yes, when he exited his side,
20    yes.
21          Q    Okay.  And Officer Minucci, he
22    had his gun out?
23          A    Yes.
24          Q    Okay.  And at that point
25    Mr. Benbow, you testified, turned and ran in
```

```
 1                    S. A. Mitchell                    83
 2        Q     Were you ever asked to testify in
 3   regards to Mr. Benbow?
 4        A     I honestly do not recall if I did
 5   or I didn't.
 6        Q     Did you meet --
 7        A     It's been a while.
 8        Q     Did you meet with any ADAs in
 9   regards to Mr. Benbow?
10        A     I -- I do not remember if I did
11   or I didn't.
12        Q     Are you familiar with the term
13   "blue wall of silence?"
14        A     Yes.
15        Q     Okay.  What is your understanding
16   of what that term means?
17        A     It refers to being another police
18   officer -- pretty much protecting other
19   police officers.
20        Q     So essentially under the blue
21   wall of silence, police officers cover up for
22   each other, correct?
23                 MR. WEINER:  Objection.
24        A     Yes.
25        Q     Did you discharge your firearm
```

```
 1                 S. A. Mitchell                84
 2    that night?
 3         A    No.
 4              MR. ABOUSHI:  All right.
 5         Can we just take a ten-minute
 6         break, please?
 7              MR. WEINER:  Sure.
 8              (Whereupon, a short recess
 9         was taken.)
10    BY MR. ABOUSHI:
11         Q    Officer Mitchell or Detective
12    Mitchell, I think I'm done, just a few
13    touch-ups here and there.
14              So in terms of the night of the
15    shooting, you testified that you had driven
16    your unmarked police vehicle up past
17    Mr. Benbow and Mr. Bradley and stopped,
18    correct?
19         A    Yes.
20         Q    Okay.  And you came out of your
21    car and you went towards the rear of your
22    vehicle, correct?
23         A    Yes.
24         Q    And at that point specifically as
25    to Mr. Benbow, he turned around and ran in
```

```
 1                    S. A. Mitchell                    96
 2    waistband and the time when you heard the
 3    first gunshot was it?
 4         A     Moments -- moments later.
 5         Q     Okay.  How many -- would you say
 6    more or less than five seconds?
 7         A     Yes, yes.
 8         Q     More or less than five seconds?
 9         A     Oh --
10               MR. ABOUSHI:  Objection.
11         A     Less, less than five seconds.
12         Q     Okay.  And how many gunshots --
13    how many gunshots were there?
14         A     There was multiple.
15         Q     Okay.  And so does "multiple"
16    mean -- was it -- was it more than -- did you
17    hear more than two?
18         A     Yes.
19         Q     Okay.  Was it more than three?
20         A     I don't recall if it was more
21    than three.
22         Q     How much time transpired between
23    the first and the last gunshot?
24         A     It was -- it was quick, a second
25    or two maybe.
```

```
 1                    S. A. Mitchell                    99
 2              mean, this is completely
 3              inappropriate.
 4                   MR. WEINER:  You have your
 5              objection.
 6                   MR. ABOUSHI:  And note for
 7              the record that I'm going to move
 8              to strike this entire testimony.
 9                   If you want to just testify
10              and have him cosign on it, then
11              you should do that by way of an
12              affidavit.
13                   MR. WEINER:  Okay.  You
14              heard the -- you -- your
15              objection is noted.
16         Q     My question -- can you -- I asked
17    you did you hear a clanking noise or anything
18    like that?
19         A     Well, I heard a metal object hit
20    the ground -- what sounded like a metal
21    object.
22         Q     Okay.  How long after the
23    gunshots did you hear a metal -- what sounded
24    like a metal object hit the ground?
25         A     It was -- it was moments, a
```

```
 1                     S. A. Mitchell                 100
 2    second or two.
 3         Q    Okay.  When you -- you said --
 4    you testified that you -- you approached
 5    Mr. Benbow after you got out of the car?
 6         A    Yes.
 7         Q    Okay.  Did you observe -- did you
 8    observe a gun in his vicinity?
 9         A    Yes.
10              MR. ABOUSHI:  Objection.
11         Q    Okay.  Where was the gun
12    positioned in relationship to Mr. Benbow?
13         A    Probably an arm's reach from --
14    from where his body was.
15         Q    Okay.  Do you remember -- do you
16    remember exactly -- was it closer to -- for
17    example, was it closer to his left or right
18    arm?
19         A    I -- I don't remember which --
20    which arm it was close to.
21         Q    Okay.  I just want to ask you --
22    you were asked a question -- some questions
23    about a blue wall of silence.
24         A    Yes.
25         Q    Do you remember that?  And you
```