Complaint# 2015-084-01027                                        Page 7 of 21



| COMPLAINT - FOLLOW UP INFORMATIONAL REPORT - INTERVIEW IN-PERSON | Crime/Condition CPW | Command 301-84 DET SQUAD Date of This Report 03/07/2015 |
|---|---|---|

| Date of UF61 03/07/2015 | Date Case Assigned 03/07/2015 | Complaint No. 2015-084-01027 | Case No. - 345 | Unit Reporting SQUAD | Follow-Up No. 3 |
|---|---|---|---|---|---|

| Reference Case No 2015 - 345 | Command 301-DET SQD BKLYN NORTH-084 | Complaint No 2015- 84- 1027 |
|---|---|---|

| Topic/Subject (INTERVIEW IN-PERSON) INTERVIEWED JASON MARSHALL | Activity Date 03/07/2015 | Activity Time 02 15 |
|---|---|---|

| Complainant's Name PSNY | Address | Apt No. |
|---|---|---|
| Nickname/Alias/Middle Name | | |
| Sex BUSINESS | Race | Date of Birth | Age |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

| Person Interviewed Last Name, First M.I. MARSHALL, JASON | Address | Apt No. 1 |
|---|---|---|
| Nickname/Alias/Middle Name | | |
| Position/Relationship | Sex MALE | Race BLACK | Date of Birth | Age 21 |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

**Details**

**Summary of Investigation:**
On Saturday March 7, 2015, at approximately 0215 hours while at the 84 Precinct Detective Squad Office I did interview Jason Marshall. He stated that on Friday 03/06/2015 at approximately 2200 hours he arrived at Amarachi Prime Restaurant located at 189 Bridge Street where he is employed as a security guard. Upon entering the premise he observed a male black approx 30 years of age 6'1" wearing glasses black sweatpants and a black jacket. The male was loud and belligerent drinking by the bar. The male touched a female bartender and Jason approached him identifying himself as a security guard advising him that it is not that kind of place and to stop touching the female. The male at this point got annoyed and started getting even louder demanding that he speak to the owner of the restaurant. The owner went to speak to the male and was told by him that he wanted to invest in the restaurant, the owner told the male that he was not interested in any sort of investments at which point the male took off his jacket exposing partial part of what was a holster specifically the clip attached to his pants. The perp then turns to Jason and says to him do you understand me, Jason replies yes and goes to pat him on the back extending his hand towards his waist, confirming that the male is actually carrying a firearm. Jason at this point (0018 hours) calls the 77 Precinct FIO Office and speaks with the assistant FIO PO Rubin Cespedes providing him with a description of the male perp. The assistant FIO tells Jason that he is going to send a car to the location and gives him the phone number of the officers that are responding. Jason remains in contact with the responding officers through phone conversation and texting. At approximately 0049 hours Jason observes the unmarked police vehicle through the window and in turn calls the officers and advises them to move because they are visible and the perp will spot them out. As the perp exits the restaurant with a second male he was with, Jason is in phone conversation with the officers - the officer on the phone confirms that he sees the perps. Jason at this point can not see what is taking place outside the restaurant but shortly after sees numerous police vehicles responding and it becomes obvious to him that something very serious happened. This concluded my interview with Jason Marshall. It should be noted that he is an Auxiliary Police Officer (Shield # 18837 Tax # 454075) assigned to the 77 Precinct for the last two years and he is also a licensed Security Guard, NYS Department of State license # 10013023547. His employment at Amarachi Prime has been since late December 2014.

| Activity Address Location OFFICE | Street | City | State | Zip | Apt# |
|---|---|---|---|---|---|
| Cross Street | | Intersection of and | | Premise Type | |

| Reporting Officer: | Rank DT3 | Name STILIANOS PANAGOPOULOS | Tax Reg. No. 915158 | Command 280-DET BORO BKLYN |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing | Date Reviewed | Date of Next Review | Name SAMUEL | Supv. Tax No. 936761 |

http://dd5pink/ecms/reports/printAndAccessLog.action?IBIF_ex=DD5_CASFLD&SYS_C...   5/20/2015   I

DEF_0169

Complaint# 2015-084-01027                                                         Page 8 of 21

| | | 03/31/2015 | HERRERA | |