


**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141 (Rev. 11/09)

Invoice No. **3000487248**

| | | | | | |
|---|---|---|---|---|---|
| Invoicing Command | | | | | Invoice Status |
| **HOUSING PSA 3** | | | | | **OPEN** |
| Invoice Date | Property Type | | | | Property Category |
| **03/07/2015** | **GENERAL PROPERTY** | | | | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | | | |
|---|---|---|---|---|---|---|---|
| Invoicing | POM | TOCCI, NICHOLAS | 953485 | HBBK IRT | OCME. EU No. | | |
| Arresting | DT2 | HUTTER, JAMES | 897709 | 84TH DET SQUAD | OCME. FB No. | | |
| Investigating | DT2 | HUTTER, JAMES | 897709 | 84TH DET SQUAD | Police Lab Evid. Ctrl. No. | | |
| Det Squad Supervisor | SGT | AHMED, MUHAMMAD | 939848 | 84TH DET SQUAD | Det Sqd. Case No. | 345 | |
| CSU/ECT Processing | DT3 | STENECK, ROBIN | 924680 | LAT PRINT SECT | CSU/ECT Run No. | 2015-129 | |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | JACKET/COAT<br>COLOR: **BLACK**<br>BLACK LEATHER JACKET - MARKED RS2 | 1800135113 | 1 | |
| 2 | 1 | SWEATSHIRT<br>COLOR: **BLACK**<br>BLACK HOODED ZIP UP SWEATSHIRT W/ BLOOD MARKED RS3 | 1700015560 | 1 | |
| 3 | 1 | SNEAKERS<br>COLOR: **BLACK**<br>BLACK SNEAKER (RIGHT FOOT) - MARKED RS4 | 1700015561 | 1 | |
| 4 | 1 | SNEAKERS<br>COLOR: **BLACK**<br>BLACK SNEAKER (LEFT FOOT) - MARKED RS5 | 1700015562 | 1 | |
| 5 | 1 | SWEATPANTS<br>COLOR: **BLACK**<br>BLACK SWEATPANTS MARKED - RS6 | 1700015563 | 1 | |
| 6 | 1 | BRIEFS<br>COLOR: **GRAY**<br>GRAY BOXER BRIEF W/ BLOOD MARKED RS7 | 1600152973 | 1 | |

**REMARKS:**
953485 03/07/2015 18:18 : THE ABOVE PROPERTY WAS RECOVERED/PACKAGED BY CSU INVESTIGATOR TAX# 924680 NAME: ROBIN STENECK RANK: DT3 CMD: 568-CRIME SCENE UNIT /A SST. CSU INVESTIGATOR TAX# 904231 NAME: PATRICIA ANGST RANK:DT3 CMD: 568-CRIME SCENE UNIT CONFERRED WITH DET. TAX# 897709 NAME: JAME S HUTTER RANK:DT2 CMD: 301-84 DET SQUAD AND SUPV OF SQUAD TAX #939848 NAME: MUHAMMAD AHMED RANK:SGT CMD: 301-84 DET SQUAD

921132 03/03/2016 15:43 : DISPOSITION REVIEWED

914697 09/28/2016 14:06 : SEE ATTACHED PDF


Invoice No. **3000487248**

**Property Clerk Copy**
printed: 06/01/2018 17:40

PCD Storage No.
**15K010229**

Page No. 1 of 2

**DEF_1087**

 

Invoice No. **3000487248**

336502 09/28/2016 15:10 : PROPERTY WAS TRANSFER LAB

308890 04/11/2018 12:49 : SEE ATTACHED REQUEST. PAPERWORK UPLOADED.

946640 04/23/2018 13:39 : OUT TO COURT

| Date Of Incident | Penal Code/Description | | | Crime Classification | Related To | | | Receipt |
|---|---|---|---|---|---|---|---|---|
| 03/07/2015 | PL/UNCLASSIFY COMPLAINT | | | | N/A | | | ACCEPTED |

| Prisoner(s) Name | | D.O.B | Age | Address | | | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|---|---|---|
| 1 | BENBOW, JAMES | 01/16/1981 | 34 | 180 TROY AVE, 4B, BROOKLYN, NY | | | | |

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | STENECK, ROBIN | 924680 | 1 POLICE PLAZA NEW YORK, NY 10038. | |
| Owner(s) | BENBOW, JAMES | | 180 TROY AVE, 4B, BROOKLYN, NY | |
| Complainant(s) | PSNY | | | |

| Complaint No. | 2015-084-01027 |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | TOCCI, NICHOLAS | 953485 | PSA 3 | 03/07/2015 | 13:56 |
| Invoicing Officer | POM | TOCCI, NICHOLAS | 953485 | HBBK IRT | 03/07/2015 | 22:19 |
| Approved By | SSA | WINSTON, MARSHALL | 913724 | HBBK IRT | 03/07/2015 | 22:19 |



**Property Clerk Copy**
printed: 06/01/2018 17:40

PCD Storage No.
**15K010229**

Page No. 2 of 2

Invoice No. **3000487248**

**DEF_1088**