

CITY OF NEW YORK
**POLICE DEPARTMENT**   B   107648

Name: PO Mitchell   Tax Reg. No. ███

Date Opened: 01/09/2015   Supervisory Officer: [signature]

Date Closed: 5/1/15   Supervisory Officer: [signature] Sgt.

PD 112-145 (07-09)

DEF_1644



1630: Present For Duty
Facebook Search warrant
Inv
1730: Begin Tour
2200: Unmarked 1464, miles 20422, gas Full, PO minucci
2202: (10) 329 Lincoln Pl
2206: 90X BY 77 Impact Sgt
RR 2207: (10) @ 1395 Dean St
2220: 90X, No call back
2243: 90Z For 329 Lincoln
2250: 10-2
2320: 98
0205: EOT, Sum, 3304
FRIDAY, 03/06/15, 1730 X 0205
Assignment @ 77 Pct, A/C
1730: Present For Duty
1900: 98, miles 20463, gas Full
Neg contraband, condition
Fair, PO minucci, Lights/sirens
working, RMP 1464
AR 2018: 34 @ 388 St Marks
2125: 84
V 2126: 75 V
2130: Found unloaded
Firearm on Fire Escape
ECT notified
2145: 62 A in Regards
ICAD 24107

2300: 93C, 93Q
0029: 61 to 189 Bridge St confines of 84 Pct
Intel from 77 Pct FIO male w/ firearm
0048: 84 @ 189 Bridge St
0052: 2 m/B stopped @ Bridge St & Nassau. Shots fired by mos, 92C x 2
0053: 85 @ Location, Request EMS
0140-10-2 84 Pct
® 0610: 1 under, K156162102 Bradley, Eric, D, DOB 06/14/87 NYSDL # 831241449. 177 Sands St BK NY 11201 Apt 7C. 1 Lg Bag of marihuana on scene over 16 oz. 1 ziplock Bag found in right Jacket Pocket @ 84 Pct. Comp # for perp w/ gun 2015841027 Benbow, James DOB 01/16/1981 180 Troy Ave Apt 4B DL # 466837186
0800: EOT, Sng 3304
Œ 0630: GO-15
0915: 10-2 @ 77 Pct
Saturday, 03/07/15, 0800x1635
Admin / Arrest Processing

FREEZER Bag of Marihuana is 1lb 1/8oz. Cuisinart Digital scale
1430: Faxed Paperwork
1530: Waiting on call FRom ADA
1630: waiting on call FRom ADA
1730: waiting on call FRom ADA
2000: CALL FRom ADA Sandoval
2110: Notified BY ECAB That case will BE Drawn up on 03/08/15 w/ ADA Basso
2140: EoT, Sgt, 3304
SUNDAY, 03/08/15, 0400 X 1635 RDO
Assignment @ 77Pct, 350 Jay
0900: PResent For DUTY
1330: Notified BY DEt Hutter come to 350 Jay Case Being Drawn up BY ADA Basso
1400: 84 @ 350 Jay St w/ ADA Basso & DEt Hutter
1600: Released BY ADA Basso
1635: EoT, Sgt, 3304
03/09/15: RDO, Mon