UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X

JAMES BENBOW,

                              Plaintiff,

                -against-                         17-CV-06457 (EK) (JRC)

THE CITY OF NEW YORK, POLICE OFFICER BRIAN FEELEY, POLICE OFFICER MATTHEW ROSIELLO, POLICE OFFICER KENNETH ANDERSON, SERGEANT WILLIAM DIAB, DETECTIVE SHANIEL MITCHELL, AND POLICE OFFICER STEPHEN MINUCCI,

                              Defendants.
------------------------------------------------------------------------- X

## **NOTICE REGARDING THE FILING OF EXHIBIT IN PAPER FORM**

Exhibit "L" in support of defendants' motion for summary judgment, which is being filed electronically and mailed to chambers on October, 2021, is being filed in hard copy form and will be maintained in the case file in the Clerk's Office.

Dated: New York, New York
         October 1, 2021

                                                    GEORGIA M. PESTANA
                                                    Corporation Counsel of the
                                                    City of New York
                                                    *Attorney for Defendants*
                                                    100 Church Street
                                                    New York, New York 10007
                                                    (212) 356-2322

                                        By:      /s/ *Zachary Kalmbach*
                                                     Zachary Kalmbach
                                                     *Assistant Corporation Counsel*

cc:    **Via ECF**
       Aymen Aboushi, Esq.
       *Attorney for Plaintiff*