5

ERIC BRADLEY

Q. Good afternoon.

Sir, could you state your name and address please?

A. Good afternoon.

My name is Eric Bradley, 177 Sands Street.

Q. Mr. Bradley, do you have an attorney?

A. Yes, he is right there.

Q. What is his name?

A. Cary London.

Q. Do you understand that the subject matter of this Grand Jury proceeding in an alleged Criminal Possession of Marijuana which took place on March 7, 2015 at approximately the corner of Nassau and Bridge here in Brooklyn?

A. Yes, sir.

Q. Have you had enough time to discuss the subject matter of this inquiry with your attorney?

A. Yes, sir.

Q. Do you understand that you are required to appear before the Grand Jury and testify?

A. Yes, sir.

Q. You attorney who is here now ill be physically present in the Grand Jury room but will not be allowed

25

1  sidewalk when the cops come out.
2      How many cops were there, do you remember?
3      A.  The cops was on me.  I don't know how many
4  cops was on you because they had you over there and I
5  was over there.  I don't know how many cops was over
6  there with you.  I noticed about three or four cops
7  and three, four guns in my face right here.  And had
8  me on the floor over there.  You were over there in
9  the middle of the street.  I'm like far on the corner
10 on the floor.
11 Q.  But you and Ice were walking together, were next
12 to each other?
13     A.  Right.
14 Q.  At some point you said that police officers, what
15 they get out of the car?
16     A.  Yes, unmarked regular cars.
17 Q.  Did you make a movement?
18     A.  No, I didn't make no movement.  I continued
19 walking looking for your car, either your 750 or your
20 Benz truck and then they blitz.  They blitz.  They
21 came.
22 Q.  Okay.  You froze?
23     A.  I stopped.  I took my hands out my pocket
24 and then I stopped.  They told me to stop and I
25 stopped and put my hands up and got the fuck on the

26

1  floor.  I didn't run.  I didn't resist arrest.
2  Anything.  And followed police orders.
3  Q.   Where did Ice go once you froze there?
4       A.   I guess where ever he went.  He wasn't next
5  to me.  I don't know where he went.  He went where he
6  went.
7  Q.   Did he go back towards Bridge Street?
8       A.   I told you I was over here and he was over
9  there.  I was on the sidewalk.  I was in the middle of
10 the street.  We wasn't even in the same, next, nowhere
11 near each other.
12 Q.   So I guess at some point you complied with the
13 police officers?
14      A.   Correct.
15 Q.   They take you in the car.  They bring you back to
16 the precinct?
17      A.   Yes.
18 Q.   They searched you?
19      A.   Yes.
20 Q.   And what did you have on you?
21      A.   I had a bag smoking use.  Smoking weed in my
22 pocket.
23 Q.   How many bags did you have?
24      A.   Probably about three or four L's, about
25 three or four blunts.