Complaint# 2015-084-01027

## Evidence

| Unique ID No. | Item Type | Probative Value | Caliber |
|---|---|---|---|
| SF 8 | FIREARMS | | UNKNOWN |

| Unique Item Number | Item Description | | |
|---|---|---|---|
| SF 8 | DEFORMED BULLET | | |

**Specific Locations + Measurements**
RECOVERED FROM VEHICLE DASHBOARD WITH VEHICLE NY REGISTRATION BURRR

08" IN FROM PASSENGER SIDE OF CAR
03" UP FROM BOTTOM OF WINDSHIELD

| Packaged In | If Other | Finger Prints Recovered | |
|---|---|---|---|
| PLASTIC BAG | | Unknown | |

| Type of Bio Evid | If Other | Bio Bag No. | |
|---|---|---|---|
| | | | |

| Item Processed In Field | Process Type | If Other | |
|---|---|---|---|
| Unknown | | | |

**Received From**
CSU RECOVERED

| Property Clerk Invoice No. | CSU Voucher Name | Property Clerk Item No. | Property Clerk Invoice Type |
|---|---|---|---|
| BALL TO INSPECTIONS | BALL TO INSPECTIONS | 5 | INVESTIGATORY |

| Property Clerk Invoice Qty | Property Clerk Description | | |
|---|---|---|---|
| 1 | DEFORMED BULLET | | |

| Cash Value | Peddler Seal No. | SEC/NARCO Envelope No. | |
|---|---|---|---|
| .00 | | | |

| Test Requested | | Specific Reason | |
|---|---|---|---|

| Comparison Property Clerk Invoice No. | | Comparison Property Clerk Item No. | |
|---|---|---|---|

| Reporting Officer: | Rank | Name | Tax Reg. No. | Command |
|---|---|---|---|---|
| | DT3 | SUSAN FORTE | 916897 | 568-CRIME SCENE UNIT |
| Reviewing Supervisor: | Manner of Closing | Date Reviewed | Date of Next Review | Name | Supv. Tax No. |
| | - | 20150421 | . | ADRIENNE RODRIGUEZ | 902060 |

### CRIME SCENE UNIT
### Scene Report

| Case Number | UF61 Number | Report Date | Activity Date | Activity Time | Topic |
|---|---|---|---|---|---|
| 2015-129 | 2015-084-01027 | 03/07/2015 | 03/07/2015 | 03:00 | SCENE REPORT FOR CSU RUN #15/129 |

| Premise Type | Number of Photos | Is additional crime scene processing anticipated in regards to this investigation? | If YES, Explain |
|---|---|---|---|
| STREET | 79 | YES | HOSPITAL RUN AND SKETCH RUN |

### CONDITIONS

| Temperature | Weather | Location | Lighting |
|---|---|---|---|
| 15 Fahrenheit | SNOW ON GROUND | OUTDOOR | UNKNOWN |

### JOB TIMES

| Depart CSU Office/other to the Crime Scene | Arrival at the Crime Scene | Time Depart Crime Scene | Initial Assignment Completed |
|---|---|---|---|

Complaint# 2015-084-01027

| 03/07/2015 02:10 | 03/07/2015 03:00 | 03/07/2015 09:20 | 03/07/2015 00:00 |
|---|---|---|---|

