

DEF_1182