
**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)


Invoice No. **6000010019**

| Invoicing Command | | | | | | Invoice Status |
|---|---|---|---|---|---|---|
| **POLICE LAB** | | | | | | **OPEN** |
| Invoice Date | | Property Type | | | | Property Category |
| **03/07/2015** | | **FIREARM** | | | | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | SGT | DAVIS, SILVIA | 903112 | PATROL BORO BKL | OCME. EU No. | |
| Arresting | N/A | | | | OCME. FB No. | |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | DT3 | FORTE, SUSAN | 916897 | CRIME SCENE UNT | CSU/ECT Run No. | 15/129 |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | **PISTOL** <br> MAKE: **INTERARMS (MFGR)** MODEL: **STAR 45** <br> CALIBER: **.45** <br> FIREARM COLOR: **CHROME/STAINLESS STEEL** <br> SERIAL NO. EXISTS: **YES** SERIAL NO.: **1903589** <br> LICENSE ACTIVE: **NO** | 5961663 | 1 | |
| 2 | 1 | **MAGAZINE** | 5961663 | 1 | |
| 3 | 3 | **CARTRIDGE** <br> CALIBER: **.45** | 5961663 | 3 | |
| 4 | 1 | **CARTRIDGE** <br> CALIBER: **.45** <br> RECOVERED FROM CHAMBER | 5961663 | 1 | |

**REMARKS:**
903112 03/07/2015 16:03 : UMOS INVOLVED SHOOTING DEPARTMENT INVESTIGATION

906943 03/18/2015 17:23 : Z010694

329814 03/23/2015 16:18 : 49 FROM LAB

357542 05/12/2017 10:10 : OTC ID AND SUBPOENA UPLOADED

341843 05/12/2017 12:50 : COURT RETENTION SLIP UPLOADED 350790 10/04/2017 15:02 SEE ATTACHED REQUEST PAPERWORK UPLOADED

308890 04/11/2018 12:35 : SEE ATTACHED REQUEST. PAPERWORK UPLOADED.

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 03/07/2015 | /UNCLASSIFY COMPLAINT | | INTERNAL INVEST. | REFUSED |


Invoice No. **6000010019**

**Property Clerk Copy**
printed: 06/01/2018 17:36

PCD Storage No.
**15M015891**
Page No. 1 of 2

**DEF_1081**

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **6000010019**

| Prisoner(s) Name | | D.O.B | Age | Address | | Arrest No./Summons No. NYSID No. |
|---|---|---|---|---|---|---|
| 1 | BRADLEY, ERIC | 06/14/1987 | 27 | 177 SANDS STREET, 7C, BROOKLYN, NY- 11201 | | K15616210 |

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | | | | |
| Owner(s) | PSNY | | | |
| Complainant(s) | PSNY | | | |

| Complaint No. | 2015-084-01027 |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | SGT | DAVIS, SILVIA | 903112 | PATROL BORO BKL | 03/07/2015 | 15:32 |
| Invoicing Officer | SGT | DAVIS, SILVIA | 903112 | PATROL BORO BKL | 03/07/2015 | 16:08 |
| Approved By | SGT | GIOCONDA, RICHARD | 904036 | POLICE LAB | 03/07/2015 | 16:08 |



Invoice No. **6000010019**

**Property Clerk Copy**
printed: 06/01/2018 17:36

PCD Storage No.
**15M015891**
Page No. 2 of 2

**DEF_1082**