**NYC HEALTH+HOSPITALS** | **Kings County**

*513-20*

*HEALTH INFORMATION MANAGEMENT DEPARTMENT*
*451 Clarkson Ave*
*Brooklyn, NY 11203*
*B Bldg Room BG 40*

# CERTIFICATION

I, Latoya Holley, Medical Record Specialist of Kings County Hospital Center hereby certify that the attached is in the custody of and is the full and complete record in the condition, act, transaction, occurrence of the Institution concerning

*Benbow, James   MR# 1946208*
**Patient's Name & Medical Record Number**

*1515 Hazen St. NIC East Elmhurst, N.Y. 11370*
**Address**

Entire Record Dated From *3/7/15* to *3/18/15*

Emergency Room Record Date (s) _____ to _____

Ambulatory Care Records From _____ to _____

I further certify that this record was made in the regular course of business of this Institution and it is in the regular course of business of this Institution to make such record, and such record was made at the time of the condition, act, transaction, occurrence or event, or within reasonable time thereafter.

SIGNATURE: *[signature]*

DATE: *3/31/20*

451 Clarkson Avenue. Brooklyn. NY 11203
New York City Health and Hospitals

Rvsd. 12/16

**DEF_3804**

**HEALTH HOSPITALS | Kings County**

HEALTH INFORMATION
MANAGEMENT DEPARTMENT
451 Clarkson Ave
Brooklyn, NY 11203

## DELEGATION OF AUTHORITY

I, Sheldon McLeod, Interim Chief Executive Officer of Kings County Hospital Center, certify that Felicia Jones, Senior Associate Director of Health Information Management and Latoya Holley, Medical Record Specialist, whose signatures appear below, are responsible employees of this institution. I hereby authorize them to certify records of this institution as the full and complete record of the condition, act, transaction, occurrence or event, which have been made in the regular course of business of this institution. To make such records at this time of the condition, act, transaction, occurrence or event, is within a reasonable time thereafter.

_____     Date: 3/31/20
Sheldon McLeod
Signature of Interim Chief Executive Officer

_____     Date: 3/31/20
Felicia Jones
Signature of Senior Associate Director
Medical Records

_____     Date: 3/31/20
Latoya Holley
Signature of Authorized Employee

**DEF_3805**



*HEALTH INFORMATION MANAGEMENT DEPARTMENT*
*451 Clarkson Ave*
*Brooklyn, NY 11203*
*B Bldg. Room BG 40*
*Telephone: (718) 245-4241*

# REDISCLOSURE STATEMENT

"This information has been disclosed to you from confidential records which are protected by state law. State law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of state law may result in a fine or jail sentence of both. A general authorization for the release of medical of other information is NOT sufficient authorization for further disclosure."

451 Clarkson Avenue. Brooklyn. NY 11203
New York City Health and Hospitals

Rvsd. 1/17

**DEF_3806**

DEF_3809

DEF_4000

DEF_4001

DEF_4002

DEF_4003



DEF_4004

DEF_4005

DEF_4006

DEF_4007

DEF_4008

DEF_4009





DEF_4011