# NYPD CRIME SCENE UNIT

| CSU Run# | PCT | COMPLAINT # | INVEST•COMND | CRIME |
|---|---|---|---|---|
| 15/129A | 84 | 1027 | 84 Squad | Department Investigation |

| NAME OF INJURED OR DECEASED | CSU INVESTIGATOR OR ASSIGNED | DATE OF REPORT |
|---|---|---|
| James Benbow | Det. Steneck | 03/07/15 |

**WOUNDS ARE AS PER**

CSU INVESTIGATOR ( )   DOCTOR/MLI (X) Dr. Chung   ME# ( )   HOSPITAL Kings County Hospital



Gunshot Graze
Gunshot Wounds

H

DEF_0160