ARREST Report - K15616482                                                                 Page 1 of 3

# New York City Police Department
## Omniform System - Arrests

**RECORD STATUS:** NYSID ENTERED   **Arrest ID:** K15616482 - P

**Arrest Location:** FRONT OF 301 GOLD STREET   **Pct:** 084

**Arrest Date:** 03-08-2015   **Processing Type:** ON LINE   **Current Location of Perpetrator:**
**Time:** 11:45:00   **DCJS Fax Number:** KO012042   **Borough:** Brooklyn
**Sector:** F   **Special Event Code:** NO -   **Type:**
**Strip Search Conducted:** NO   **DAT Number:** 0   **Location:** 084 PRECINCT
**Viper Initiated Arrest:** NO
**Stop And Frisk:** NO   **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

**COMPLAINTS:**   **Arrest #:** K15616482

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2015-084-01027 | 2015-03-07 | Valid, No Arrests | 2015-03-07 | 00:53 |

**CHARGES:**   **Arrest #:** K15616482

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 265.03 03 F | C | | 1 | CPW-2ND: LOADED FIREARM |
| #02 | No | PL 120.14 01 M | A | | 1 | MENACING-2ND:WEAPON |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C. | Reason Not Forfeit: |
|---|---|---|---|---|---|

**DETAILS:**   **Arrest #:** K15616482

AT T/P/'O DEFD DID POSSES AND DISPLAY A LOADED SILVER WITH BLACK HANDLE INTERARMS STAR .45 CALIBER HANDGUN AT MOS WHICH WAS RECOVERED AND VOUCHERED UNDER INVOICE # 600010019.

**DEFENDANT:** BENBOW, JAMES   **NYSID #:** 00096816Q   **Arrest #:** K15616482

- Nick/AKA/Maiden:
- Sex: MALE
- Race: BLACK
- Age: 34
- Date Of Birth: 01/16/1981
- U.S. Citizen: YES
- Place Of Birth:
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- Accent: NO
- Identification ID: NYS Drivers License or Permit
- Identification #: 466837186
- Physical Condition: INJ-ADMITTED IN HOSP
- Drug Used: NONE

- Height: 6FT 01IN
- Weight: 230
- Eye Color: BROWN
- Hair Color: BLACK
- Hair Length: SHORT
- Hair Style: CLOSE CUT
- Skin Tone: DARK
- Complexion: CLEAR
- Soc.Security #:
- Occupation: NONE
- Lic/Permit Type:
- Lic/Permit No:

- Order Of Protection: NO
- Issuing Court:
- Docket #:
- Expiration Date:
- Relation to Victim: UNKNOWN/NONE
- Living together: NO
- Can be Identified: YES
- Gang/Crew Affiliation: NO
- Name:
- Identifiers:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 180 TROY AVENUE | BROOKLYN | NEW YORK | 11213 | | 077 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: YES   N.Y.C. Housing Employee:   On Duty:

Development: **ALBANY**   N.Y.C. Transit Employee:

**Physical Force:** NONE

| | | |
|---|---|---|
| Gun: **HANDGUN** | | |
| Weapon Used/Possessed: **USED/DISPLAYED** | Make: **OTHER** | Recovered: **YES** |
| Non-Firearm Weapon: | Color: **SILVER** | Serial Number Defaced: **YES** |
| Other Weapon Description: | Caliber: **.44 CAL** | Serial Number: **1903589** |
| | Type: **PISTOL, SEMIAUTOMATI** | |
| | Discharged: **NO** | |

Used Transit System: **NO**
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLACK |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - BLACK |
| CLOTHING | FOOTWEAR - UNK - UNKNOWN COLOR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**                                    Arrest #: **K15616482**

Juvenile Offender:   Relative Notified:   Personal Recog:
Number Of Priors: **0**   Name:
School Attending:   Phone Called:
Mother's Maiden Name:   Time Notified:

**ASSOCIATED ARRESTS:**                               Arrest #: **K15616482**

ARREST ID   COMPLAINT #

No Vehicles for Arrest #

**DEFENDANTS CALLS:**                                 Arrest #: **K15616482**

CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED
1 | -- | REFUSED,REFUSED | | |

**INVOICES:**                                         Arrest #: **K15616482**

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|
| 3000487244 | | ALL OTHER | UNKNOWN |
| 3000487246 | | ALL OTHER | UNKNOWN |
| 3000487248 | | CLOTHING | UNKNOWN |
| 3000487266 | | CREDIT CARD | UNKNOWN |
| 3000487277 | 084 | ALL OTHER | UNKNOWN |
| 6000010019 | 090 | FIREARMS | UNKNOWN |

**ARRESTING OFFICER:** DT2 JAMES HUTTER         Arrest #: **K15616482**

| | | |
|---|---|---|
| Tax Number: **897709** | On Duty: **YES** | Force Used: **NO** |
| Other ID (non-NYPD): **897709** | In Uniform: **NO** | Type: |
| Shield: **2524** | Squad: **C** | Reason: |

ARREST Report - K15616482                                                              Page 3 of 3

| Department: **NYPD** | Chart: **08** | | Officer Injured: **NO** |
|---|---|---|---|
| Command: **301** | Primary Assignment: | | Officer Body Worn Camera: |

| Arresting Officer Name:<br>**DT2 HUTTER, JAMES** | Tax #:<br>**897709** | Command:<br>**301** | Agency:<br>**NYPD** | TRI<br>Number: **0000-000-00000** Suffix: **0** |
| Supervisor Approving:<br>**SGT AHMED MUHAMMAD** | Tax #:<br>**939848** | Command:<br>**301** | Agency:<br>**NYPD** | |
| Report Entered by:<br>**DT2 HUTTER, JAMES** | Tax #:<br>**897709** | Command:<br>**301** | Agency:<br>**NYPD** | |

**END OF ARREST REPORT**
**K15616482**

[Print this Report]

DEF_0003