CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

---

THE PEOPLE OF THE STATE OF NEW YORK

v

JAMES BENBOW

---

STATE OF NEW YORK
COUNTY OF KINGS

DETECTIVE JAMES C HUTTER SHIELD NO.2524, OF 301 COMMAND SAYS THAT ON OR ABOUT MARCH 07,2015 AT APPROXIMATELY 12:53 AM AT 180 NASSAU STREET COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

| | |
|---|---|
| PL 265.03(1)(B) | CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE (DQO) |
| PL 265.03(3) | CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE (DQO) |
| PL 265.01(1) | CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE |

IN THAT THE DEFENDANT DID:

POSSESS ANY FIREARM, ELECTRONIC DART GUN, ELECTRONIC STUN GUN, GRAVITY KNIFE, SWITCHBLADE KNIFE, PILUM BALLISTIC KNIFE, METAL KNUCKLE KNIFE, CANE SWORD, BILLY, BLACKJACK, BLUDGEON, PLASTIC KNUCKLES, METAL KNUCKLES, CHUKA STICK, SAND BAG, SANDCLUB, WRIST-BRACE TYPE SLINGSHOT OR SLUNGSHOT, SHIRKEN OR KUNG FU STAR; WITH INTENT TO USE UNLAWFULLY AGAINST ANOTHER, POSSESS A LOADED FIREARM; POSSESS ANY LOADED FIREARM AND THAT SUCH POSSESSION DID NOT TAKE PLACE IN DEFENDANT'S HOME OR PLACE OF BUSINESS;.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

DEPONENT IS INFORMED BY POLICE OFFICER KENNETH ANDERSON, SHIELD NUMBER 20151 OF THE 77 PRECINCT, THAT, AT THE ABOVE TIME AND PLACE, WHICH IS A PUBLIC STREET, THE DEFENDANT DID DISPLAY WHAT APPEARED TO BE A FIREARM AND WAS RUNNING TOWARDS MEMBERS OF THE NEW YORK CITY POLICE DEPARTMENT WAVING SAID FIREARM.

DEPONENT IS FURTHER INFORMED BY INFORMANT THAT SAID FIREARM WAS RECOVERED FROM WHERE DEFENDANT DROPPED IT AND WAS OBSERVED TO BE A SILVER .45 CALIBER SEMI-AUTOMATIC LOADED WITH 3 ROUNDS OF AMMUNITION IN THE MAGAZINE AND 1 ROUND IN THE CHAMBER.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

3/08/15     _Deo_  _[signature]_  #2524
DATE                    SIGNATURE

2015KN014252

Printed 03/08/2015 15:06    K15616482    Arrested: 03/08/2015 11:45

DEF_0112