# INDICTMENT

## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF KINGS

---

THE PEOPLE OF THE STATE OF NEW YORK

AGAINST

P.   ERIC BRADLEY
    DEFENDANT
      2015KN013822

XJ.  JAMES BENBOW - AFO,VFO
    DEFENDANT
      2015KN014252

T 3A

INDICTMENT NO. 01849-2015
BLUE ZONE

## COUNTS

CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE
CRIMINAL POSSESSION OF A FIREARM
CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE
CRIMINAL POSSESSION OF MARIHUANA IN THE THIRD DEGREE (2 COUNTS)
CRIMINAL POSSESSION OF MARIHUANA IN THE FOURTH DEGREE (2 COUNTS)
CRIMINAL POSSESSION OF MARIHUANA IN THE FIFTH DEGREE (2 COUNTS)

CRIMINAL TERM ARR/MOT
SUPREME COURT KINGS
2015 MAR 13 AM 10: 11

A TRUE BILL

FOREPERSON

KENNETH P. THOMPSON
DISTRICT ATTORNEY

DEF_0105

## FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT JAMES BENBOW OF THE CRIME OF CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE [PL 265.03(3)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MARCH 7, 2015, IN THE COUNTY OF KINGS, KNOWINGLY AND UNLAWFULLY POSSESSED A LOADED FIREARM, NAMELY: A PISTOL, SUCH POSSESSION NOT BEING IN THE DEFENDANT'S HOME OR PLACE OF BUSINESS.

THE SUBJECT MATTER OF THIS COUNT BEING AN ARMED FELONY AS THAT TERM IS DEFINED IN SECTION 1.20 OF THE CRIMINAL PROCEDURE LAW.

## SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT JAMES BENBOW OF THE CRIME OF CRIMINAL POSSESSION OF A FIREARM [PL 265.01-B] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MARCH 7, 2015, IN THE COUNTY OF KINGS, KNOWINGLY POSSESSED ANY FIREARM, NAMELY: A PISTOL.

## THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT JAMES BENBOW OF THE CRIME OF CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE [PL 265.01(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MARCH 7, 2015, IN THE COUNTY OF KINGS, KNOWINGLY AND UNLAWFULLY POSSESSED A FIREARM, NAMELY: A PISTOL.

## FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT JAMES BENBOW OF THE CRIME OF CRIMINAL POSSESSION OF MARIHUANA IN THE THIRD DEGREE [PL 221.20] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MARCH 7, 2015, IN THE COUNTY OF KINGS, KNOWINGLY AND UNLAWFULLY POSSESSED ONE OR MORE PREPARATIONS, COMPOUNDS, MIXTURES OR SUBSTANCES CONTAINING MARIHUANA, AND THE PREPARATIONS, COMPOUNDS, MIXTURES OR SUBSTANCES ARE OF AN AGGREGATE WEIGHT OF MORE THAN EIGHT OUNCES.

DEF_0106

### FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT JAMES BENBOW OF THE CRIME OF CRIMINAL POSSESSION OF MARIHUANA IN THE FOURTH DEGREE [PL 221.15] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MARCH 7, 2015, IN THE COUNTY OF KINGS, KNOWINGLY AND UNLAWFULLY POSSESSED ONE OR MORE PREPARATIONS, COMPOUNDS, MIXTURES OR SUBSTANCES CONTAINING MARIHUANA, AND THE PREPARATIONS, COMPOUNDS, MIXTURES OR SUBSTANCES ARE OF AN AGGREGATE WEIGHT OF MORE THAN TWO OUNCES.

### SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT JAMES BENBOW OF THE CRIME OF CRIMINAL POSSESSION OF MARIHUANA IN THE FIFTH DEGREE [PL 221.10(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MARCH 7, 2015, IN THE COUNTY OF KINGS, KNOWINGLY AND UNLAWFULLY POSSESSED ONE OR MORE PREPARATIONS, COMPOUNDS, MIXTURES OR SUBSTANCES CONTAINING MARIHUANA, AND THE PREPARATIONS, COMPOUNDS, MIXTURES OR SUBSTANCES ARE OF AN AGGREGATE WEIGHT OF MORE THAN TWENTY-FIVE GRAMS.

### SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT ERIC BRADLEY OF THE CRIME OF CRIMINAL POSSESSION OF MARIHUANA IN THE THIRD DEGREE [PL 221.20] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MARCH 7, 2015, IN THE COUNTY OF KINGS, KNOWINGLY AND UNLAWFULLY POSSESSED ONE OR MORE PREPARATIONS, COMPOUNDS, MIXTURES OR SUBSTANCES CONTAINING MARIHUANA, AND THE PREPARATIONS, COMPOUNDS, MIXTURES OR SUBSTANCES ARE OF AN AGGREGATE WEIGHT OF MORE THAN EIGHT OUNCES.

EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT ERIC BRADLEY OF THE CRIME OF CRIMINAL POSSESSION OF MARIHUANA IN THE FOURTH DEGREE [PL 221.15] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MARCH 7, 2015, IN THE COUNTY OF KINGS, KNOWINGLY AND UNLAWFULLY POSSESSED ONE OR MORE PREPARATIONS, COMPOUNDS, MIXTURES OR SUBSTANCES CONTAINING MARIHUANA, AND THE PREPARATIONS, COMPOUNDS, MIXTURES OR SUBSTANCES ARE OF AN AGGREGATE WEIGHT OF MORE THAN TWO OUNCES.

NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT ERIC BRADLEY OF THE CRIME OF CRIMINAL POSSESSION OF MARIHUANA IN THE FIFTH DEGREE [PL 221.10(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MARCH 7, 2015, IN THE COUNTY OF KINGS, KNOWINGLY AND UNLAWFULLY POSSESSED ONE OR MORE PREPARATIONS, COMPOUNDS, MIXTURES OR SUBSTANCES CONTAINING MARIHUANA, AND THE PREPARATIONS, COMPOUNDS, MIXTURES OR SUBSTANCES ARE OF AN AGGREGATE WEIGHT OF MORE THAN TWENTY-FIVE GRAMS.

KENNETH P. THOMPSON
DISTRICT ATTORNEY

*[signature]*

DEF_0108