

**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version: NYC-COMPT-BLA-PI1-B

# Personal Injury Claim Form

Electronically filed claims must be filed at the NYC Comptroller's Website. If your claim is not resolved within 1 year and 90 days from the date of occurrence you must start legal action to preserve your rights.

**I am filing:** ○ On behalf of myself.
○ On behalf of someone else. If on someone else's behalf, please provide the following information.

Last Name:
First Name:
Relationship to the claimant:

● Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | Kenneth J. Montgomery, PLLC |
| Firm or First Name: | |
| Address: | 198A Rogers Avenue |
| Address 2: | |
| City: | Brooklyn |
| State: | NEW YORK |
| Zip Code: | 11225 |
| Tax ID: | 45-459898 |
| Phone #: | 7184039261 |
| *Email Address: | info@kjmontgomerylaw.com |
| *Retype Email Address: | info@kjmontgomerylaw.com |

## Claimant Information

| | |
|---|---|
| *Last Name: | Benbow |
| *First Name: | James |
| Address: | 180 Troy Avenue |
| Address 2: | |
| City: | Brooklyn |
| State: | NEW YORK |
| Zip Code: | 11213 |
| Country: | USA |
| Date of Birth: | Format: MM/DD/YYYY |
| Soc. Sec. # | |
| HICN: (Medicare #) | |
| Date of Death: | Format: MM/DD/YYYY |
| Phone: | |
| *Email Address: | |
| *Retype Email Address: | |
| Occupation: | |
| City Employee? | ○ Yes ● No ○ NA |
| Gender | ● Male ○ Female ○ Other |

**The time and place where the claim arose**

| | |
|---|---|
| *Date of Incident: | 03/07/2015 Format: MM/DD/YYYY |
| Time of Incident: | 12:53 AM Format: HH:MM AM/PM |
| *Location of Incident: | In the vicinity of 180 Nassau Street in the county of Kings and State of New York in and around the area of Bridge Street. |
| Address: | 180 Nassau Street |
| Address 2: | |
| City: | Brooklyn |
| State: | NEW YORK |
| Borough: | BROOKLYN (KINGS) |

*Denotes required fields. A Claimant OR an Attorney Email Address is required.

**EXHIBIT 11**



New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

| **The items of damage or injuries claimed are (include dollar amounts):** | Severe physical injuries, conscious pain and suffering, future pain and suffering, mental and emotional injuries, loss of liberty, loss and/or deprivation of civil rights, fear, humiliation, medical expenses, loss of earnings and earning capacity. Claimant has suffered losses in excess of twenty-five million dollars ($25,000,000.00). |
|---|---|



**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

## Complete if claim involves a NYC vehicle

### Owner of vehicle claimant was traveling in

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |

### Non-City vehicle driver

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |

### Insurance Information

| Field | Value |
|---|---|
| Insurance Company Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |
| Policy #: | |
| Phone #: | |

### Non-City vehicle information

| Field | Value |
|---|---|
| Make, Model, Year of Vehicle: | |
| Plate #: | |
| VIN #: | |

### City vehicle information

| Field | Value |
|---|---|
| Plate #: | |
| City Driver Last Name: | |
| City Driver First Name: | |

**Description of claimant:**
○ Driver   ○ Passenger
○ Pedestrian   ○ Bicyclist
○ Motorcyclist   ○ Other

**Total Amount Claimed:** $25,000,000.00

*Format: Do not include "$" or ",".*

The **Total Amount Claimed** can only be entered once the following required fields are entered:

Claimant Last Name
Claimant First Name
Claimant Email or Attorney Email
Date of Incident
Location of Incident
Manner in which claim arose

I certify that all information contained in this notice is true and correct to the best of my knowledge and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties and civil liabilities.