# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - x
JAMES BENBOW,

                    Plaintiff,

     -against-  Civ. No.:  17-CV-6457(EK)(LB)

CITY OF NEW YORK; POLICE OFFICER BRIAN W.
FEELY; POLICE OFFICER MATTHEW J. ROSIELLO;
POLICE OFFICER KENNETH L. ANDERSON; SERGEANT
WILLIAM A. DAIB; POLICE OFFICER SHANIEL J.
MITCHELL; and POLICE OFFICER STEPHEN J.
MINUCCI,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - x

                 VIDEOCONFERENCE VIA ZOOM
                 Conducted by:
                 LEX REPORTING SERVICE, INC.
                 160 Broadway
                 New York, New York

                 December 7, 2020
                 2:31 p.m.

       **DEPOSITION** of **POLICE OFFICER BRIAN**

**WILLIAM FEELEY**, named herein as **POLICE OFFICER**

**BRIAN W. FEELY**, a Defendant in the

above-entitled action, held remotely via Zoom

videoconference, pursuant to Order, taken

before Tania C. Pedrosa, a shorthand reporter

and Notary Public within and for the State of

New York.

                 LEX #161124



LEX REPORTING SERVICE, INC.
PROFESSIONAL REPORTING SINCE 1980
TOLL FREE 800.608.6085

```
1                        B. W. Feeley                    16

2            A      Who?

3            Q      Carl Thompson, does that jog your

4     memory at all --

5            A      No.

6            Q      -- in relationship to your -- any

7     lawsuit that you've been a part of as a

8     police officer?

9            A      No.

10           Q      Has anyone ever sat you down from

11    the police department and reviewed your

12    lawsuit history as a police officer?

13                       MR. WEINER:  Objection.

14                       Go ahead.

15           A      Has anyone -- like, can you just

16    restate the question?

17           Q      Sure.  Has anyone from the police

18    department sat you down and discussed the

19    lawsuits that have been filed against you as

20    a police officer?

21                       MR. WEINER:  Objection.

22                       Go ahead.

23           A      With -- within the NYP -- like,

24    an NYPD personnel?

25           Q      Yeah.
```

B. W. Feeley                    17

1

2       A       No.

3       Q       Okay.  Has anyone ever discussed

4    with you any CCRB or complaint that's been

5    lodged against you --

6                    MR. WEINER:  Objection.

7       Q       -- from the police department?

8                    MR. WEINER:  Objection.

9       A       From the police department or the

10   CCRB -- the CCRB employees?

11      Q       I'm asking about the police

12   department.

13      A       No.

14      Q       Has anyone from the police

15   department ever sat you down and spoken with

16   you about any Internal Affairs history that

17   you have?

18                   MR. WEINER:  Objection.

19                   Go ahead.

20      A       I'm sorry.  All I heard was

21   internal -- rephrase the question.  Sorry.

22      Q       His objection got in the way?

23      A       Maybe.  I don't know.

24      Q       No.  That's okay.  That's okay.

25                   Has anyone in the police

```
1                        B. W. Feeley                    18

2    department sat you down and discussed with

3    you your Internal Affairs history?

4                    MR. WEINER:  Objection.

5                    Go ahead.

6        A    Once again, I -- all I hear is

7    internal something.  I don't know if it's --

8        Q    Okay.  I'll repeat it again for

9    you.  Okay?

10       A    Yeah, louder and slower because,

11   like, it's --

12       Q    There's a delay, okay.

13                   Has anyone from the police

14   department ever sat you down and discussed

15   your Internal Affairs history with you?

16       A    Oh, all right.

17                   MR. WEINER:  Objection.

18                   Go ahead.

19       A    No.

20       Q    Has anyone from the police

21   department ever sat you down and discussed

22   your work performance history with you?

23                   MR. WEINER:  Objection.

24       A    Like, what do you mean?  Like,

25   my, like, evaluation or something like that?
```

```
1                      B. W. Feeley              19

2          Q     Well, other than an evaluation,

3    had anyone ever sat you down and talked to

4    you about how you were performing in terms if

5    you need to do better or you have any C --

6    you have CCRB complaints or you have other

7    complaints that need to be addressed?

8                    MR. WEINER:  Objection.

9          A     No.

10         Q     Okay.  Is it accurate to say that

11   the only time that anyone's ever discussed

12   your work performance with you at the NYPD is

13   during your annual evaluation?

14                   MR. WEINER:  Objection.

15         A     Yeah, when we get the evals.

16         Q     Okay.  Have you ever received a

17   negative evaluation?

18         A     No.

19         Q     Okay.  Have you ever received any

20   form of discipline as it relates to any CCRB

21   complaints or lawsuits or any other complaint

22   lodged against you?

23                   MR. WEINER:  Objection.

24         A     Any -- not from CCRB or lawsuits,

25   not that I'm -- not that I'm aware of.
```

1                      B. W. Feeley                    28

2           A       The types -- I know I have

3      complaints but I don't know what -- like,

4      which -- what is -- what complaints are

5      lodged against me.

