# EXHIBIT 5

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
JAMES BENBOW,
                    Plaintiff,

     -against-   Civ. No.:  17-CV-6457(EK)(LB)

CITY OF NEW YORK; POLICE OFFICER BRIAN W.
FEELY; POLICE OFFICER MATTHEW J. ROSIELLO;
POLICE OFFICER KENNETH L. ANDERSON; SERGEANT
WILLIAM A. DAIB; POLICE OFFICER SHANIEL J.
MITCHELL; and POLICE OFFICER STEPHEN J.
MINUCCI,
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - x

                         VIDEOCONFERENCE VIA ZOOM
                         Conducted by:
                         LEX REPORTING SERVICE, INC.
                         160 Broadway
                         New York, New York

                         October 14, 2020
                         9:41 a.m.
```

**DEPOSITION** of **POLICE OFFICER SHANEIL A. MITCHELL**, named herein as **POLICE OFFICER SHANIEL J. MITCHELL**, a Defendant in the above-entitled action, held remotely via Zoom videoconference, pursuant to Order, taken before Tania C. Pedrosa, a shorthand reporter and Notary Public within and for the State of New York.



LEX #159616-A

LEX REPORTING SERVICE, INC.
PROFESSIONAL REPORTING SINCE 1980
TOLL FREE 800.608.6085

```
1                    S. A. Mitchell                    28
2    process consists of?
3         A     You -- we shoot at the indoor
4    range or the outdoor range from a distance as
5    far as 25 meters and as close to 7 meters, 50
6    rounds, and you have to score over a 75 --
7         Q     Okay.
8         A     -- to pass.
9         Q     Okay.  So you have to hit a
10   target from -- between 25 meters or yards?
11        A     Yards.  I'm sorry.  Yards.
12        Q     So 25 yards away you have to hit
13   a target and you have to hit the target
14   75 percent of the time; is that correct?
15        A     Yes.
16        Q     Okay.  And when you shoot, you're
17   aim -- you're taught to aim for center mass,
18   correct?
19        A     Yes.
20        Q     Can you explain to me what center
21   mass is?
22        A     Center mass is pretty much the
23   center of the body from the neck to the
24   waistline.
25        Q     Okay.  That's if they're facing
```

```
 1                    S. A. Mitchell                   29
 2   you, it would be from the neck --
 3        A     Yes.
 4        Q     -- to the waistline is the --
 5        A     Yes.
 6        Q     -- center mass, correct?
 7        A     Yes.
 8        Q     Okay.  And if someone is behind
 9   -- their back is to you, center mass would be
10   essentially from the top of their neck to
11   their back, correct?
12        A     Yes.
13        Q     And you testified that you have
14   to hit the target 75 percent of the time in
15   order to qualify for your weapon, correct?
16        A     Yes.
17        Q     And this process happens, you
18   know, at least twice a year, correct?
19        A     Yes.
20        Q     Is it every six months or some
21   other variation?
22        A     It might -- it -- it all depends.
23        Q     When was the last time you
24   qualified for your weapon?
25        A     I qualified a month or two ago.
```

```
 1                S. A. Mitchell                32
 2   deadly force?
 3        A    When there's a threat or a danger
 4   to themself or the public.
 5        Q    Okay.  You've made previous
 6   arrests for individuals with guns, correct?
 7        A    Yes.
 8        Q    Okay.  Just because someone has a
 9   gun, it doesn't mean that they're supposed to
10   get shot, correct?
11              MR. WEINER:  Objection.
12              You can answer if you
13              understand the question.
14        A    No.
15        Q    That's not correct or that is
16   correct?
17        A    No, that is correct.
18        Q    Okay.  Thank you.  And you've
19   made plenty of gun arrests without having to
20   shoot the individual, correct?
21        A    Yes.
22        Q    And you've made gun arrests even
23   when individuals have displayed a weapon or
24   carried it openly, correct?
25              MR. WEINER:  Objection.
```

