EXHIBIT 6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - x
JAMES BENBOW,
                          Plaintiff,

           -against-    Civ. No.:  17-CV-6457(EK)(LB)

CITY OF NEW YORK; POLICE OFFICER BRIAN W.
FEELY; POLICE OFFICER MATTHEW J. ROSIELLO;
POLICE OFFICER KENNETH L. ANDERSON; SERGEANT
WILLIAM A. DAIB; POLICE OFFICER SHANIEL J.
MITCHELL; and POLICE OFFICER STEPHEN J. MINUCCI,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - x

                          VIDEO CONFERENCE VIA ZOOM
                          Conducted by:
                          LEX REPORTING SERVICE
                          160 Broadway
                          New York, New York

                          October 9, 2020
                          2:02 p.m.


          **DEPOSITION** of **POLICE OFFICER KENNETH L.**

**ANDERSON**, a Defendant in the above-entitled

action, held remotely via Zoom videoconference,

pursuant to Order, taken before Tania C.

Pedrosa, a shorthand reporter and Notary Public

within and for the State of New York.



LEX#159554

```
1                      K. L. Anderson                  32

2      aggressively to the ground.

3            Q      Have you ever been sent for

4      retraining at all as a result of your job

5      performance?

6            A      Like, as in I did something wrong

7      or as in --

8            Q      Yeah.

9            A      Yeah, retrain regularly so...

10           Q      As if you did something wrong,

11     anything outside the normal course of

12     training.

13           A      No, just regular retraining.

14           Q      Were you ever subject to any

15     performance monitoring?

16           A      No, sir.

17           Q      Did anyone in the department ever

18     talk to you about the CCRB complaints that

19     you had?

20           A      Like a supervisor?

21           Q      Yeah.

22           A      No.

23           Q      Okay.  Do you go through a

24     fitness-for-duty review?

25           A      No.
```

```
 1                    K. L. Anderson              34

 2     proper level of force depending on what

 3     threat you're met with.

 4          Q     Were you taught when it's

 5     appropriate to use your gun?

 6          A     Correct.

 7          Q     What's the appropriate

 8     circumstance?

 9          A     Deadly physical force against you

10     or the public.

11          Q     Can you unpack that for me?

12          A     I'm sorry.  You cut off.

13          Q     Can you unpack that for me?

14     Like, what do you mean by when you say

15     "deadly physical force against you or the

16     public?"

17          A     So if somebody is posing

18     themselves as a threat that could perceive to

19     be deadly physical force or serious physical

20     injury.  It's the amount of force reasonable

21     to meet whatever force you are going up

22     against.

23          Q     Okay.  So it's essentially

24     whatever force you have to use to overcome

25     the force or resistance that's being used
```

```
 1                      K. L. Anderson                35

 2    against you?

 3           A      Correct.

 4           Q      Now, in terms of training, once

 5    you graduate the academy are you subject to

 6    any additional training by the NYPD?

 7           A      Of course.  You're always --

 8    you're always going to retraining --

 9           Q      Okay.

10           A      -- when it comes up.

11           Q      Okay.  And what does that mean,

12    "retraining when it comes up?"

13           A      So there's different cycles.  So

14    you go twice a year for the range to qualify

15    with your weapon.  You go for other cycles

16    of -- you know, right now they're doing

17    disorderly control training, so whatever the

18    next cycle is.

19           Q      The hot topic now is disorderly

20    control?

21           A      Yes, a very hot topic.

22           Q      Okay.  And you said you go to

23    annual training.  Is that for your -- the use

24    of your firearm?

25           A      You go two -- two courses every
```

```
1                    K. L. Anderson              38

2          A      No.  Your -- your scorecard has

3    to read higher than a 78, 78 --

4          Q      Okay.

5          A      -- or higher.

6          Q      Okay.  And just so I can break

7    this down for everybody, it's essentially a

8    series of shooting tests where you are given

9    targets from various distances --

10         A      Yes.

11         Q      -- and you have to shoot --

12   correct?

13         A      25 yards, 15 yards, and 7 yards.

14         Q      Okay.  25 yards, 15 yards, and 7

15   yards you have to shoot the designated

16   firearm and hit the target more than

17   78 percent of the time, correct?

18         A      Correct.

19         Q      Okay.  And when you are taught to

20   discharge your weapon, you are taught to

21   shoot and aim at center mass, correct?

22         A      Correct.

23         Q      Can you explain to me what your

24   understanding of center mass is?

25         A      The mass of the body that you can
```

```
 1                    K. L. Anderson                39
 2    see the most of.  So usually it's from, like,
 3    shoulder to shoulder down to the waist is
 4    considered center mass.
 5         Q    Okay.  Front and back?
 6         A    Front and back.
 7         Q    Okay.  And so if someone was
 8    facing you, center mass would be shoulder to
 9    shoulder down to their belly button
10    essentially, correct?
11         A    Correct.
12         Q    And if someone was -- someone's
13    back to you -- someone's back was to you, it
14    would be shoulder to shoulder down to the
15    small of their back, correct --
16         A    Right.
17         Q    -- or their waist?  Okay.
18              Now, what firearm do you qualify
19    in?
20              MR. WEINER:  Objection --
21         A    I am qualified with a Smith &
22    Wesson 5486.  That is my on-duty weapon.
23              MR. WEINER:  I did have an
24              objection to the form of the last
25              question.
```

```
1                    K. L. Anderson              40

2          Q      Mr. Anderson, the Smith & Wesson,

