# EXHIBIT 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - x
JAMES BENBOW,

                    Plaintiff,

        -against-   Civ. No.:   17-CV-6457(EK)(LB)

CITY OF NEW YORK; POLICE OFFICER BRIAN W.
FEELY; POLICE OFFICER MATTHEW J. ROSIELLO;
POLICE OFFICER KENNETH L. ANDERSON; SERGEANT
WILLIAM A. DAIB; POLICE OFFICER SHANIEL J.
MITCHELL; and POLICE OFFICER STEPHEN J.
MINUCCI,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - x

                    VIDEOCONFERENCE VIA ZOOM
                    Conducted by:
                    LEX REPORTING SERVICE, INC.
                    160 Broadway
                    New York, New York

                    October 14, 2020
                    2:02 p.m.


        **DEPOSITION** of **CAPTAIN WILLIAM A. DIAB**,

named herein as **SERGEANT WILLIAM A. DAIB**, a

Defendant in the above-entitled action, held

remotely via Zoom videoconference, pursuant to

Order, taken before Tania C. Pedrosa, a

shorthand reporter and Notary Public within and

for the State of New York.

                                    LEX #159616-B



Confidential                                    32



Confidential                                          33



```
 1                    W. A. Diab                    43

 2         Q      And when you are qualifying for

 3    your weapon, you're taught to shoot at center

 4    mass, correct?

 5         A      Say that again.

 6         Q      When you qualify for your weapon,

 7    you're taught to shoot at center mass,

 8    correct?

 9         A      Yes.

10         Q      Okay.  And if someone is facing

11    you, center mass is essentially from the neck

12    down to the waistline, correct?

13         A      Yes.

14         Q      And if their back is to you, the

15    center mass would be from the top of -- from

16    the bottom of the neck down to the waistline,

17    correct?

18         A      Yes.

19         Q      Okay.  And that's what you were

20    taught to aim for when you're shooting to

21    qualify for your weapon, correct?

22         A      Yes.

23         Q      Okay.  Now, in terms of deadly

24    physical force, you're allowed to use deadly

25    physical force if someone is presenting
```

```
1                    W. A. Diab                    44

2    deadly physical force against you; is that

3    correct?

4         A     Yes, or in imminent danger of

5    deadly physical force.

6         Q     Okay.  Are you taught to shoot

7    someone because they run away from the

8    police?

9         A     No.

10               MR. WEINER:  Objection.

11        Q     Would that be an unlawful use of

12   force?

13               MR. WEINER:  Objection.

14               Go ahead.

15        Q     You can answer.

16               THE WITNESS:  I can answer,

17               okay.

18        A     I mean, there's more variables

19   that -- you know, if a guy is unarmed and

20   just running from the police and not posing

21   any threat to them, then, yes, that would be

22   unlawful.  But if -- there -- there's other

23   variables.

24        Q     Okay.  Is running from the police

25   a crime?
```

```
1                          W. A. Diab                45

2          A      No.

3          Q      Okay.  If someone has a gun, is

4     that in and of itself a reason to shoot them?

5                      MR. WEINER:  Objection.

6                      Go ahead.

7                      THE WITNESS:  I can answer,

8               okay.

9          A      No, it's not but --

10         Q      Okay.

11         A      -- like I said, there's other

12    variables.

13         Q      Okay.  But if some -- okay.  Let

14    me give you an example.

15                 If someone is running with a gun

16    in their hand, the fact that they're running

17    with the gun, is that in and of itself a

18    reason to shoot them?

19                      MR. WEINER:  Objection.

20               Objection.

21         Q      You can answer.

22         A      If they're running away with a

23    gun?

24         Q      Yes.

25         A      Like I said, there -- there's
```

```
1                        W. A. Diab                    47

2      if we want to talk about hypothetical -- I

3      mean, hypothetically, like, if he's just

4      running away and there's no one there and

5      there's no cops there, you know, no one in

6      imminent danger from getting fired at -- each

7      -- each situation is -- you know, is

8      different, you know.

9           Q     So you started off your answer by

10     saying --

11          A     Yeah, because --

12          Q     -- hypothetically --

13          A     You know what?  As I'm trying to

14     answer it, I really can't because I would

15     have to be in that situation.

16          Q     Okay.  So --

17          A     Just having have a gun -- just

18     having a gun, no.  You shouldn't shoot

19     somebody just for having a gun.  But, like I

20     said, I don't know what the officers see.  I

21     don't know what -- you know, you're not

22     giving me a scenario -- you know what I mean?

23          Q     Okay.  We'll get into scenarios.

24     But just to get some clarity, just having or

25     running with a gun in and of itself is not a
```

```
 1                        W. A. Diab                      57

 2          Q      Okay.  So I'll give you an

 3    example.

 4                 If an officer sees another

 5    officer using excessive force, they have an

 6    obligation to stop that, correct?

 7          A      Yes, yes.

 8          Q      If an officer sees another

 9    officer engaging in an unlawful arrest, they

10    have an obligation to stop that, correct?

11          A      Unlawful, yes.

12          Q      Okay.  Throughout your career

13    have you ever seen an officer actually

14    intervene against another officer who was

15    either using excessive force or engaging in

16    an improper action?

17          A      Yeah, yes.

18          Q      Have you ever done that?

19          A      Yes.

20          Q      In what scenario?

21          A      If -- it doesn't even have to be

22    excessive.  You know what I mean?  Like, if

23    someone -- say you're trying to cuff a guy.

24    From my vantage point, the guy may not resist

25    -- be violently resisting as to where he
```

```
 1                        W. A. Diab              61

 2        Q      Okay.  And Officers Rosiello,

 3   Feeley, and Anderson worked together in the

 4   conditions unit, correct?

 5        A      Yes.

 6        Q      And they would go out and try to

 7   deal with some of the conditions that you had

 8   discussed, correct?

 9        A      Yes.

10        Q      Following up on complaints from

11   the community, essentially patrol, correct?

12        A      Yes.

13        Q      Okay.  Throughout the time that

14   you were supervising Officers Rosiello,

15   Anderson -- Rosiello, Anderson, and Feeley,

16   did anyone ever share or discuss with you

17   their CCRB histories?

18        A      No.

19        Q      How about their Internal Affairs

20   histories?

21        A      No.

22        Q      How about their lawsuit

23   histories?

24        A      No.

25        Q      Okay.  So as their sergeant
```

```
1                        W. A. Diab                    62

2      supervisor in 2015, these things were not

3      shared with you, correct?

4                        MR. WEINER:  Objection.

5                        Go ahead.

6          A     No, they weren't shared with me.

7          Q     Okay.  And you're -- you're the

8      direct line supervisor, correct?

9          A     Yes.

10         Q     And the police department is a

11     paramilitary organization, correct?

12                       MR. WEINER:  Objection.

13         A     Yes.

14                       MR. WEINER:  Go ahead.

15         A     Yes.

16         Q     Is that a yes?

17               Okay.  And you have ranks,

18     correct?

19         A     Yes.

20         Q     And every rank reports to the

21     rank above it essentially, correct?

22         A     Yes.

23         Q     Okay.  And so as police officers,

24     they directly reported to you as their

25     sergeant, correct?
```

