# EXHIBIT 8

# PERFORMANCE MONITORING CRITERIA

## Level I

### Discipline/FADO/Performance

- Negative Performance and/or behavior.
- 3 or more CCRBs in a twelve month period.
- 6 or more CCRBs in 5 years.
- 4 force complaints in 2 years.
- 5 force complaints in 4 years.
- Negative Evaluations.
- Suspension/Modified assignment.
- Administrative Transfer.

## Level II

### Discipline/FADO/Performance/Civil Lawsuit

- Guilty of 1 set of C+S for Force in 5 years.
- 2 or more sub'd FADO complaints in 4 years.
- Serious misconduct resulting in a disciplinary penalty of twenty (20) days or more. (5 years from incident date)
- Two below standards evaluations in 3 years.
- Performance and/or behavior remains substandard after Level I monitoring.
- Determination by PMU and/or the CO of the member in Level I that Level I will not improve the member's behavior.
- At the direction of the First Deputy Commissioner or Deputy Commissioner, Personnel.
- Recommendation by the Borough Commander.
- Quarterly profiles by member's Commanding Officer.
- 3 or more commenced lawsuits for police action within the last 12 months.
- 6 or more commenced lawsuits for anything within the last 5 years.
- 1 or more disposed lawsuits for $100,000 or more for anything within the last 12 months.

## Level III

### Dismissal Probation/Special Monitoring System

- Placed by SMS Board (1DC, Deputy Commissioner, Personnel, Deputy Commissioner, IAB, Deputy Commissioner, DAO due to excessive FADO Complaints and or continuous poor discipline/performance. Monthly profile reports submitted by member's commanding officer.
- Dismissal Probation results from Department trial or negotiated plea agreement. Monthly profile reports by member's Commanding Officer.

*Member can be placed directly in either Level I or Level II, and sometimes in special cases directly into Level III.

15

DEF_3752

## Uniformed Performance Monitoring Reference

|  | Level I(All) | Level II(All) | Level III(All) |
|---|---|---|---|
| **CPI Entry?** | Yes | Yes | Yes |
| **Interview at Placement?** | With a Supervisor at PAS | With a Supervisor at PAS | With a Supervisor at PAS |
| **Duration?** | A Minimum of 12 Months | A Minimum of 18 Months | **Dismissal Probation:** 365 days, full duty, present at work. **Special Monitoring:** A Minimum of Two Years |
| **Paid Detail?** | Yes | No | No |
| **Off Duty Employment?** | At the Discretion of the Member's Commanding Officer | At the Discretion of the Member's Commanding Officer | At the Discretion of the Member's Commanding Officer |
| **Permitted to work the first platoon?** | Yes | No | No |
| **Permitted to Perform Anti-Crime Duties?** | Yes | Yes | No |
| **Permitted to Commence Tour Later than 1800 hours?** | Yes | No | No |
| **Possible Extension?** | Yes, due to pending matters, continued poor performance, discipline or CCRBs | Yes, due to pending matters, continued poor performance, discipline or CCRBs | **Dismissal Probation:** Yes, due to days owed from not being full duty and present for work **Special Monitoring:** Yes, due to pending matters, continued poor performance, discipline or CCRBs |
| **Interview upon Removal?** | With Member's Commanding Officer/I.C.O. | With Member's Commanding Officer/I.C.O. | With Member's Commanding Officer/I.C.O. |

DEF_3753