# EXHIBIT 9

Page: 1

**NYPD**

Internal Affairs Bureau

Officer Resume

POM JASON MARSHALL [960877/00774]

CONFIDENTIAL                                                                                                             DEF_5535



CONFIDENTIAL                                                                                                                    DEF_5536

CONFIDENTIAL

DEF_5537

CONFIDENTIAL

DEF_5538

CONFIDENTIAL   DEF_5539

CONFIDENTIAL

DEF_5540