# EXHIBIT 11

Complaint: 2015-084-01027                                        Page 16 of 21

| COMPLAINT - FOLLOW UP INFORMATIONAL REPORT - CANVASS | | Crime/Condition MOS INVOLVED | Command 301-84 DET SQUAD Date of This Report 03/07/2015 |
|---|---|---|---|
| Date of UF61 03/07/2015 | Date Case Assigned 03/07/2015 | Complaint No. 2015-084-01027 | Case No. - |
| Unit Reporting BROOKLYN SOUTH NIGHT WA | | | Follow-Up No. 11 |

| Reference Case No 2015 - 345 | Command 301-DET SQD. BKLYN NORTH-084 | Complaint No 2015-84- 1027 |
|---|---|---|

| Complainant's Name PSNY | | Address | Apt No. |
|---|---|---|---|
| Nickname/Alias/Middle Name | | | |
| Sex | Race | Date of Birth | Age |
| Home Telephone | Business Telephone | Cell Phone | Beeper #      E-Mail Address |

| Activity Address Location NYC | Street 180 NASSAU STREET | City BROOKLYN | State NY | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street DUFFIELD STREET and BRIDGE STREET | | Intersection of | | Premise Type RESIDENCE - APT. HOUSE | |

| Activity Date 03/07/2015 | Activity Time 04:15 |
|---|---|

**Topic/Subject:**
(CANVASS) CANVASS OF 180 NASSAU STREET FOR POSSIBLE WITNESSES

**Summary of Investigation:**
1. On March 7, 2015, at approximately 0415 hours the undersigned along with Detective Wing (Brooklyn North Nightwatch) conducted a canvass of 180 Nassau Street in regards to this M.O.S. involved shooting. The undersigned canvassed half of the building with Detective Wing canvassing the other half. The results of this canvass were as follows ~ ~Apt. 10K - There was no answer. ~Apt. 9K - There was no answer. ~Apt. 4K - There was no answer. ~Apt. 4J - There was no answer. ~Apt. 3K - There was no answer. ~Apt. 3J - There was no answer. ~Apt. 3H - There was no answer. ~Apt. 2H - There was no answer. ~Apt. 2G - There was no answer. ~ ~There were no apartments on the first floor. ~ ~The Building consisted of luxury apartments with a security gaurd / door man at the front door / desk. He was identified as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮and he was working the 12 X 8 shift. He informed the undersigned that all guest entering the building had to be announced before being allowed to enter the building. Furthermore the building was not completely rented yet and he was not sure which apartments were vacant. ~ ~FOR YOUR INFORMATION.

| Reporting Officer: | Rank DT3 | Name MICHAEL LEAVER | Tax Reg. No. ▮▮▮▮ | Command 280-DET BORO BKLYN |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing - | Date Reviewed 03/31/2015 | Date of Next Review | Name SAMUEL HERRERA | Supv. Tax No. ▮▮▮▮ |

DEF_1372

Complaint# 2015-084-01027                                               Page 16 of 41

| INTERVIEW IN-PERSON | | | Crime/Condition<br>SHOOTING- JAMES BENBOW | Command<br>301-84 DET SQUAD<br>Date of This Report<br>03/07/2015 |
|---|---|---|---|---|
| Date of UF61<br>03/07/2015 | Complaint No. | Date Case Assigned<br>03/07/2015 | Case No.<br>2015 - 345 | Unit Reporting<br>SQUAD | Follow-Up No.<br>12 |

| Topic/Subject<br>(INTERVIEW IN-PERSON) CONFERRAL ATTENDING PHYSICIAN KCHC | | Activity Date<br>03/07/2015 | Activity Time<br>07:30 |
|---|---|---|---|

| Complainant's Name | | Address | | Apt No. |
|---|---|---|---|---|
| Nickname/Alias/Middle Name | | | | |
| Sex | Race | Date of Birth | Age | |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

| Person Interviewed Last Name, First M.I. | | Address | | Apt No. |
|---|---|---|---|---|
| Nickname/Alias/Middle Name | | | | |
| Position/Relationship | Sex | Race | Date of Birth | Age |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