### NYPD PERSONNEL

| NYPD Role | NYPD MOS | Conferred With (Yes/No) | On Scene (Yes/No) |
|---|---|---|---|
| RESPONDING INVESTIGATOR | 888918,JAMES KNOEBEL,SDS,315 | YES | YES |
| RESPONDING INVESTIGATOR | 897798,MICHAEL KLETZEL,DI,308 | YES | YES |
| OTHER PERSONNEL | 935146,DANIEL LACALAMITA,LT,803 | YES | YES |
| OTHER PERSONNEL | 896393,PATRICK GARRITY,DT3,280 | YES | YES |
| CSU SUPERVISOR | 927748,MICHAEL MUGAN,CPT,568 | YES | YES |
| CSU SUPERVISOR | 927035,MICHAEL KING,CPT,568 | YES | YES |
| CSU SUPERVISOR | 915120,RHONNY KING,LT,568 | YES | YES |
| CSU SUPERVISOR | 915083,MARK DITORO,SDS,568 | YES | YES |
| CSU SUPERVISOR | 927063,JOSEPH LAVIANO,SDS,568 | YES | YES |
| CASE INVESTIGATOR | 897709,JAMES HUTTER,DT2,301 | NO | NO |
| DETECTIVE SUPERVISOR | 939848,MUHAMMAD AHMED,SGT,301 | NO | NO |
| SAFE GUARDING | 953485,NICHOLAS TOCCI,POM,802 | YES | YES |
| SAFE GUARDING | 953258,JORGE POCASANGRE,POM,802 | YES | YES |
| SAFE GUARDING | 955481,CHRISTIAN SHERLOCK,POM,805 | YES | YES |
| INVOICING OFFICER | 953485,NICHOLAS TOCCI,POM,802 | YES | YES |
| INVOICING OFFICER | 903112,SILVIA DAVIS,SGT,165 | YES | YES |

### CRIME SCENE SEARCH

| Search Conducted | Search Method |
|---|---|
| YES | GRID SEARCH |

**Search Details**

daylight search with ECT/CSU personnel Sgt. Ditoro, Sgt. Laviano
ECT Personnel:
Brooklyn North
P.O. Fusci 933788
P.O. Youngs 923356
P.O. Giuttari 925356
P.O. Murtha 946049

### TOOLS UTILIZED

**Incident Summary (Detail the facts of the case; summarize what occurred)**

Complaint# 2015-084-01027

On Saturday, March 7, 2015, the undersigned along with Det. Velez of the Crime Scene Unit were requested to respond to Bridge St and Nassau St in the confines of the 84 Precinct to assist with a Department Investigation. Preliminary investigation reveals that Auxiliary P.O. Marshall, employed as security guard at Marachi Bar, did observe two intox perps at bar, one of which, possibly had a firearm in his pants. APO did notify 77 Precinct personnel of situation. Upon patrol arrival, officers did approach both perps (James Benbow and Eric Bradley) in which perp, James Benbow, did flee. As perp was fleeing, P.O.'s Feeley, Rosiello and Anderson were arriving at scene and confronted perp in which officers then fired at perp possibly four times. Perp was removed to Kings County Hosp and is not likely at this time. Perp Eric Bradley was apprehended, no injuries. A Star Interarms 45 caliber semi automatic pistol was recovered at scene with one cartridge in chamber and three cartridges in magzine. P.O. Feeley possibly fired three times and P.O. Rosiello possible fired one time. MOS were transferred to Methodist Hosp and were treated and released.

**Investigative Process (Summarize the steps taken to document and process the scene)**

Services performed:
*Photographs & measurements
*Processed cell phone for Latent Fingerprints, negative results for prints
*Documentation of 2 MOS firearms and perp firearm
*Sketch drafted and measurements documented at scene by Det. Paul Brown
*Ballistic documentation of Vehicle NY BURRR, black 2009 Mercedes Benz, owner Adonis Fuller, consent to recover/document Evidence

Ballistic Evidence transferred to Brooklyn North Inspections for further vouchering to FAS:
-SF1 Interarms star 45 semi auto pistol, containing one magazine with three cci 45 auto cartridges and containing one winchester 45 auto in chamber
Recd from Nassau Street, side of 189 Bridge St
-SF10 MOS Feeley f/a, sig sauer P226 9mm s/a pistol, with thirteen speer 9mm luger cartridges and one magazine.
-SF11 MOS Rosiello f/a, smith & wesson mod 5946 9mm s/a pistol with fifteen speer 9mm luger cartridges and one magazine
**SF10 & SF11 transferred to CSU in sprinter at scene by Lt. Lacalamita, both firearms were made safe and all cartridges removed from magazines and chambers prior to transferring to CSU
- Four discharged shell casings
Recd from Nassau St (SF2, SF3 & SF4) and south sidewalk of Bridge St (SF9) consistent with department issued
- One deformed bulled
Recd from p/s front dash of vehicle, NYBURRR
-----------------------------------------------------------
DNA Evidence to PCD, PCI#3000487244:
SF5 blood swab, recd from Nassau St