6           Q       Okay.  And how do you know you

7      have complaints?

8           A       Because I've been to, like, CCRB.

9           Q       Okay.  So when there's a

10     complaint against you, CCRB calls you down

11     and talks to you about them and they meet

12     you; is that correct?

13          A       Yes.

14          Q       Okay.  And that's --

15          A       I mean --

16          Q       -- how you know you have

17     complaints, correct?

18          A       Yes.

19          Q       Other than CCRB, has anyone else

20     at the police department ever spoken to you

21     about the number of complaints you have?

22                      MR. WEINER:  Objection.

23                      Go ahead.

24          A       No.

25          Q       Has anyone at the NYPD ever

```
 1                    B. W. Feeley                29

 2     spoken to you about any of the complaints

 3     you've had?

 4          A     No.

 5          Q     Have you ever been placed on any

 6     performance monitoring by the NYPD?

 7          A     No.

 8          Q     Has anyone at the NYPD ever

 9     talked to you about performance monitoring?

10                    MR. WEINER:  Objection.

11          A     No.

12          Q     Other than the two lawsuits that

13     you described earlier in which you were a

14     defendant, are you aware of any other

15     lawsuits that you were a defendant in as a

16     police officer?

17          A     Well, you said for the

18     depositions.  I remember two depositions for

19     lawsuits.

20          Q     Yeah.

21          A     But, yes, I have -- there was

22     more -- more -- I know there's more than two

23     lawsuits filed against me --

24          Q     Okay.  Approximately how -- I'm

25     sorry.
```

```
 1                      B. W. Feeley                  32
 2    depositions I remember, so it's more than
 3    two.  But I know there's more lawsuits but I
 4    can't -- I don't want to give you --
 5          Q    Okay.
 6          A    -- the roundabout because I don't
 7    know the exact number.
 8          Q    I understand your testimony.
 9    Thank you.
10               Other than the normal retraining
11    that you receive, were you ever sent for
12    retraining for any disciplinary purpose?
13                    MR. WEINER:  Objection.
14                    You can go ahead.
15          A    No.
16          Q    Were you ever sent for any
17    training as a result of any complaints lodged
18    against you?
19          A    No.
20          Q    Were you ever sent for any
21    training as a result of the lawsuits filed
22    against you?
23          A    No.
24          Q    Have you ever testified under
25    oath other than your depositions?
```

B. W. Feeley                                    43

1

2    Q    Okay.  So tell me the use of

3  force training that you remember since the

4  academy.

5    A    The most recent one is the -- you

6  watch how to effect an arrest of -- for the

7  diaphragm, you know, how to take -- you know,

8  arrest somebody with the new laws -- with the

9  diaphragm laws.

10    Q    Okay.  And that was, I'm going to

11  guess, this year; is that correct?

12    A    Yes, yeah.

13    Q    Okay.  Before that, do you

14  remember receiving any use of force training?

15    A    Yeah, but I don't know the time

16  -- you know, dates and times and stuff like

17  that but there was other trainings.

18    Q    Okay.  Before this incident --

19  let me strike that.

20         In between the time that you

21  graduated the academy and the shooting of

22  Mr. Benbow, did you receive use of force

23  training?

24    A    I don't remember.

25    Q    Were you ever given training in

```
1                      B. W. Feeley                    47

2      25 or 30 yards away you have to hit a target,

3      correct?

4           A     Yes.

5           Q     And what weapon were you

6      qualified in in 2015?

7           A     It was the SIG Sauer.

8           Q     Okay.  Were you qualified in any

9      other weapon?

10          A     No.

11          Q     Okay.  And when you hit these

12     targets from various distances away, you have

13     to -- you aim at center mass, correct?

14          A     Yes.

15          Q     Okay.  And you're taught that

16     center mass if someone is facing you is from

17     the neckline to the waist, correct?

18          A     Yes.

19          Q     Shoulder to shoulder, correct?

20          A     Yes.

21          Q     Okay.  And if someone is behind

22     you, center mass would be the bottom of the

23     neck to the waistline from shoulder to

24     shoulder, correct?

25          A     Yes.
```

1                          B. W. Feeley                    51

2      that are e-mailed to you?

3                     MR. WEINER:  Objection.

4          A     No.

5          Q     Okay.  Now, as a police officer,

6      is it accurate to say that on almost a daily

7      basis while you were in the 77 you had to

8      make decisions regarding when to use force?