```
 1                    S. A. Mitchell                 34
 2        A     Excuse me.  I didn't hear you.
 3        Q     Okay.  Do you agree with me that
 4   throughout the execution of your job
 5   functions, you have to make determinations
 6   regarding probable cause?
 7        A     Yes.
 8        Q     And you have to do that on a
 9   regular basis as an officer, correct?
10        A     Yes.
11        Q     And would you also agree with me
12   that throughout the execution of your job
13   functions, you have to make decisions
14   regarding use of force?
15        A     Yes.
16        Q     And that you -- as an officer,
17   you have to make that decision on pretty much
18   a daily basis whether or not to use force,
19   correct?
20              MR. WEINER:  Objection.
21        Q     You can answer.
22        A     Yes.
23        Q     Okay.  And the determination that
24   an officer has to make in regards to the use
25   of force, it's not just how much force used
```

```
1                    S. A. Mitchell                    36
2         Q    And that making determinations
3    regarding search and seizure is a part of
4    your daily job function; is that correct?
5         A    Yes.
6         Q    Would you agree with me that as a
7    part of your job functions as a police
8    officer, you are called upon on almost a
9    daily basis to make a determination regarding
10   arrests, correct?
11        A    Yes.
12        Q    Have you ever come to know
13   whether or not you have a duty to intervene
14   as a police officer?
15        A    Can you -- can you restate the
16   question?
17        Q    Sure.  Have you ever been taught
18   that you have a duty to intervene as a police
19   officer with respect to conduct of other
20   police officers?
21        A    Yes.
22        Q    Okay.  And what is your
23   understanding of that?
24        A    If there's -- if there's an
25   officer doing something wrong or conducting
```

```
 1                S. A. Mitchell                37
 2   themselves in a manner that they shouldn't, I
 3   should -- I -- I have to -- I have the
 4   responsibility to step in.
 5        Q    You have the responsibility to
 6   stop it, correct?
 7        A    Yes.
 8        Q    Okay.  And that includes a
 9   violation of someone's rights, correct?
10        A    Yes.
11        Q    And where did you learn that?
12        A    The Police Academy.
13        Q    Now, when you were in the 77, you
14   said that one of your assignments was in
15   anti-crime, correct?
16        A    Yes.
17        Q    Okay.  And is it true that
18   Sergeant Diab was your supervisor in
19   anti-crime?
20        A    Yes.
21        Q    Okay.  How did Sergeant Diab
22   supervise you when you were in anti-crime?
23             MR. WEINER:  Objection to
24             the form of the question.
25             You can answer if you
```

```
 1                    S. A. Mitchell                    49
 2   instructor?
 3        A    Yes.
 4        Q    And you have a gun -- not a real
 5   gun but a gun and you have to make decisions
 6   of when to use it?
 7        A    Yes.
 8        Q    Now, you testified earlier that
 9   as an officer, you don't shoot someone just
10   because they have a gun, correct?
11               MR. WEINER:  Objection.
12        A    Yes.
13        Q    And even if someone was running
14   away with a gun, that's not a reason in and
15   of itself to shoot them, correct?
16               MR. WEINER:  Objection.
17        A    Yes.
18        Q    Is someone bothering you?
19        A    Yeah.
20        Q    I have to worry about my kids
21   coming in and you have to worry about your
22   people coming in.
23               Do you need a break or you're
24   good?
25        A    No, no, no.  I'm good.
```

```
 1                    S. A. Mitchell                    59
 2    front of the club.  We're a few car lengths
 3    back so we could see if anybody is coming or
 4    going from the front entrance of the club.
 5         Q    And did you make any
 6    notifications about this plan that you guys
 7    were executing?
 8                   MR. WEINER:  Objection.
 9         Q    You can answer.
10         A    Yes, to Sergeant Diab.
11         Q    Okay.  Did Sergeant Diab make any
12    notifications; to your knowledge?
13                   MR. WEINER:  Objection.
14         A    I don't know.
15         Q    Okay.  Now, at some point
16    Mr. Benbow and Mr. Bradley left the location,
17    correct?
18         A    Yes.
19         Q    Okay.  Did anything seem unusual
20    to you when they left the location?
21                   MR. WEINER:  Objection.
22         A    No.
23         Q    And they walked past your
24    vehicle; is that correct?
25         A    No.
```