3     is that the gun that you normally carry?

4          A      Yes, that's the one I'm qualified

5     with.

6          Q      Do you always carry that

7     particular model?

8          A      Yes.

9          Q      Have you -- okay.

10         A      There's only -- there's only

11    three choices you have and you can't just

12    switch up when you want to.  You have to be

13    qualified with that weapon.  And once you're

14    qualified, that's the only one you can carry.

15         Q      And this qualification for the --

16    for your firearm, you said that you go

17    through that twice a year, correct?

18         A      That is correct.

19         Q      So twice a year you have to go

20    through this test where you hit targets from

21    25, 15, and 7 yards away and you have to hit

22    the target at more than 78 percent of the

23    time, correct?

24         A      Correct.

25         Q      Aiming at center mass of whatever
```

```
1                   K. L. Anderson                45

2                   MR. WEINER:  You can answer

3              if you understand the question.

4         A      As -- when I know for myself that

5    something was coming out that's changed, I

6    would look for myself.

7         Q      Okay.

8         A      But pertaining to my job, you

9    know, per se.  So, like, if I was still on

10   patrol and now they're changing how to do

11   accident reports, I would familiarize myself

12   with the new way of how to do accident

13   reports.

14              So use of force, being in

15   conditions and crime and FIO, you're going to

16   have to know use of force more than maybe a

17   patrol cop who doesn't necessarily handle the

18   majority of those jobs.

19        Q      Now, throughout the time as a

20   police officer, would you agree with me that

21   you are called upon to make decisions

22   regarding probable cause?

23        A      Probable cause, reasonable

24   suspicion, yes.

25        Q      And throughout the time period
```

```
 1                    K. L. Anderson                46
 2     that you're a police officer, would you agree
 3     with me that you have to make determinations
 4     regarding when to make an arrest or if you're
 5     allowed to make an arrest?
 6          A     Correct.
 7          Q     Would you agree with me that
 8     throughout your time as a police officer,
 9     that you're routinely called to make a
10     determination on the appropriate use of
11     force?
12          A     Correct.
13               MR. WEINER:  Objection.
14               You can answer.
15          A     Correct.
16          Q     And in terms of force, the
17     determination that you have to make on a
18     yearly or a daily basis is whether or not to
19     use force and, if so, how much force to use,
20     correct?
21          A     How much force and the
22     appropriate force --
23          Q     And even with --
24          A     -- depending upon the use of
25     force guidelines.
```

```
1                    K. L. Anderson                    48
2         Q     All right.  Have you ever been
3    taught by the police department that an
4    officer has an obligation or a duty to
5    intervene?
6         A     I have.
7         Q     Okay.  What is your understanding
8    of that?
9         A     So if you feel that the officer
10   is using too much force or the situation is
11   under control at that point and you're --
12   you're obligated to either intervene and
13   break it up or pull him off the person or,
14   you know, you're not -- you're just -- you're
15   not a bystander watching.
16        Q     And when did you learn that,
17   throughout your course study as a sergeant or
18   did you -- did you know that before?
19        A     I knew that before.
20        Q     Okay.  And how did you come to
21   know that before?
22        A     I did impact.
23        Q     Okay.
24        A     Impact is -- you're on foot and
25   you're -- you get into a lot of, you know,
```

```
1                    K. L. Anderson              49

2      physical altercations where you have to use

3      your judgment on, "Okay.  That's enough."

4      You know, once the cuffs are on, that's it.

5      You know what I mean?

6            Q     Okay.  And in terms of a duty to

7      intervene, if you see an officer that's using

8      more force than necessary, you have an

9      obligation as someone that's there to inhibit

10     that or stop that, correct?

11           A     Correct.

12           Q     You can't just sit there and just

13     let an officer use excessive force or more

14     force than it's necessary, correct?

15           A     Understood, yes.

16           Q     Okay.  Well, you said

17     "understood."

18           A     No, no, no.  Yes, yes.

19           Q     Yes, that's -- okay.

20           A     Yes.

21           Q     Because I don't -- I'm not

22     teaching -- nothing I say is meant to teach

23     you; if you will.

24                 Okay.  When you were in

25     conditions, how were you supervised?
```

```
 1                    K. L. Anderson                84

 2        Q      649, a lucky guess by my part.

 3        A      You have the notes.

 4        Q      Maybe, maybe not.

 5               So in terms of 649, that's a

 6     black Crown Vic, correct?

 7        A      Unmarked Crown Vic, correct.

 8        Q      Okay.  When you say "unmarked,"

 9     was it completely unmarked, was it made to

10     look like an Uber, was it made to look like a

11     livery or just no markings whatsoever?

12        A      Well, in 2017 I don't know if

13     Uber was even around yet.  But it was a black

14     unmarked Crown Vic with no -- no --

15     everything was subdued, like the light

16     package and everything, so it looks like --

17     more like a livery cab than an Uber.

18        Q      Okay.  Do you know if it had that

19     orange light in the front -- in the back like

20     livery cabs do?

21        A      No.

22        Q      The car that Sergeant Diab and

23     them were in, what kind of car was that?

24        A      That was a Ford Fusion.

25        Q      Okay.  Marked?  Unmarked?
```