1                          W. A. Diab                    63

2          A      Yes.

3          Q      And you were responsible for

4    their supervision, correct?

5          A      Yes.

6          Q      Throughout the time that you've

7    been a ranking officer -- and what I mean by

8    that is a sergeant, lieutenant, captain,

9    maybe a deputy inspector next -- who knows?

10   -- inspector --

11         A      Yeah.  Fingers crossed, right.

12         Q      Yeah.  You got the white shirt

13   anyway.

14         A      Yeah.

15         Q      So throughout the time that

16   you've held -- you know, a sergeant,

17   lieutenant, and captain, has anyone ever

18   given you the CCRB, IA or lawsuit histories

19   for the people that you've supervised?

20         A      No.

21         Q      Has anyone ever told you that,

22   you know, the person that -- or the officers

23   that you're supervising, one or more should

24   have an eye kept on them because they've had,

25   you know, a few CCRB reports or IA history or

```
 1                    W. A. Diab                    64

 2     lawsuits?

 3          A     Not -- not these guys, no.

 4          Q     Well, anyone under you throughout

 5     the time that you --

 6          A     I mean, it can -- it can happen.

 7     I think at -- when I was a patrol sergeant,

 8     like, they said "Watch this guy.  He's -- you

 9     know, he's no good or whatever."  You know,

10     like -- I don't -- I don't remember what

11     words were used.  But with these guys, no,

12     not at all.

13          Q     Okay.  And where were you a

14     patrol sergeant?

15          A     In the 77.

16          Q     Okay.  Was that before or after

17     this incident?

18          A     That was before.

19          Q     Okay.  Generally speaking, is

20     that how it would work?  It would be sort of

21     this informal thing where someone would be

22     like, "Hey, watch this guy" or --

23          A     Yeah, if they have anything

24     that --

25                    MR. WEINER:  Objection to
```

```
 1                        W. A. Diab                    67

 2              was taken.)

 3    BY MR. ABOUSHI:

 4         Q     Captain Diab, does a person have

 5    any obligation to speak to the police if they

 6    don't want to?

 7         A     A civilian you're saying?

 8         Q     Yeah.

 9         A     Yeah, they don't have to speak to

10    us.

11         Q     And if they start speaking to

12    you, they could stop at any point in time,

13    correct?

14         A     Yes.

15         Q     And that's not a crime to refuse

16    to speak to you, correct?

17         A     No.

18         Q     And we established that running

19    away is also not a crime, correct?

20         A     Correct.

21                   MR. WEINER:  Objection.

22         Q     If you go to someone's door and

23    you knock on their door and ask them to open

24    up the door, they don't have an obligation to

25    open up the door, correct?
```

```
 1                    W. A. Diab                    81

 2     Mitchell and then -- Mitchell was actually in

 3     the office while I was there.  So he

 4     basically relays me -- to me what Cespedes is

 5     saying and then I talked to Cespedes real

 6     quick and he -- he verifies -- confirms that

 7     the guy has a gun right there and he's drunk

 8     and he's acting crazy.

 9          Q     Okay.  In terms of this bouncer,

10     are you familiar with what his name was?

11          A     Yeah.  He was actually an

12     auxiliary officer in our precinct, Marshall.

13          Q     Okay.  And prior to this date,

14     had you interacted with him?

15          A     I would see him around but I

16     never really spoke to him, no.

17          Q     Okay.  And after this incident,

18     did you see him or speak to him?

19          A     Yeah.  I would say hello, yeah.

20          Q     Okay.  Did at some point in time

21     his employment with the NYPD cease?

22          A     Yeah.  I think he got us in

23     trouble or something.

24          Q     I'm sorry.  I didn't hear that.

25          A     Yeah.  I think he got into some
```

```