**Details**

**Summary of Investigation:**

1 On March 7, 2015, at approximately 0300 HRS. THE U/S AND DET. BURNS RESPONDED TO KCHC. THE U/S SPOKE TO THE ATTENDING ER PHYSICIAN- DR. DENNHY. DR. DENNHY STATED THAT PRELIMINARY EXAMINATIONS AND CAT SCAN REVEALED THAT THE SUBJECT- JAMES BENBOW- SUSTAINED TWO HOLES IN HIS LOWER BACK TORSO. UNKNOWN IF THEY WERE ENTRY WOUNDS AND EXIT WOUNDS, THE CATSCAN REVEALED THAT BULLET FRAGMENTS ARE CLOSE TO HIS SPINE, AND WHAT APPEARS TO BE A GRACE WOUND TO HIS LEFT FOREARM. SUBJECT NOT LIKELY AND WILL BE ADMITTED FOR OBSERVATION. DR. DENNHY WILL CONFER WITH NEURO SURGEON IN REGARDS TO THE BULLET FRAGMENTS STILL LODGED IN THE SUBJECTS BACK. NO FURTHER INFORMATION PENDING MORE XRAYS.

2. SUBJECT- JAMES BENBOW DOB:01/16/1981 180 TROY AVENUE APT. 4B BROOKLYN NY.

3. CASE ACTIVE

| Activity Address Location<br>NYC | Street<br>2820 SNYDER AVENUE | City<br>BROOKLYN | State<br>NY | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street<br>NOSTRAND AVENUE and ROGERS AVENUE | | Intersection of | | | Premise Type |

| Reporting Officer: | Rank<br>DT3 | Name<br>ALBERT LAMOGLIA | | Tax Reg. No. | Command<br>280-DET BORO BKLYN NORTH |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed<br>03/31/2015 | Date of Next Review | Name<br>SAMUEL HERRERA | Supv. Tax No. |

DEF_1586

Complaint# 2015-084-01027                                                    Page 21 of 41

| GENERAL INVESTIGATION | | Crime/Condition<br>UNCLASSIFIED COMPLAINT | Command<br>084-84TH PRECINCT<br>Date of This Report<br>03/08/2015 |
|---|---|---|---|
| **Date of UF61**<br>03/07/2015 | **Complaint No.**<br>2015-084-01027   **Date Case Assigned**<br>03/07/2015 | **Case No.**<br>2015 - 345   **Unit Reporting**<br>SQUAD | **Follow-Up No.**<br>17 |

| Complainant's Name<br>PSNY | Address | Apt No. |
|---|---|---|

**Nickname/Alias/Middle Name**

| Sex<br>BUSINESS | Race | Date of Birth | Age |
|---|---|---|---|
| **Home Telephone** | **Business Telephone** | **Cell Phone**   **Beeper #** | **E-Mail Address** |

| Person Interviewed Last Name, First M.I.<br>BENBOW, JAMES | Address<br>180 TROY AVENUE BROOKLYN NY 11213 | Apt No. |
|---|---|---|

**Nickname/Alias/Middle Name**

| Position/Relationship | Sex<br>MALE | Race<br>BLACK | Date of Birth<br>01/16/1981 | Age<br>34 |
|---|---|---|---|---|
| **Home Telephone** | **Business Telephone** | **Cell Phone** | **Beeper #** | **E-Mail Address** |

| Activity Address Location<br>NYC | Street<br>451 CLARKSON AVENUE | City<br>BROOKLYN | State<br>NY | Zip<br>11203 | Apt # |
|---|---|---|---|---|---|
| **Cross Street**<br>ALBANY AVENUE and NEW YORK AVENUE | | Intersection of | | | **Premise Type**<br>HOSPITAL |

| Activity Date<br>03/07/2015 | Activity Time<br>19:30 |
|---|---|

**Topic/Subject:**
PRESENT AT KINGS COUNTY HOSPITAL / ATTEMPT TO SPEAK WITH BENBOW

**Summary of Investigation:**
1. On March 7, 2015, at approximately 1930 hours, I along with Sgt Ahmed were presnt at KCH building D3 North room 07 to see James Benbow. I identified myself to Benbow. I did attempt to speak with him. I did ask if he remembers what had happened to him, he had replied he got shot in the back. I asked how he felt, he replied, he felt bad. I asked does he know where he was, he just stared with no response. I then asked if he could talk and understand me, he replied yes, then paused and said no. I repeated the question and he just stared and gazed. We left the room. He did not have any questions for us either.