DNA Evidence to PCD, PCI#3000487246:
SF6a - DNA swab, recd from keys (SF6)
SF7a - DNA swab, recd from cell phone (SF7)
SF8a - DNA swab, recd from def bullet, (SF8)

Investigatory Evidence to 84 PDU:
SF6 - 13 keys with 8 rewards cards, bottle opener & 5 key rings
Recd from Nassau Street
SF7 - T Mobile black cell phone
Recd from Nassau Street
(Processed for latents with negative results)

Ballistic Documentation:
BH#1 - Bullet hole observed in passengers side windshield
BH#1 re-entry - bullet hole observed in rear drivers side headrest
BH#1 exit - bullet hole observed in rear drivers side headrest
(SF8 deformed bullet recovered in front dashboard).

**Evidence Summary (Summarize the evidence and explain its probative value to the case. Include info that may assist an examiner to further the investigation)**

All Ballistic Evidence transferred to Sgt. Davis of Brooklyn North Inspections at CSU office @ 1400 hours, to be further vouchered for ballistic analysis

Complaint# 2015-084-01027

| Reporting Officer: | Rank<br>DT3 | Name<br>SUSAN FORTE | Tax Reg. No.<br>916897 | Command<br>568-CRIME SCENE UNIT |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed<br>20150423 | Date of Next Review<br>. | Name<br>ADRIENNE RODRIGUEZ | Supv. Tax No.<br>902060 |



### CRIME SCENE UNIT
**Evidence List**

| Case Number | UF61 Number | Report Date | Activity Date | Activity Time | Topic |
|---|---|---|---|---|---|
| 2015-129 | 2015-084-01027 | 03/07/2015 | 03/07/2015 | 03:00 | CSU RUN #15/129 BLOOD SWAB INVOICE #3000487244 |

**Evidence**

| Unique ID No.<br>SF 5 | Item Type<br>DNA | | Probative Value<br>PROBATIVE | Caliber |
|---|---|---|---|---|
| Unique Item Number<br>SF5 | Item Description<br>BLOOD SWAB | | | |

**Specific Locations + Measurements**
RECOVERED FROM NASSAU ST. SIDE OF LOT OF 189 BRIDGE ST
15'08" NORTH OF SOUTH CURBLINE OF NASSAU ST
52'07" EAST OF EAST CURB LINE OF BRIDGE ST

| Packaged In<br>ENVELOPE | If Other | Finger Prints Recovered<br>No |
|---|---|---|
| Type of Bio Evid<br>Blood, | If Other | Bio Bag No.<br>A102640 |
| Item Processed In Field<br>No | Process Type<br>Swabbed for DNA, | If Other |

**Received From**
CSU RECOVERED

| Property Clerk Invoice No.<br>3000487244 | CSU Voucher Name<br>3000487244 | Property Clerk Item No.<br>1 | Property Clerk Invoice Type<br>DNA INVESTIGATORY |
|---|---|---|---|
| Property Clerk Invoice Qty<br>1 | Property Clerk Description<br>BLOOD SWAB | | |
| Cash Value<br>.00 | Peddler Seal No. | | SEC/NARCO Envelope No. |
| Test Requested | | Specific Reason | |
| Comparison Property Clerk Invoice No. | | Comparison Property Clerk Item No. | |

| Reporting Officer: | Rank<br>DT3 | Name<br>SUSAN FORTE | Tax Reg. No.<br>916897 | Command<br>568-CRIME SCENE UNIT |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed<br>20150421 | Date of Next Review<br>. | Name<br>ADRIENNE RODRIGUEZ | Supv. Tax No.<br>902060 |



### CRIME SCENE UNIT
**Evidence List**