9          A     Can you say it again?

10         Q     Sure.  As a police officer in the

11     77 -- correct?  That's where you were in

12     2015; is that correct?

13         A     Yes.

14         Q     Okay.  So as a police officer in

15     the 77, would you agree with me that you have

16     to make determinations on a fairly regular

17     basis on whether or not to use force?

18         A     Yes.

19         Q     And that is a part of your job

20     function as a police officer to decide

21     whether or not you need to use force,

22     correct?

23         A     Yes.

24         Q     Okay.  And in addition to

25     deciding whether or not to use force, you're

```
1                     B. W. Feeley                    52
2      also confronted with on a daily basis as a
3      police officer on how much force to use if
4      you decide to use force, correct?
5           A     Yes.
6           Q     That's an integral part of your
7      job function, correct?
8           A     Yes.
9           Q     Okay.  Now, in terms of probable
10     cause and making an arrest, would you agree
11     with me that as a regular part of your job as
12     a police officer, you have to make
13     determinations regarding probable cause?
14          A     Yes.
15          Q     Okay.  And you're confronted on a
16     near-daily basis on whether or not you have
17     probable cause, correct?
18          A     Yes.
19          Q     Okay.  Have you ever been taught
20     by the NYPD about any duty to intervene?
21          A     Say that -- can you read -- can
22     you say it again?
23          Q     Repeat the question?
24          A     Yes, please.
25          Q     Okay.  Did you not hear it or you
```

```
 1                          B. W. Feeley                      63
 2      you shot Mr. Benbow, correct?
 3              A       Yeah.
 4              Q       Let's get that out of the way.
 5                      Okay.  Other than Mr. Benbow,
 6      have you ever discharged your weapon?
 7              A       No.
 8              Q       Are you permitted to shoot
 9      someone just because they have a gun?
10                      MR. WEINER:  Objection.
11              A       No.  Every -- every scenario is
12      different so...
13              Q       Okay.  I understand.  But just
14      generally speaking, if someone has a gun, is
15      that a reason in and of itself to shoot that
16      person?
17              A       No.
18              Q       Okay.  If someone is running away
19      from you with a gun, is that a reason to
20      shoot that person?
21                      MR. WEINER:  Objection.
22              Q       You can answer.
23              A       It -- you know, it depends.  If
24      he's posing a threat to someone else, like,
25      running away, like pointing at another
```

```
1                          B. W. Feeley                  66
2          Q     No, you can't shoot him, correct?
3          A     Like I said, it's different
4    scenarios.  Like, you're giving a person --
5          Q     No.  I'm going off what you just
6    said.  If someone is running --
7          A     Is he in the field unarmed?
8          Q     Hold on a second.
9          A     Is he in --
10         Q     Hold on a second.
11         A     -- the street --
12         Q     Hold on a second.
13         A     You know --
14         Q     I'm going to use -- I'm going to
15   use your response.
16               If someone is running away with a
17   gun, okay, not posing a threat to anybody,
18   they're just running away with a gun --
19         A     Yeah -- no, I wouldn't.
20         Q     -- you'd shoot that person,
21   right?
22         A     I wouldn't, no.  You're not
23   supposed --
24         Q     Well, it's not you wouldn't.
25   You're trained that you can't shoot that
```

```
1                        B. W. Feeley                    67

2      person --

3           A      Yeah.

4           Q      -- correct?

5                  Okay.  Now, on the day of the

6      incident, what was your height?

7           A      My height?

8           Q      Yeah.

9           A      Six-two I want to say.

10          Q      And what was your weight --

11     approximately, if you can?

12          A      250 to 260ish, around there.

13                      MR. ABOUSHI:  Off the

14                 record.

15                      (Whereupon, a discussion was

16                 held off the record.)

17                      MR. ABOUSHI:  All right.

18                 Back on the record, please.

19     BY MR. ABOUSHI:

20          Q      So you're six-two, approximately

21     250 pounds.

22                 What was your tour that day?

23          A      I believe it was 1730, which is

24     5:30 p.m., to 2:00 in the morning.

25          Q      Did you do anything before your
```

```
 1                    B. W. Feeley                68
 2    shift?
 3         A     I don't -- I don't remember what
 4    I did before.
 5         Q     Okay.  Do you know if you came
 6    from your house? somewhere else?
 7         A     No, I don't remember.
 8         Q     Did you have anything to drink
 9    before you started your shift?
10         A     No.
11         Q     Okay.  Were you coming from any
12    parties or anything like that, any
13    celebrations?
14         A     I don't remember what I did
15    before.
16         Q     What time did your tour end that
17    day?
18         A     That day of the --
19         Q     Yeah, the night of the incident
20    actually.  It's more afternoon.
21         A     I don't remember.  It was, like,
22    the next day, I know that.
23         Q     Okay.  After the shooting did you
24    go back to work? did you take time off? did
25    you have an RDO? something else?
```

```
1                        B. W. Feeley                     75

2      passenger's seat?

3            A     I don't remember.

4            Q     Okay.  Do you know who was

5      sitting behind you?

6            A     No.

7            Q     Okay.  Now, you shot Mr. Benbow

8      that night, correct?

9            A     Yes.

10           Q     Okay.  Was it intentional?  Did

11     you mean to shoot him?

12           A     Did I mean to shoot him?

13           Q     Yeah.

14           A     Yes.

15           Q     Okay.  And how many times did you

16     shoot him?

17           A     I don't -- I don't know.

18           Q     How many times did you fire your

19     weapon at him?

20           A     I believe it was three.

21           Q     Okay.  And isn't it true that you

22     testified that you fired your weapon at

23     Mr. Benbow because he pointed a gun at you?

24           A     Yes.

25           Q     Okay.  And was he running away
```

```
 1                    B. W. Feeley                80

 2         Q      Okay.  You don't know if the

 3    gun --

 4         A      It happened very fast.

 5         Q      I'm sorry.

 6         A      It happened very fast.

 7         Q      Okay.  I understand you say it

 8    happened very fast.

 9                Now, when Mr. Benbow was shot,

10    was he running or was he stationary?

11         A      He was coming around in between

12    two cars, so, like, I guess -- I don't know

13    if he was -- like, he wasn't sprinting

14    anymore, like he wasn't --

15         Q      Okay.  Did you shoot him while he

16    was in between the two cars or after he

17    exited from in between the two cars and he

18    was in the street?

19         A      I believe he was in between the

20    two cars.

21         Q      Okay.  So he was in between the

22    two cars when you shot him, correct?

23         A      Yes.

24         Q      Okay.  And that's your testimony,

25    right?
```