```
 1                    S. A. Mitchell                    63
 2                 Did he tell you he heard the
 3      commands?
 4            A     No.
 5            Q     So that's an assumption that
 6      you're making when --
 7            A     Yes.
 8            Q     -- he went to the ground?
 9            A     Yes.
10            Q     And in terms of how you exited
11      the vehicle, can you describe that to me?
12            A     I exited the driver's side and
13      went towards the rear of the car.
14            Q     Okay.  Did you have your gun out
15      at that point?
16            A     Yes.
17            Q     Okay.  And Officer Diab had his
18      gun out as well, correct?
19            A     Yes, when he exited his side,
20      yes.
21            Q     Okay.  And Officer Minucci, he
22      had his gun out?
23            A     Yes.
24            Q     Okay.  And at that point
25      Mr. Benbow, you testified, turned and ran in
```

```
1                  S. A. Mitchell                  64
2    the opposite direction, correct?
3              MR. WEINER:  Objection.
4         A    Yes.
5         Q    Did Mr. Benbow pull out a gun and
6    point it at you?
7         A    No, not at me.
8         Q    Did he pull out a gun and point
9    it at Sergeant Diab?
10        A    No.
11        Q    Did he pull out a gun and point
12   it at Officer Minucci?
13        A    No.
14        Q    Your testimony is that he turned
15   around and ran in the opposite direction,
16   correct?
17        A    Yes, he was running in the
18   opposite direction.
19        Q    You didn't see Mr. Benbow point a
20   gun at anyone that night, correct?
21        A    No.
22        Q    So that's correct to my answer?
23        A    Yes.
24        Q    He never presented a gun to you,
25   correct?
```

```
 1                  S. A. Mitchell                    65
 2        A     No, he did not.
 3        Q     What did you do after you got out
 4   of the car?
 5        A     After I got out of the car, I
 6   went towards the -- I -- I went towards where
 7   Benbow was laying on the ground.
 8        Q     Okay.  At any point in time did
 9   you go on the sidewalk?
10        A     Yes.
11        Q     Okay.  At what point in time did
12   you go to the sidewalk?
13        A     Probably moments after I went by
14   Benbow.
15        Q     Okay.  Did you stay in the street
16   that night when you got out of the car
17   initially or at some point did you go onto
18   the sidewalk after the shooting?
19              MR. WEINER:  Objection.
20        A     I --
21              MR. WEINER:  Go ahead.
22        A     I was on the street and I was on
23   the sidewalk.
24        Q     Okay.  Did you get on the
25   sidewalk before or after Mr. Benbow was shot?
```

```
 1                    S. A. Mitchell                    69
 2              Mr. Benbow was shot like the
 3              question says.
 4         A    Probably a car and a half, maybe
 5    two car lengths.
 6         Q    Okay.  And did you see Mr. Benbow
 7    get shot?
 8         A    No.
 9         Q    Did you see Mr. Benbow point a
10    gun at anyone that day?
11         A    No.
12         Q    What happened after you went over
13    to Mr. Benbow?
14         A    After I went over to Mr. Benbow,
15    he was in handcuffs and Sergeant Diab put
16    over a radio transmission requesting a bus
17    and some additional units to the scene.
18         Q    Did you say anything to
19    Mr. Benbow?
20         A    I do not remember.
21         Q    Did he say anything to you?
22         A    I heard -- he was on the ground
23    saying "I'm shot."
24         Q    Did Officer Rosiello say anything
25    to you?
```

```
 1                S. A. Mitchell                    70
 2        A    No -- I -- I don't remember.  I
 3   don't remember.
 4        Q    You don't remember.  Did Officer
 5   Feeley say anything to you?
 6        A    I don't remember.
 7        Q    Did Officer Anderson say anything
 8   to you?
 9        A    I don't remember.
10        Q    After they shot Mr. Benbow, did
11   you have any conversation with him about the
12   shooting, either that night or thereafter?
13        A    That night, yes.
14        Q    Okay.  And who did you speak
15   with?
16        A    I -- we -- we -- we all spoke.
17        Q    Okay.  And what -- what was said?
18        A    That he had a gun.
19        Q    Okay.  So after the shooting, you
20   all were there congregating next to
21   Mr. Benbow; is that correct?
22        A    No.
23        Q    Okay.  When did you all have this
24   conversation?  Where were you?
25        A    A couple of car lengths down
```