                         K. L. Anderson                    85

1

2    Colored?

3          A      Unmarked.  It was like a grayish

4    blue and the number was 1464 because that

5    used to be our regular car that we liked to

6    use.

7          Q      You like to go with the Fusion?

8          A      Well, it had a power outlet so

9    you could actually plug into stuff instead of

10   the old-school, like, you know, light --

11   cigarette lighter plug.

12         Q      I thought you were concerned with

13   gas mileage but okay.

14         A      Well, also the Crown Vic liked to

15   spin out a lot so it was a better handling

16   with the Fusions.

17         Q      Okay.  So you get to the scene

18   and you say that you received a second round

19   of information from Officer Mitchell,

20   correct?

21         A      Correct.

22         Q      Okay.  And the individuals or two

23   individuals walk out of Bridge Street --

24   189 Bridge Street, correct?

25         A      Correct.

K. L. Anderson                    87

2    A    I'm on the far side of the street

3    but they've walked to the corner of the other

4    side of the street and then make the right

5    onto Nassau Street.

6    Q    Okay.  So did you see them when

7    they turned the corner from Bridge to Nassau?

8    A    Yes, I did.

9    Q    Okay.  And what did you observe?

10    A    I observed two males walking, one

11    smaller -- one tall, black jacket, black

12    pants.  And the shorter male was carrying,

13    like, a tote bag in his hands.

14    Q    Okay.  Did you notice anything

15    else about them?

16    A    The taller gentleman had

17    something in his left hand.