1                    W. A. Diab                    82

2      trouble.  I think he -- you know, I don't

3      think he's on the job anymore.

4           Q     Okay.  And what kind of trouble

5      did he get into?

6           A     I don't know the particulars of

7      it.  I know he's -- I think he got -- he

8      resigned or something.

9           Q     Okay.  Do you know if --

10          A     I don't know the particulars of

11     it.

12          Q     I'm sorry.  Do you know if he was

13     ever criminally charged with anything?

14          A     I heard some stuff but, like, I

15     don't really remember too much about it so I

16     can't really speak on it, you know.

17          Q     Do you remember what you heard?

18          A     I believe he was in a car

19     accident or something and he made -- he made

20     a bogus report, some -- something like that.

21          Q     Did you ever discuss directly

22     with Mr. Marshall what was going on in the

23     location?

24          A     I did not.

25          Q     Everything you were hearing was
```

```
 1                        W. A. Diab                    83

 2      second or third-hand?

 3            A     Yes.

 4            Q     Did you do anything to verify

 5      that information that was coming from -- that

 6      was allegedly coming from Mr. Marshall?

 7                        MR. WEINER:  Objection.

 8                        THE WITNESS:  I can answer?

 9                        MR. WEINER:  Yeah.

10            Q     Yeah, you can answer, please.

11            A     No, I didn't really verify it.  I

12      mean, I -- if he's working security, I don't

13      -- you know, I think it's pretty verifiable

14      given that he wasn't --

15            Q     I'm going to ask -- did he ever

16      give you a tip before?

17            A     No.

18            Q     So this was the first time that

19      he had provided some information like this?

20            A     Yes.

21            Q     Okay.  And how far is this

22      establishment from your precinct, the 77?

23            A     Give or take 10, 15 minutes.

24            Q     Was this location in the confines

25      of your precinct?
```

```
 1                    W. A. Diab                    98

 2         Q      Arrest them?

 3         A      I was going to stop them.

 4         Q      Okay.  And so you jump out of the

 5    car and your -- your gun is drawn, correct?

 6         A      Yes.

 7         Q      What does Officer Minucci do?

 8         A      I don't know.  My -- my focus was

 9    on these two individuals.

10         Q      Okay.  And what -- what did

11    Officer Mitchell do?

12         A      He stopped the car.

13         Q      Okay.  And did you jump out of

14    the car before or after the car came to a

15    stop?

16         A      It came to a stop and I jumped

17    out of the car.

18         Q      Okay.  Did you tell the officers

19    in the car that you were about to do that?

20         A      Yes.  I was like, "I'm going to

21    -- stop the car.  I'm going to jump out."

22         Q      Okay.  And so you jump out of the

23    car and you approached these two individuals,

24    correct?

25         A      Yes.
```

```
 1                      W. A. Diab                    99

 2        Q      Okay.  And you said you didn't

 3   see what Officer Minucci was doing, correct?

 4        A      That's correct.

 5        Q      Okay.  And you didn't see what

 6   Officer Mitchell was doing; is that correct?

 7        A      That's correct.

 8        Q      Okay.  Mr. Benbow at that point

 9   turns in a 180 and runs in the opposite

10   direction, correct?

11        A      Correct.

12        Q      You're focused on Mr. Bradley

13   who's on the ground, correct?

14        A      Correct.

15        Q      Okay.  You don't see what happens

16   after that; is that correct?

17        A      That's correct.

18        Q      Your attention is focused on

19   Mr. Bradley on the ground, correct?

20        A      Yes.

21        Q      And then you hear gunshots; is

22   that right?

23        A      Yes.

24        Q      At that point you didn't know who

25   was shooting, right?
```