| Reporting Officer: | Rank<br>DT2 | Name<br>JAMES HUTTER | Tax Reg. No. ▓▓▓ | Command<br>301-84 DET SQUAD |
|---|---|---|---|---|
| **Reviewing Supervisor:** | **Manner of Closing**<br>- | **Date Reviewed**<br>03/31/2015   **Date of Next Review** | **Name**<br>SAMUEL HERRER▓▓ | **Supv. Tax No.** ▓▓▓ |

DEF_1591

6/22/2017                                    Complaint# 2015-084-01027

| Search Conducted | Search Method |
|---|---|
| YES | GRID SEARCH |

**Search Details**
daylight search with ECT/CSU personnel Sgt. Ditoro, Sgt. Laviano
ECT Personnel:
Brooklyn North
P.O. Fusci█
P.O. Young█
P.O. Giuttari█
P.O. Murtha█

---

## TOOLS UTILIZED

---

### Incident Summary (Detail the facts of the case; summarize what occurred)

On Saturday, March 7, 2015, the undersigned along with Det. Velez of the Crime Scene Unit were requested to respond to Bridge St and Nassau St in the confines of the 84 Precinct to assist with a Department Investigation. Preliminary investigation reveals that Auxiliary P.O. Marshall, employed as security guard at Marachi Bar, did observe two intox perps at bar, one of which, possibly had a firearm in his pants. APO did notify 77 Precinct personnel of situation. Upon patrol arrival, officers did approach both perps (James Benbow and Eric Bradley) in which perp, James Benbow, did flee. As perp was fleeing, P.O.'s Feeley, Rosiello and Anderson were arriving at scene and confronted perp in which officers then fired at perp possibly four times. Perp was removed to Kings County Hosp and is not likely at this time. Perp Eric Bradley was apprehended, no injuries. A Star Interarms 45 caliber semi automatic pistol was recovered at scene with one cartridge in chamber and three cartridges in magazine. P.O. Feeley possibly fired three times and P.O. Rosiello possible fired one time. MOS were transferred to Methodist Hosp and were treated and released.

---

### Investigative Process (Summarize the steps taken to document and process the scene)

Services performed:
*Photographs & measurements
*Processed cell phone for Latent Fingerprints, negative results for prints
*Documentation of 2 MOS firearms and perp firearm
*Sketch drafted and measurements documented at scene by Det. Paul Brown
*Ballistic documentation of Vehicle NY BURRR, black 2009 Mercedes Benz, owner Adonis Fuller, consent to recover/document Evidence

Ballistic Evidence transferred to Brooklyn North Inspections for further vouchering to FAS:
-SF1 Interarms star 45 semi auto pistol, containing one magazine with three cci 45 auto cartridges and containing one winchester 45 auto in chamber
Recd from Nassau Street, side of 189 Bridge St
-SF10 MOS Feeley f/a, sig sauer P226 9mm s/a pistol, with thirteen speer 9mm luger cartridges and one magazine.
-SF11 MOS Rosiello f/a, smith & wesson mod 5946 9mm s/a pistol with fifteen speer 9mm luger cartridges and one magazine
**SF10 & SF11 transferred to CSU in sprinter at scene by Lt. Lacalamita, both firearms were made safe and all cartridges removed from magazines and chambers prior to transferring to CSU
- Four discharged shell casings
Recd from Nassau St (SF2, SF3 & SF4) and south sidewalk of Bridge St (SF9) consistent with department issued
- One deformed bulled
Recd from p/s front dash of vehicle, NYBURRR
------------------------------------------------------------
DNA Evidence to PCD, PCI#3000487244:
SF5 blood swab, recd from Nassau St

DNA Evidence to PCD, PCI#3000487246:
SF6a - DNA swab, recd from keys (SF6)
SF7a - DNA swab, recd from cell phone (SF7)
SF8a - DNA swab, recd from def bullet, (SF8)

Investigatory Evidence to 84 PDU:
SF6 - 13 keys with 8 rewards cards, bottle opener & 5 key rings
Recd from Nassau Street
SF7 - T Mobile black cell phone
Recd from Nassau Street
(Processed for latents with negative results)