B. W. Feeley                          82

1

2          A      Yes.

3          Q      Okay.  So you were in front of

4     him, he was running, and he started to raise

5     his gun in your direction while you were

6     standing in front of him, correct?

7          A      Yes.

8          Q      Okay.  And then you fired three

9     shots, correct?

10         A      Yes.

11         Q      Okay.  And after you shot him, he

12    went right down, correct?

13                   MR. WEINER:  Objection.

14         A      I believe he -- I mean, I

15    remember him, like, falling forward.

16         Q      Okay.  Falling forward?

17         A      Yeah, not like -- yeah.

18         Q      Okay.  So he fell forward.

19                   Where was Rosiello when you fired

20    your weapon?

21         A      I remember them being on the

22    sidewalk.

23         Q      Okay.  And where was Anderson

24    when you fired your weapon?

25         A      On the sidewalk.

```
 1                    B. W. Feeley                110
 2                    MR. WEINER:  You tell
 3            yourself to calm down.
 4                    MR. ABOUSHI:  And you've
 5            condoned his conduct here and --
 6            you know, we'll get to that.
 7                    MR. WEINER:  Absolutely.
 8        Q    So he runs in between two cars
 9    and he's running straight towards the other
10    side of the street when you shot him,
11    correct?
12        A    He was coming out between the two
13    cars, yeah.
14        Q    I'm not saying where he was
15    coming out from.  Okay.  I'm asking you:  He
16    was running straight from one sidewalk to the
17    other when you shot him, correct?
18                    MR. WEINER:  Objection.
19        A    I don't know where he was going.
20    Like, I -- I don't know if he was -- the
21    destination was the other side of the
22    sidewalk.  I don't --
23        Q    I'm not telling you -- I'm not
24    asking you where his destination was.
25                    MR. WEINER:  You cut him
```

```
 1                      B. W. Feeley                    146

 2      of the shots?

 3           A     I don't -- I want to say it was

 4      kind of within -- all together, like it was,

 5      like, kind of one motion, kind of...

 6           Q     Okay.

 7                 MR. ABOUSHI:  When you say

 8                 you want to say, do you remember

 9                 or are you just guessing?

10                 THE WITNESS:  Yes.  It was

11                 -- it was -- it was all -- it was

12                 like -- it wasn't, like, time

13                 went on.  It was, you know, like

14                 -- I feel like it was, you know,

15                 one and then one, two, like all

16                 kind of...

17           Q     Okay.  So if you could estimate,

18      how many seconds were between the --

19      transpired between the first time you shot

20      and the last time you shot?

21           A     Oh, it was very quick.

22           Q     Okay.

23           A     Maybe 20 seconds, 30 -- not --

24      not long.

25           Q     No.  The first -- I'm sorry.  The
```