```
1                     S. A. Mitchell                    71
2     after the other units got to the scene.
3          Q    Okay.  So other units responded
4     to the scene and you're there with the other
5     officers who were there at the time of the
6     shooting a few car lengths down, correct?
7          A    Yes.
8          Q    And you all were talking about
9     what happened and someone told you he had a
10    gun?
11         A    Yes.
12         Q    And Officer Rosiello fired his
13    gun that night at Mr. Benbow, correct?
14         A    Yes.
15         Q    And Officer Feeley fired his gun
16    at Mr. Benbow, correct?
17         A    Yes.
18         Q    Okay.  And Officer Anderson did
19    not fire his weapon, correct?
20         A    Yes, he did not fire his gun.
21         Q    And when Officer Rosiello fired
22    his weapon, he was on the sidewalk; is that
23    correct?
24         A    I -- I don't know.
25         Q    Okay.  When Officer Feeley fired
```

```
 1                    S. A. Mitchell                    73
 2    Mr. Benbow on the ground, did you see Officer
 3    Feeley at any point in the street?
 4         A     I don't remember.
 5         Q     Okay.  Now, Mr. Benbow was shot
 6    as he ran in between two cars; is that
 7    correct?
 8         A     Say that -- say -- say that
 9    question again.
10         Q     Benbow was shot as he ran in
11    between two cars?
12         A     I'm -- I'm -- I wasn't back
13    there.  I don't know where he was shot.
14         Q     Okay.  Did you give any verbal
15    commands that night?
16               MR. WEINER:  Objection.
17         A     I don't remember.
18         Q     And when I say that, I mean in
19    relationship to this incident.
20               Did you give any commands?
21         A     I -- I don't remember.
22         Q     Okay.  Now, did you see
23    Mr. Benbow with a cup in his hand?
24         A     Yes.
25         Q     Okay.  At what point did you see
```

```
1                    S. A. Mitchell                    83
2          Q     Were you ever asked to testify in
3     regards to Mr. Benbow?
4          A     I honestly do not recall if I did
5     or I didn't.
6          Q     Did you meet --
7          A     It's been a while.
8          Q     Did you meet with any ADAs in
9     regards to Mr. Benbow?
10         A     I -- I do not remember if I did
11    or I didn't.
12         Q     Are you familiar with the term
13    "blue wall of silence?"
14         A     Yes.
15         Q     Okay.  What is your understanding
16    of what that term means?
17         A     It refers to being another police
18    officer -- pretty much protecting other
19    police officers.
20         Q     So essentially under the blue
21    wall of silence, police officers cover up for
22    each other, correct?
23                    MR. WEINER:  Objection.
24         A     Yes.
25         Q     Did you discharge your firearm
```

```
1                    S. A. Mitchell                  89
2     Sergeant Diab had gotten out of the vehicle,
3     correct?
4            A     Yes.
5            Q     And Officer Minucci was getting
6     out of the vehicle on the rear passenger's
7     side, correct?
8            A     Yes.
9            Q     Okay.  And your testimony is
10    before you even get out of the vehicle, you
11    happen to look back and see him running away
12    and gesture with his hand toward his waist;
13    is that correct?
14           A     Yes.
15           Q     Okay.  Did you see a firearm in
16    his -- in his hand?
17           A     No.
18           Q     Did you see him pull a gun out of
19    his waist?
20           A     No.
21           Q     Okay.  And he was running away
22    and his hands were pumping in a running
23    motion, correct?
24           A     He was running, yes.
25           Q     Okay.  And after that -- after
```

```
 1                    S. A. Mitchell                    90
 2    you saw him do that running motion away, your
 3    testimony is you didn't see anything after
 4    that as it relates to the actual shooting,
 5    correct?
 6               MR. WEINER:  Objection.
 7          Vague.
 8       Q    You can answer.
 9               MR. WEINER:  You can answer
10          if you understand it.
11       A    Well, like I said, when he was
12    running towards the -- towards -- was at
13    Bridge, by the time I got out of my vehicle
14    and I started to go towards the rear of where
15    the shooting happened, at that point where I
16    could see where he was -- I could see where
17    he was laying in the -- and it was in the
18    direction where his body was of -- of two
19    vehicles.
20       Q    Okay.  You could see his body
21    laying in between two vehicles?
22       A    No, no, no.  His body was not in
23    between two vehicles.  I'm saying that's how
24    his body -- when he was in the street -- when
25    he was laying in the street, that's where his
```