18    Q    Do you know what it was?

19    A    I later -- later learned it was a

20    -- like a drinking glass.

21    Q    Okay.  And so they make this turn

22    onto Nassau, correct?

23    A    Correct.

24    Q    All right.  And what happens

25    next?  What do you do next?

K. L. Anderson                    89

2        And so you make the U-turn and

3    now you start heading eastbound on Nassau,

4    correct?

5        A    Yes.

6        Q    Okay.  What happens next?

7        A    The first car proceeds up.  They,

8    like, I guess pull over.  The rear -- the

9    rear -- no, no.  The front passenger door

10   opens.  Sergeant Diab gets out and approaches

11   the two gentlemen.  And once their brake

12   lights were activated, we got out of our car

13   -- well, I got out of my car and proceeded to

14   the sidewalk.

15       Q    Okay.  Where were you seated in

16   your Crown Vic?

17       A    Initially I was rear in the

18   driver's side.  But when we made the U-turn,

19   I -- I jumped over to the rear passenger's

20   side.

21       Q    Okay.  And who was driving?

22       A    Officer Feeley was driving.

23       Q    Rosiello was in the passenger's

24   seat, correct?

25       A    Correct.

K. L. Anderson                    90

1

2      Q      Front passenger?

3      A      Yes.

4      Q      At some point you all got out of

5   the car?

6      A      Correct.

7      Q      At what point was that?

8      A      When the brake lights were --

9   once they stopped their car and we saw the

10   brake lights, we jumped -- we stopped our car

11   and we got out.

12      Q      Okay.  And who got out first in

13   your car?

14      A      I think it was pretty much the

15   car stopped and we all exited the car.  I

16   don't know --

17      Q      Did anyone --

18      A      It wasn't, like, staggered.  It

19   was pretty much everyone got out.

20      Q      Okay.  Did anyone say anything to

21   anybody in the car before you got out?

22      A      Not that I recall.  I mean, we're

23   -- we're -- again, we're just there to back

24   them up.  So --

25      Q      Okay.

```
1                    K. L. Anderson              91
2         A     -- they're initiating the stop.
3    They're trying -- like, for the most part,
4    they're supposed to be handling the stop.
5         Q    Okay.  And so you testified that
6    you got out from the passenger's side and you
7    made your way to the sidewalk; is that
8    correct?
9         A    Correct.
10        Q    Okay.  And how about Rosiello,
11   did he do the same?
12        A    He exited and was on the sidewalk
13   as well with -- with myself.
14        Q    Okay.  And where was Feeley?
15        A    He was still in the street.
16        Q    Okay.  Like, in the middle of the
17   street or by the car door where he was
18   driving -- the driver's door?
19        A    Well, it's not a real -- it's --
20   like, the street is pretty wide so there's --
21   it's, like, an arrow breakdown in the middle
22   and then there's -- it's like -- almost,
23   like, two lanes so he's on, like, the inner
24   part closer to the sidewalk but he's more
25   directly in the center of the street, I
```

K. L. Anderson                     92

believe.

      Q    Okay.  And would you say he was in close proximity to the driver's side door of the Crown Vic?

      A    Correct.

          MR. WEINER:  Objection.

          You can answer.

      Q    Okay.  Like, close enough where he could reach out and touch it, like 2 feet away?

      A    I know he exited.  I don't know how far in front or behind or off to the side he -- he was.  I was more -- I was on the sidewalk and there's still a row of cars in between.

      Q    Okay.

      A    So I couldn't tell you exactly where he was in terms -- I know he was in the street in front of me.

      Q    In the street to your left?

      A    Yeah.  So if we're -- if I'm on the sidewalk, the street is to my left and he's somewhere on the left in front of me.