W. A. Diab                                          102

1

2    guy -- to the location where I heard the --

3    the gunshots and --

4         Q    Okay.  Did you have your gun out

5    at that point?

6         A    I think I was holstered at that

7    time.

8         Q    Okay.  And when you get to where

9    you heard the gunshots, what do you see?

10        A    I see Mr. -- Mr. Benbow on the

11   ground.  He's -- he's shot.  And I see a

12   gun -- a silver gun in the street a couple of

13   feet away from him.  And I see Rosiello and

14   Feeley are right over in that direction.  And

15   then I --

16        Q    Okay.

17        A    -- I asked -- I could go on or

18   no?

19                   MR. WEINER:  You can go.

20                   Finish your answer.

21        A    I asked what happened and they

22   said, "We shot.  He pulled out a gun.  We --

23   we -- we shot."

24        Q    Okay.  Did Mr. Benbow ever point

25   a gun at you?

1                       W. A. Diab                    103

2          A      Not that I saw.

3          Q      Did you see him point a gun at

4     anyone?

5          A      No.

6          Q      Back --

7          A      As soon as I got there, he kind

8     of -- he dipped.  He -- he -- he did a 180,

9     like you said.

10         Q      And he ran away?

11         A      Yeah.

12         Q      Okay.  He didn't try to confront

13    you in any way, correct?

14         A      No.

15         Q      Okay.  Did you see anything in

16    Mr. Benbow's hand?

17         A      I did not.

18         Q      Okay.  When you went to where

19    Mr. Benbow was, did you see any blood?

20         A      I don't recall.  I don't recall.

21         Q      After you went to where

22    Mr. Benbow was and Officers Rosiello and

23    Feeley were, did you make a notification at

24    that point?

25         A      After I found out, like, that guy

```
 1                          W. A. Diab                    104

 2      was shot and they -- there was a

 3      police-involved shooting?

 4              Q     Yes.

 5              A     Yeah.  I put it over, set up a

 6      crime scene, had put -- had put it over the

 7      air, got that and got an ambulance because he

 8      was hurt, obviously, and everyone came within

 9      minutes.

10              Q     An ambulance came within minutes?

11              A     I said everyone came within

12      minutes.

13              Q     Oh, okay.  I'm sorry.  Could you

14      see where Mr. Benbow was shot?

15              A     I really don't remember.

16              Q     Okay.  After everyone came did

17      there come a point in time where you, Feeley,

18      and Rosiello had discussed what happened?

19              A     At -- at the scene?

20              Q     Yeah.

21              A     Yeah.  I got the story.  I was

22      like, "What happened?"

23              Q     Okay.  Who was there when you had

24      gotten the story?

25              A     I definitely remember Rosiello
```

```
 1                          W. A. Diab                    111

 2          A       No.  I -- I don't -- I just

 3    can't --

 4          Q       Okay.  That's fine.

 5          A       -- speak to it.

 6          Q       That's fine.  Thank you.

 7                  Did you shoot at Mr. Benbow?

 8          A       I did not.

 9          Q       Why not?

10          A       Because there was no reason for

11    me to at that moment.  Like, I didn't see --

12    there was no threat for me to shoot him at

13    that moment when I --

14          Q       At any moment -- at any moment

15    was there a threat or a reason for you to

16    shoot at Mr. Benbow?

17                       MR. WEINER:  Objection.

18          A       Not from me at my vantage point.

19          Q       So for you -- I'm not talking

20    about any other officer.  Okay?

21          A       Yeah.

22          Q       That night did you have any

23    reason to shoot Mr. Benbow?

24                       MR. WEINER:  Objection.

25          A       I did not.
```