Ballistic Documentation:
BH#1 - Bullet hole observed in passengers side windshield
BH#1 re-entry - bullet hole observed in rear drivers side headrest
BH#1 exit - bullet hole observed in rear drivers side headrest
(SF8 deformed bullet recovered in front dashboard).

file:///Z:/2015-0129/index.htm                                                35/50

**DEF_1690**

6/22/2017                                Complaint# 2015-084-01027

|  **COMPLAINT - FOLLOW UP INFORMATIONAL REPORT - CASE DOWNLOAD** | Crime/Condition | **Command** 301-84 DET SQUAD **Date of This Report** 03/10/2015 |
|---|---|---|

| Date of UF61 | Date Case Assigned | **Complaint No.** 2015-084-01027 | Case No. - | **Unit Reporting** SYSTEM GENERATED | **Follow-Up No.** 18 |
|---|---|---|---|---|---|

| **Topic/Subject** (CASE DOWNLOAD) CASE DOWNLOAD HAS BEEN REQUESTED | **Activity Date** 03/10/2015 | **Activity Time** 00:00 |
|---|---|---|

**Details**

**Summary of Investigation:**
IP Address : 10.7.192.56
Request Date/Time : 03/10/2015 1618
Request Originated by ▓▓▓▓▓

| Reporting Officer: | **Rank** 999 | **Name** SYSTEM GENERATED | **Tax Reg. No.** | **Command** 999- |
|---|---|---|---|---|
| Reviewing Supervisor: | **Manner of Closing** - | **Date Reviewed** 03/10/2015 | **Date of Next Review** | **Name** SYSTEM | **Supv. Tax No.** |

 **CRIME SCENE UNIT RECAP SHEET**

| **Case Number** 2015-129 | **Case Title** DEPARTMENT INVESTIGATION | **Complaint Number** 2015-084-01027 | **Date** 03/07/2015 | **Crime** UNCLASSIFIED COMPLAINT |
|---|---|---|---|---|
| **Det. Squad Case No.** | **Date/Time Occurrence** 03/07/2015 08:00 | **Date/Time Received** 03/07/2015 01:40 | **Date/Time Dispatched** 03/07/2015 02:00 | |
| **Case Attributes** Dept Investigation - Shooting w/ injury | | | **Crime Classification at Time of Dispatch** UNCLASSIFY COMPLAINT | |

| **Request for Service** 03/07/2015 01:40 | **Depart CSU Office/other to the Crime Scene** 03/07/2015 02:10 | **Arrival At Crime Scene** 03/07/2015 03:00 | **Time Depart Crime Scene** 03/07/2015 09:20 | **Initial Assignment Completed** 03/07/2015 |
|---|---|---|---|---|
| **Is additional crime scene processing anticipated in regards to this investigation?** YES | | **If YES, Explain** HOSPITAL RUN AND SKETCH RUN | | |

**CSU Team**

**CSU Lead**
DT3 SUSAN FORTE # ▓▓▓▓ CMD: 568
DT3 GEORGE VELEZ # ▓▓▓▓ CMD: 568

**NYPD MOS Roles**

| ROLE | RANK | NAME | TAXID | COMMAND |
|---|---|---|---|---|
| RESPONDING INVESTIGATOR | SDS | JAMES KNOEBEL | ▓▓▓▓ | 315 |
| RESPONDING INVESTIGATOR | DI | MICHAEL KLETZEL | ▓▓▓▓ | 308 |
| OTHER PERSONNEL | LT | DANIEL LACALAMITA | ▓▓▓▓ | 803 |
| OTHER PERSONNEL | DT3 | PATRICK GARRITY | ▓▓▓▓ | 280 |
| CSU SUPERVISOR | CPT | MICHAEL MUGAN | ▓▓▓▓ | 568 |
| CSU SUPERVISOR | CPT | MICHAEL KING | ▓▓▓▓ | 568 |
| CSU SUPERVISOR | LT | RHONNY KING | ▓▓▓▓ | 568 |
| CSU SUPERVISOR | SDS | MARK DITORO | ▓▓▓▓ | 568 |