      Q    Okay.  When you say in front of

```
 1                    K. L. Anderson                94

 2      know exactly where.  He's somewhere on the

 3      driver's -- driver's side of that vehicle in

 4      front of me.

 5           Q    Okay.  A few steps in front of

 6      you more or less?

 7           A    Correct.

 8           Q    And at some point you see

 9      Mr. Benbow running in your direction,

10      correct?

11           A    Correct.

12           Q    Okay.  And at some point

13      Mr. Benbow then cuts in between two cars,

14      essentially makes a right, correct?

15           A    Correct.

16           Q    Okay.  And he makes a right

17      towards -- in between two cars towards the

18      middle of the street; is that accurate?

19           A    Correct.

20           Q    Okay.  And at that point you and

21      Rosiello are essentially right next to each

22      other on the sidewalk, correct?

23                    MR. WEINER:  Objection.

24                    You can answer.

25           A    Not right in front.  He's -- he's
```

K. L. Anderson                                    95

still in front of me.

Q       Okay.  Rosiello is how far in
front of you?

A       A few -- a few steps.

Q       Okay.

A       Probably like five -- five or six
steps.

Q       Okay.  And are you directly in
front of each other or are you staggered?

A       A little bit staggered but let's
just say our statures aren't the same.  I'm a
little bit more thin and slim.  He's a little
-- a little bit more big-boned.

Q       Okay.  And then you all are on
the sidewalk.  And as Mr. Benbow is running
down the sidewalk, Officer Feeley is still --

A       In the street.

Q       -- where he was next to the car
or the -- I was going to say the RMP but next
to the Crown Vic, correct?

A       Yeah.  He's somewhere in the
street.

Q       Okay.  And Mr. Benbow then makes
a -- as he's coming towards you, he then

```
1                    K. L. Anderson                96

2    makes a right in between two cars, correct?

3         A    Correct.

4         Q    Okay.  And at that point he's in

5    between two cars before the first shot is

6    fired, correct?

7         A    Somewhere -- yes, either just

8    entering in between the two cars or in

9    between the two cars.  I don't know exactly

10   where -- you know, it kind of happened pretty

11   fast.

12        Q    Okay.  Who shot first?

13        A    Officer Feeley did.

14        Q    Okay.  And how could you tell

15   that he shot first?

16        A    Because I could hear -- I could

17   hear it.

18        Q    Okay.  Did you see the muzzle

19   flash as well?

20        A    No, I did not.

21        Q    Okay.  When Officer Feeley fired

22   the first shot, did you look over at Officer

23   Feeley at all?

24        A    No.

25        Q    Okay.  Were you concerned at all
```

K. L. Anderson                    97

2   where that gunshot was coming from?

3                    MR. WEINER:  Objection.

4        A     No, because it wasn't -- the --

5   the street was not busy so I know it was from

6   where I remember him last being and that was

7   the general direction of where I heard it

8   from.  I assumed it was Officer Feeley.

9        Q     Okay.  And Officer Rosie --

10  Officer Feeley fired three times; is that

11  correct?

12       A     Correct.

13       Q     Okay.  And then Officer Rosiello

14  fired his gun, correct?

15       A     Correct.

16       Q     Okay.  And where was -- when

17  Officer Rosiello fired his gun -- Rosiello

18  fired his gun, Mr. Benbow was between the

19  cars running towards the middle of the

20  street, correct?

21       A     It was -- he was more closer to,

22  like, exiting between the two cars than,

23  like, the beginning of the two cars.

24       Q     Okay.  So at that point he was,

25  like -- well, pretty much made his way

```
 1                  K. L. Anderson                    98

 2     between the two cars and was at the end of

 3     that --

 4          A     Correct.

 5          Q     -- towards the street, correct?

 6          A     Correct.

 7          Q     And Officer Rosiello fired his

 8     weapon, correct?

 9          A     Correct, one shot.

10          Q     Okay.  At the time that Officer

11     Rosiello fired his gun, did Mr. Benbow point

12     any weapons at you?

13          A     Mr. Benbow was running with a

14     firearm in his hand -- in his right hand.

15          Q     Okay.  Yeah.  My question is --

16                  MR. WEINER:  Wait.  Can you

17                  --

18          Q     -- more specific --

19                  MR. WEINER:  -- let him

20                  answer -- let him finish his --

21          Q     Oh, were you -- were you done?

22          A     I'm going to -- I'm going to

23     explain it.  I'm going to explain it.  So --

24          Q     Because I need you to just focus

25     on my question.  Your attorney can ask you
```

K. L. Anderson                          103

 1

 2    normal question then?  Come on.