**DEF_1702**

6/22/2017                                                Complaint# 2015-084-01027

| CSU SUPERVISOR | SDS | JOSEPH LAVIANO | | 568 |
| CASE INVESTIGATOR | DT2 | JAMES HUTTER | | 301 |
| DETECTIVE SUPERVISOR | SGT | MUHAMMAD AHMED | | 301 |
| SAFE GUARDING | POM | NICHOLAS TOCCI | | 802 |
| SAFE GUARDING | POM | JORGE POCASANGRE | | 802 |
| SAFE GUARDING | POM | CHRISTIAN SHERLOCK | | 805 |
| INVOICING OFFICER | POM | NICHOLAS TOCCI | | 802 |
| INVOICING OFFICER | SGT | SILVIA DAVIS | | 165 |

**PERSON**

| **ARRESTEE #1** BENBOW JAMES. | | | **Address** 180 TROY AVE BROOKLYN NY | | | |
| **Sex** Male | **Race** BLACK | **Age** 34 | **Height** | **Weight** | **Body at Scene** No | **Removed To** KINGS COUNTY HOSP |
| **ARRESTEE #2** BRADLEY ERIC. | | | **Address** 177 SANDS STREET BROOKLYN NY | | | |
| **Sex** Male | **Race** BLACK | **Age** 27 | **Height** | **Weight** | **Body at Scene** No | **Removed To** |
| **MOS INVOLVED #1** ROSIELLO. | | | **Address** | | | |
| **Sex** | **Race** | **Age** 0 | **Height** | **Weight** | **Body at Scene** No | **Removed To** METHODIST |
| **MOS INVOLVED #2** FEELEY. | | | **Address** | | | |
| **Sex** | **Race** | **Age** 0 | **Height** | **Weight** | **Body at Scene** No | **Removed To** METHODIST |

**Incident Summary (Detail the facts of the case; summarize what occurred)**
On Saturday, March 7, 2015, the undersigned along with Det. Velez of the Crime Scene Unit were requested to respond to Bridge St and Nassau St in the confines of the 84 Precinct to assist with a Department Investigation. Preliminary investigation reveals that Auxiliary P.O. Marshall, employed as security guard at Marachi Bar, did observe two intox perps at bar, one of which, possibly had a firearm in his pants. APO did notify 77 Precinct personnel of situation. Upon patrol arrival, officers did approach both perps (James Benbow and Eric Bradley) in which perp, James Benbow, did flee. As perp was fleeing, P.O.'s Feeley, Rosiello and Anderson were arriving at scene and confronted perp in which officers then fired at perp possibly four times. Perp was removed to Kings County Hosp and is not likely at this time. Perp Eric Bradley was apprehended, no injuries. A Star Interarms 45 caliber semi automatic pistol was recovered at scene with one cartridge in chamber and three cartridges in magazine. P.O. Feeley possibly fired three times and P.O. Rosiello possible fired one time. MOS were transferred to Methodist Hosp and were treated and released.
**Investigative Process (Summarize the steps taken to document and process the scene)**
Services performed:
*Photographs & measurements
*Processed cell phone for Latent Fingerprints, negative results for prints
*Documentation of 2 MOS firearms and perp firearm
*Sketch drafted and measurements documented at scene by Det. Paul Brown
*Ballistic documentation of Vehicle NY BURRR, black 2009 Mercedes Benz, owner Adonis Fuller, consent to recover/document Evidence

Ballistic Evidence transferred to Brooklyn North Inspections for further vouchering to FAS:
-SF1 Interarms star 45 semi auto pistol, containing one magazine with three cci 45 auto cartridges and containing one winchester 45 auto in chamber
Recd from Nassau Street, side of 189 Bridge St
-SF10 MOS Feeley f/a, sig sauer P226 9mm s/a pistol, with thirteen speer 9mm luger cartridges and one magazine.
-SF11 MOS Rosiello f/a, smith & wesson mod 5946 9mm s/a pistol with fifteen speer 9mm luger cartridges and one magazine
**SF10 & SF11 transferred to CSU in sprinter at scene by Lt. Lacalamita, both firearms were made safe and all cartridges removed from magazines and chambers prior to transferring to CSU
- Four discharged shell casings
Recd from Nassau St (SF2, SF3 & SF4) and south sidewalk of Bridge St (SF9) consistent with department issued
- One deformed bulled
Recd from p/s front dash of vehicle, NYBURRR