 3         Q    We're lawyers.  Sometimes we have

 4    problems doing the simplest things like

 5    asking a question normally.  So I'll ask you

 6    again.

 7              At the time that Officer Rosiello

 8    fired his weapon at Mr. Benbow, Mr. Benbow

 9    was not pointing his weapon towards Officer

10    Rosiello or yourself, correct?

11         A    That is correct.

12         Q    And his back was towards you and

13    Officer Rosiello, correct?

14                   MR. WEINER:  Objection.

15         A    It's not his back.  It's more his

16    side because he's cutting in between the two

17    cars.  He's not walking in between the two

18    cars sideways.  He's walk -- he's running --

19    running between the two cars, so his -- his

20    left side is exposed to us.

21         Q    Okay.  His left backside is

22    exposed to you?

23         A    No.  Left side.

24                   MR. WEINER:  Objection.

25         A    Not left back.  Left side.

```
1                      K. L. Anderson                    105

2      way:  You testified that Mr. Benbow ran down

3      the sidewalk, correct?

4              A       Yep, correct.

5              Q       Then he made a right turn away

6      from you and Officer Rosiello in between two

7      cars, correct?

8              A       Correct.

9              Q       And he was almost done getting

10     through those two cars when Officer Rosiello

11     fired at him, correct?

12             A       Correct.

13             Q       That's it.  That's it for that

14     question.

15                     Now, did you say anything to

16     Officer Rosiello when he fired?

17             A       No.

18             Q       Did you in any way try to stop

19     him from firing?

20             A       No.

21             Q       Okay.  You yourself did not fire

22     your weapon, correct?

23             A       Correct.

24             Q       And you testified earlier I

25     believe you had your weapon out?
```

K. L. Anderson                    106

1

2       A      Correct.

3       Q      Okay.  Did you ever train your

4    weapon on Mr. Benbow?

5       A      Rephrase it.

6       Q      Yeah.  Did you ever train your

7    weapon on Mr. Benbow?

8       A      Train my weapon?

9             MR. WEINER:  Yeah.

10      Q      Aim your weapon at Mr. Benbow.

11            MR. WEINER:  Thank you.

12      A      Okay.  Aim my weapon, yes.

13      Q      Okay.  At what point did you aim

14   your weapon at Mr. Benbow?

15      A      When I could see that there was a

16   firearm in his hand.

17      Q      At what point -- okay.  Was that

18   when he was running down the sidewalk?

19      A      Yeah -- well, he had turned so

20   probably halfway since -- from running from

21   where he started from --

22      Q      Okay.

23      A      -- when I knew for -- for sure it

24   was a firearm in his hand.

25      Q      Okay.  So about half the distance

```
 1                    K. L. Anderson                107
 2    between where you were and where he started
 3    running, you realized, as you testified to,
 4    right, he had a weapon in his hand?
 5           A     Correct.
 6           Q     Okay.  And at that point you
 7    aimed your weapon at him, correct?
 8           A     Correct.
 9           Q     And you didn't fire at him,
10    correct?
11           A     Correct.
12           Q     Okay.  And he then broke in
13    between two cars, correct?
14           A     Correct.
15           Q     And when he first broke in
16    between two cars, you didn't fire at that
17    point, correct?
18           A     Rephrase that one more time.  I'm
19    sorry.
20           Q     Sure.  When he was running down
21    the sidewalk, he at some point made that
22    right in between two cars, correct?
23           A     Correct.
24           Q     When he first made that right to
25    get in between the two cars to head towards
```

1              K. L. Anderson              123

2    you see the gun travel in the air and land.

3         Q    Okay.  And in terms of where you

4    say Mr. Benbow was holding the gun, is it

5    accurate to describe it like high and tight,

6    like almost like a football running with it

7    by the armpit?

8         A    More like a track runner with a

9    baton so it's a little bit -- it's more

10   loose.

11        Q    Okay.  Now, before your

12   deposition here today, did you speak with any

13   union representative about this case and

14   about your deposition?