DEF_1703

Complaint# 2015-084-01027

DNA Evidence to PCD, PCI#3000487244:
SF5 blood swab, recd from Nassau St

DNA Evidence to PCD, PCI#3000487246:
SF6a - DNA swab, recd from keys (SF6)
SF7a - DNA swab, recd from cell phone (SF7)
SF8a - DNA swab, recd from def bullet, (SF8)

Investigatory Evidence to 84 PDU:
SF6 - 13 keys with 8 rewards cards, bottle opener & 5 key rings
Recd from Nassau Street
SF7 - T Mobile black cell phone
Recd from Nassau Street
(Processed for latents with negative results)

Ballistic Documentation:
BH#1 - Bullet hole observed in passengers side windshield
BH#1 re-entry - bullet hole observed in rear drivers side headrest
BH#1 exit - bullet hole observed in rear drivers side headrest
(SF8 deformed bullet recovered in front dashboard).
**Evidence Summary (Summarize the evidence and explain its probative value to the case. Include info that may assist an examiner to further the investigation)**
All Ballistic Evidence transferred to Sgt. Davis of Brooklyn North Inspections at CSU office @ 1400 hours, to be further vouchered for ballistic analysis

## EVIDENCE

### FIREARMS   Total Items Collected: 8

| Voucher No | Voucher Desc | Qty | Finger Prints Recoverd | Caliber | Sent to Lab | Test Requested |
|---|---|---|---|---|---|---|
| EVI TO INSPECTIONS | ONE INTERARMS STAR 45 SEMI AUTO PISTOL | 1 | No | | No | |
| EVI TO INSP | MOS FIREARM SIG SAUER P226 9MM SEMI AUTOMATIC PISTOL | 1 | No | | No | |
| EVI TO INSP | MOS FIREARM 9MM SMITH/WESSON MODEL SEMI AUTOMATIC PISTOL | 1 | No | | No | |
| BALL TO INSPECTIONS | DISCHARGED SHELL CASING 9MM | 1 | No | 9MM | No | |
| BALL TO INSPECTIONS | DISCHARGED SHELLCASING SPEER 9MM LUGER | 1 | No | 9MM | No | |
| BALL TO INSPECTIONS | DISCHARGED SHELLCASING SPEER 9MM LUGER | 1 | No | 9MM | No | |
| BALL TO INSPECTIONS | DISCHARGED SHELLCASING SPEER 9MM LUGER | 1 | No | 9MM | No | |
| BALL TO INSPECTIONS | DEFORMED BULLET | 1 | No | UNKNOWN | No | |

### DNA   Total Items Collected: 4

| Voucher No | Voucher Desc | Qty | Finger Prints Recoverd | Caliber | Sent to | Test Requested |
|---|---|---|---|---|---|---|
| 3000487244 | BLOOD SWAB | 1 | | | | |

**DEF_1704**

6/22/2017                                   Complaint# 2015-084-01027

|  |  |  | No |  | Lab No |  |
|---|---|---|---|---|---|---|
| **Voucher No** 3000487246 | **Voucher Desc** DNA SWAB | **Qty** 1 | **Finger Prints Recoverd** No | **Caliber** | **Sent to Lab** No | **Test Requested** |
| **Voucher No** 3000487246 | **Voucher Desc** DNA SWAB | **Qty** 1 | **Finger Prints Recoverd** No | **Caliber** | **Sent to Lab** No | **Test Requested** |
| **Voucher No** 3000487246 | **Voucher Desc** DNA SWAB | **Qty** 1 | **Finger Prints Recoverd** No | **Caliber** | **Sent to Lab** No | **Test Requested** |

| **Criminalistics    Total Items Collected: 2** |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| **Voucher No** EVIDENCE TO SQD | **Voucher Desc** 13 KEYS WITH REWARD CARDS BOTTLE OPENER WITH FIVE KEY RINGS | **Qty** 1 | **Finger Prints Recoverd** No | **Caliber** | **Sent to Lab** No | **Test Requested** |
| **Voucher No** EVIDENCE TO SQD | **Voucher Desc** T MOBILE CELLPHONE | **Qty** 1 | **Finger Prints Recoverd** No | **Caliber** | **Sent to Lab** No | **Test Requested** |

| **Latent Prints    Total Prints: 0    Finger Print Elimination: 0    DNA Elimination: 0** |
|---|

| **Total Number of Photographs Taken:  79** |
|---|

DEF_1705