15        A    A union rep, no.

16        Q    Yeah.

17        A    No.

18        Q    Did you ever try to stop Officer

19   Feeley from firing his weapon?

20        A    No.

21        Q    Did you ever try to stop Officer

22   Rosiello from firing his weapon?

23        A    No.

24        Q    Did you ever tell anyone that you

25   tried to stop Officer Rosiello from firing

```
1                    K. L. Anderson                   124
2    his weapon?
3         A      No.
4         Q      Have you ever heard of the term
5    "blue wall of silence?"
6         A      I've heard of it.
7         Q      What is your understanding of it?
8                    MR. WEINER:  I'm going to
9                object to these questions.
10                   But if you have -- if you
11               can answer, you can go ahead.
12        A      It's not more, like, a blue wall
13   of silence, just like -- almost like a --
14   they can call it like a brotherhood.
15        Q      Okay.  And what is your
16   understanding of this brotherhood?
17                   MR. WEINER:  Objection.  I
18               don't understand that question.
19                   Go ahead.
20        A      What is my understanding of it?
21        Q      Yeah --
22        A      That you --
23        Q      -- the brotherhood.
24        A      That you -- you're -- I know what
25   you're trying to reference at but it's that
```

                              K. L. Anderson                    125

2   people look out for each other on the job.

3        Q     Yeah.  Police officers look out

4   for each other on the job, correct?

5        A     Correct.

6        Q     Do you know what a TIR report is?

7        A     Yes, I do.

8        Q     Can you tell me what that is?

9        A     It's -- I don't know the exact --

10  it's when you use force.  It's a report to

11  track force.

12       Q     And do you know if any TIR

13  reports were filled out in this situation?

14       A     I believe TIR reports weren't --

15  they weren't out in 2015 -- were they?  I'm

16  not sure.  I think they came out in the end

17  of '16.

18       Q     Okay.  So you're not aware of any

19  being filled out for this case?

20       A     No, I'm not -- not -- I didn't

21  prepare any reports for this case other than

22  my memo book --

23       Q     Okay.

24       A     -- so I don't know.

25       Q     Did you sign any documents in

```
1                    K. L. Anderson                138
2        Q      And then from the time -- and
3    then you said at a certain point he turned
4    into the street, right?
5               So from the time he turned into
6    the street to the time that you first heard a
7    gunshot, do you remember how long that was?
8        A      Probably, like, a few seconds,
9    definitely -- like two, three seconds.  It
10   wasn't -- it wasn't a long extended period of
11   time.
12       Q      Okay.  And from the time -- and
13   then you said Officer Feeley shot fire first?
14       A      Correct.
15       Q      Okay.  Do you know if Officer
16   Feeley -- do you know how many times -- you
17   said -- I think you said Officer Feeley fired
18   a few times.
19       A      Three times.
20       Q      Okay.  And then was Officer
21   Feeley's -- were Officer Feeley's shots
22   followed by Officer Rosiello's shots or were
23   they sort of staggered?
24       A      They --
25               MR. ABOUSHI:  Objection.
```

```
 1                    K. L. Anderson                139

 2        A       -- were followed by.

 3        Q       Okay.  So between the -- between

 4   the time when Officer Feeley began -- fired

 5   his first shot and the time that Officer

 6   Rosiello filed -- fired his first and only

 7   shot, could you approximate the amount of

 8   time between those two -- those two events?

 9                    MR. ABOUSHI:  Objection.

10        A       Two seconds, three seconds.

11        Q       All right.  You mentioned -- you

12   mentioned that you observed Mr. Bradley with

13   a -- with a bag?

14        A       Correct.

15        Q       Okay.  Did you ever look inside

16   of that bag?

17        A       Yes, later on at the 84 Precinct.

18        Q       Okay.  And why did you -- why did

19   you -- why were you looking inside the bag?

20        A       Because it reeked of marijuana.

21        Q       Okay.  And what did you -- what

22   did you observe -- what, if anything, did you

23   observe inside the bag?

24        A       He had a large quantity of

25   marijuana inside the bag.
```