# EXHIBIT 13



## FORENSIC INVESTIGATIONS & CONSULTING, LLC

**Crime Scene Review, Analysis and Reconstruction**

**Nature of Incident:**     Benbow v. The City of New York, et. al.
Civil Case No. 1:17-CV-6457

**Date of Incident:**     March 7, 2015

**Location of Incident:**     Outside of 180 Nassau Street, Brooklyn, New York

**Requested by:**     Aymen A. Aboushi, Esq.
The Aboushi Law Firm, PLLC
1441 Broadway, 5th Floor, New York, NY 10018

**Date of Report:**     February 8, 2021

### I.     Materials Reviewed:

- Civil Action Complaint, United States District Court, Eastern District of New York, Civil Case No. 1:17-CV-6457 (Dated November 11, 2019, 17 pages).
- New York City Police Department, Police Laboratory, Firearms Analysis Section, Report #2015-018912 (DEF_0019 – DEF_0035)
- Police Department, City of New York, Firearms Discharge Report dated March 7, 2015 (DEF_0121 – DEF_0139)
- Police Department, City of New York, Firearms Discharge Report dated August 26, 2016 (DEF_0143 – DEF_0150)
- New York City Police Department, Police Laboratory, Firearms Analysis Section, Report #2015-018912 (DEF_0151 – DEF_0159)
- New York Police Department Crime Scene Unit, CSU Run #15/129A (DEF_0160 – DEF_0162)
- New York city Police Department Firearms Discharge/Assault Report (DEF_0184 – DEF_0193)
- Police Department, City of New York, Final Summary Report of Firearms Discharge Review Board, Case#2015-13 dated February 29, 2017 (DEF_0228 – DEF_0240)
- Case Summary from July 27, 2015, Written Complaint Report of James Benbow (DEF_0242 – DEF_0247)
- Interview Details, James Benbow with photos (DEF_0304 – DEF_0311)
- Interview Details, P.O. Matthew Rosiello (DEF_0319 – DEF_0322)
- Interview Details, P.O. Brian Feeley (DEF_0330 – DEF_0339)
- Interview Details, P.O. Kenneth Anderson (DEF_0338 – DEF_0339)
- NYPDPETS, Property Clerk Invoice, clothing of James Benbow (DEF_1086 – DEF_1087)
- Crime Scene Unit Reports and photographs (DEF_1091 – DEF_1354)
- Expert Report authored by Dainius A. Drukteinis, M.D., J.D., FACEP



## FORENSIC INVESTIGATIONS & CONSULTING, LLC

**II.    Introduction:**

Highlands received the above list of materials for review from Aymen A. Aboushi, Esq., The Aboushi Law Firm, PLLC.  At the request of Mr. Aboushi, Highlands would conduct a crime scene review, analysis, and reconstruction specific to the incident involving New York City Police Officers Matthew Rosiello and Brian Feeley which resulted in the shooting of James Benbow outside of 180 Nassau Street, Brooklyn, New York on March 7, 2015.  Highlands had no part in the investigation of this matter.  The only detailed knowledge Highlands has of this incident was obtained by reviewing the above listed materials.

**III.    General Circumstances:**

On March 7, 2015 James Benbow sustained three (3) gunshot wounds outside of 180 Nassau Street, Brooklyn, New York.  Investigation by the New York City Police Department determined Mr. Benbow was shot by P.O. Matthew Rosiello and P.O. Brian Feeley as he moved from the sidewalk on the east side of Nassau Street and into the street between two parked vehicles.  Mr. Benbow was transported to Kings County Hospital for his injuries.  The shooting scene was processed by the New York Police Department, Crime Scene Investigation Unit.

**IV.    Review and Observations of the Scene and Physical Evidence:**

**A.    Description of the Shooting Scene:**

The area outside of 180 Nassau Street is described as a one-way street with traffic flowing in an east to west direction.  At the time of the shooting, cars were parked facing west on both sides of the street.  Starting from the southwest corner of Nassau Street's intersection with Bridge Street, a series of three vehicles were parked along the southern sidewalk curb of Nassau Street.  Those vehicles were identified as:

- a Mercedes sedan, NY registration ZWW39L
- a Ford SUV, NY registration CPH6967
- a Mercedes sedan, NY registration BURRR

Between these three parked vehicles and the curb for the south sidewalk were piles of snow.  Snow also covered portions of the south sidewalk.  Placards were placed at the shooting scene to identify and mark the location of physical evidence related to this shooting.  A list and description of this evidence is contained in Section IV.B. and illustrated in the NYPD Crime Scene Unit Diagram prepared by Detective Paul Brown (see Figure #1).



## FORENSIC INVESTIGATIONS & CONSULTING, LLC



Figure #1 – Bates #DEF_1353

One (1) defect consistent in appearance with a bullet perforation produced as a result of the flight path of a single bullet is present in the passenger side front windshield of the Mercedes sedan bearing NY registration BURRR (identified as BH #1 – see Figure #2). Two (2) additional corresponding defects were identified in the driver's side rear seat headrest (identified as BH #1 re-entry and BH #1 exit – see Figure #3). One deformed bullet is recovered from the front passenger side interior dashboard (identified as SF8 – see Figure #4). The flight path for this bullet is front to back, passenger side to driver's side and sequentially described as follows:

1. The bullet perforates the front passenger side windshield exterior to interior.
2. The bullet perforates the driver's side rear seat headrest front to back.
3. The bullet ricochets back to front to its terminus on the front passenger side interior dashboard.

Benbow v. The City of New York, et. al.



**FORENSIC INVESTIGATIONS & CONSULTING, LLC**



Figure #2 – Bates #DEF_1200



Figure #3 – Bates #DEF_1187

Benbow v. The City of New York, et. al.



## FORENSIC INVESTIGATIONS & CONSULTING, LLC



Figure #4 – Bates #DEF_1191

**B. Physical Evidence from the Nassau Street Scene:**

Processing resulted in the recovery of ten (10) items of potential evidential value as listed below and as depicted in the crime scene diagram prepared by Det. Paul Brown #4095 (see Appendix A):

- One (1) Interarms Star Model, .45 caliber semi-automatic pistol, serial #1903589 containing one (1) .45 caliber cartridge in the chamber and one (1) magazine containing three (3) .45 caliber cartridges marked SF1 (Scene Placard #1) from street.
- One (1) 9mm fired cartridge case marked SF2 (Scene Placard #2) from street.
- One (1) 9mm fired cartridge case marked SF3 (Scene Placard #3) from street.
- One (1) 9mm fired cartridge case marked SF4 (Scene Placard #4) from street.
- One (1) swab of blood marked SF5 (Scene Placard #5) from street.
- One (1) set of keys marked SF6 (Scene Placard #6) from street.
  - One (1) swab from keys marked SF6a.
- One (1) LG cellphone marked SF7 (Scene Placard #7) from street.
  - One (1) swab from cellphone marked SF7a.
- One (1) 9mm fired cartridge case marked SF9 (Scene Placard #9) from sidewalk.

**C. Physical Evidence from the 2009 Mercedes, NY registration plate BURR:**

Processing resulted in the recovery of two (2) items of potential evidential value as listed below and as depicted in the crime scene diagram prepared by Det. Paul Brown #4095 (see Appendix A).

- One (1) deformed bullet marked SF8 (Scene Placard #8) from front passenger side

Benbow v. The City of New York, et. al.



**FORENSIC INVESTIGATIONS & CONSULTING, LLC**

dashboard of 2009 Mercedes, NY registration plate BURR.
  o One (1) swab from deformed bullet marked SF8a.

**D. Physical Evidence from P.O. Feeley:**

Processing resulted in the recovery of one (1) item of potential evidential value as listed below:

- One (1) Sig Sauer Model P226[1], 9mm semi-automatic pistol, serial #U756059 with one (1) 9mm cartridge in the chamber and one (1) magazine containing twelve (12) 9mm cartridges marked SF10.

**E. Physical Evidence from P.O. Rosiello:**

Processing resulted in the recovery of one (1) item of potential evidential value as listed below:

- One (1) Smith & Wesson, Model 5946[2], 9mm semi-automatic pistol, serial #BJM2259 with one (1) 9mm cartridge in the chamber and one (1) magazine containing fourteen (14) 9mm cartridges marked SF11.

**F. Physical Evidence from James Benbow:**

- One (1) deformed bullet marked RS1.
- One (1) black leather type jacket marked RS2.
- One (1) black hooded zip-up sweatshirt marked RS3.
- One (1) black sneaker (right foot) marked RS4.
- One (1) black sneaker (left foot) marked RS5.
- One (1) pair black sweatpants marked RS6.
- One (1) pair gray underwear marked RS7.

**V. Gunshot Wounds to James Benbow:**

Mr. Benbow sustained three (3) gunshot wounds as illustrated in the NYPD Crime Scene Unit Diagram prepared by Detective Steneck (see Figure #5) and as described by Dr. Drukteinis in his report as listed below:

1. One (1) gunshot wound was located above the right iliac crest.  CT scan noted a large metallic shrapnel fragment in the subcutaneous fat layer of the right flank.  The emergency department physician recovered one (1) bullet from Mr. Benbow's right lower back/flank.

2. One (1) gunshot wound was located above the left iliac crest.  CT scan noted multiple metallic shrapnel fragments in a curvilinear path from the posterior aspect of the right

---

[1] This Sig Sauer Model P226 pistol when fully loaded contains sixteen (16) 9mm cartridges to include one (1) 9mm cartridge in the chamber and fifteen (15) 9mm cartridges in the magazine.
[2] This Smith & Wesson Model 5946 pistol when fully loaded contains sixteen (16) 9mm cartridges to include one (1) 9mm cartridge in the chamber and fifteen (15) 9mm cartridges in the magazine.

Benbow v. The City of New York, et. al.



## FORENSIC INVESTIGATIONS & CONSULTING, LLC

rectus abdominal sheath, through the right quadratus lumborum, through the right and left paraspinal muscles and through the posterior elements of the L3-4 vertebra. No bullet/bullet fragments were recovered associated with this gunshot wound.

3. One (1) gunshot graze wound was located to the medial/inner aspect of the left arm near the bicep. No bullet/bullet fragments were recovered associated with this gunshot wound.



Figure #5 – Bates #DEF_1277

**VI.   Examination and Analysis of Physical Evidence:**

**A.  New York City Police Department, Police Laboratory, Firearms Analysis Section report dated 03/08/2015:**

Forensic Firearms Analysis:
- Lab Item #5 – one (1) Pistol, 9mm Luger caliber, semi-automatic, Sig Sauer, Model P226, serial #U756059, 6/R marked SF10 recovered from P.O. Feeley.
  - Test fires Lab Items #7.1 – 7.4
- Lab Item #8 – one (1) Pistol, 9mm Luger caliber, semi-automatic, Smith & Wesson, Model 5948, serial #BJM2259, 5/R marked SF11 recovered from P.O. Rosiello.
  - Test fires Lab Items #10.1 – 10.4

Benbow v. The City of New York, et. al.



## FORENSIC INVESTIGATIONS & CONSULTING, LLC

- Lab Item #12 – four (4) cartridge casings, 9mm Luger +P caliber, SPEER (12.1 – 12.4):
  - Lab Item #12.1 – one (1) 9mm cartridge case marked SF2 recovered from the street.
  - Lab Item #12.2 – one (1) 9mm cartridge case marked SF3 recovered from the street.
  - Lab Item #12.3 – one (1) 9mm cartridge case marked SF4 recovered from the street.
  - Lab Item #12.4 – one (1) 9mm cartridge case marked SF9 recovered from the sidewalk.

Cartridge casings (12.1 – 12.3) and test fires (7.1 – 7.4) were discharged from the same (the above Lab Item #5 – Sig Sauer) firearm based on sufficient agreement of class and individual characteristics of the Firing Pin and Breechface impressions.

Cartridge casing (12.4) and test fires (10.1 – 10.4) were discharged from a SECOND firearm (the above lab Item #8 – Smith & Wesson) based on sufficient agreement of class and individual characteristics of the Firing Pin and Breechface impressions.

**B. New York City Police Department, Police Laboratory, Firearms Analysis Section report dated 03/10/2015:**

Forensic Firearms Analysis:
- Lab Item #11 – one (1) deformed bullet, unknown caliber class, copper jacketed lead, 77.5 gr. ?/? marked SF8 recovered from the passenger side dash of (NY) BURR.
- Lab item #13 – one deformed bullet, 9mm/38caliber class, copper jacketed hollow point, 122.3 grs., 5/R marked RS1 recovered from Mr. Benbow.

Deformed bullet (11) and test fires (7.1 – 7.4) were fired from the SAME firearm (above lab Item #5 – Sig Sauer) based on sufficient agreement of class and individual characteristics in Land and Groove impressions.

Deformed bullet (13) and test fires (10.1-10.4) were fired from a SECOND firearm (above lab Item #8 – Smith & Wesson) based on sufficient agreement of class and individual characteristics in Land and Groove impressions.

**VII.    Discussion and Findings:**

The physical evidence recovered from the scene and from Mr. Benbow and subsequent forensic firearms analysis together with the information contained in Dr. Drukteinis' report establishes the general area for the two police officers at the time they each discharged their respective firearms relative to the location of Mr. Benbow.  The location of the bloodstain on the surface of Nassau Street (Scene Placard #5) is consistent with the location of Mr. Benbow's collapse after being shot following his movement north from the sidewalk into Nassau Street (see Figure #6).

Benbow v. The City of New York, et. al.



**FORENSIC INVESTIGATIONS & CONSULTING, LLC**

---

**A. Police Officer Rosiello:**

Investigation conducted by the New York City Police Department determined P.O. Rosiello discharged his issued Smith & Wesson pistol one (1) time which resulted in the ejection of one (1) 9mm fired cartridge casing (marked SF9/Scene Placard #9) which came to rest on the surface of the south sidewalk in light slush at the base of a fence located between two buildings on Nassau Street (see Figure #6).



Figure #6 – Bates #DEF_1202

During his interview (DEF_0319 – 0321), P.O Rosiello indicated:

- He was facing east on the south sidewalk of Nassau Street.
- Mr. Benbow ran west on the sidewalk towards P.O. Rosiello.
- When Mr. Benbow was approximately ten feet away from P.O. Rosiello's position on the sidewalk, Mr. Benbow turned right and ran north into the street between two parked cars.
- P.O. Rosiello fired one shot as Mr. Benbow ran north into the street between the sidewalk and parked cars.

The location of the one (1) 9mm fired cartridge casing (marked SF9/Scene Placard #9) is consistent with the location of P.O. Rosiello on the south sidewalk in the vicinity of the Ford SUV, NY registration CPH6967 and the Mercedes sedan, NY registration BURRR. This position for P.O. Rosiello is consistent with the gunshot wound to the right iliac crest (right back) of Mr. Benbow being presented to the muzzle of P.O. Rosiello's pistol at the time of discharge and is consistent with the bullet (marked RS1) recovered from Mr. Benbow's right lower back/flank identified as having been discharged from P.O. Rosiello's Smith & Wesson pistol.

Benbow v. The City of New York, et. al.



**FORENSIC INVESTIGATIONS & CONSULTING, LLC**

**B. Police Officer Feeley:**

Investigation conducted by the New York City Police Department determined P.O. Feeley discharged his issued Sig Sauer pistol three (3) times which resulted in the ejection of three (3) 9mm fired cartridge casings (see Figure #7). Two (2) 9mm fired cartridge casings (marked SF3 and SF4/Scene Placards #3 and #4) came to rest on the roadway surface of Nassau Street adjacent to the passenger side of the Mercedes sedan, NY registration ZWW39L. One (1) 9mm fired cartridge casing (marked SF2/Scene Placard #2) came to rest on the roadway surface of Nassau Street adjacent to the passenger side front of the Ford SUV, NY registration CPH6967.



Figure #7 – Bates #DEF_1206

During his interview (DEF_0330 – 0331), P.O Feeley indicated:
- He was standing on Nassau Street facing east.
- Mr. Benbow ran into the street between two parked cars.
- P.O. Feeley fired three (3) shots in immediate succession at Mr. Benbow who was approximately 5 feet away.

Extrapolation of the flight path back into the environment for the bullet defects associated with the Mercedes sedan, NY registration BURRR as described in section IV.A. is consistent with the directionality for a gunshot which originated on Nassau Street (see red line, Figure #8).

Benbow v. The City of New York, et. al.

10



## FORENSIC INVESTIGATIONS & CONSULTING, LLC



Figure #8 – Bates #DEF_1354 Cropped

The location of the three (3) 9mm fired cartridge casings (marked SF2, SF3 and SF4/Scene Placards #2, #3, and #4) together with the extension of the flight path for the defect present in the passenger side windshield (marked BH#1) of the Mercedes sedan, NY registration BURRR are consistent with the location of P.O. Feeley being on Nassau Street in the vicinity of the passenger side of the Ford SUV, NY registration CPH6967. This position for P.O. Feeley is consistent with the gunshot wound to the left iliac crest (left back) and the left inner bicep of Mr. Benbow being presented to the muzzle of P.O. Feeley's pistol at the time of discharge and is consistent with the flight path for BH#1 and the bullet recovered (marked SF8) from front dashboard of the Mercedes sedan, NY registration BURRR being identified as having been discharged from P.O. Feeley's Sig Sauer pistol.

The findings in Section VII. A and B are consistent in establishing the general location for P.O. Rosiello (shaded green cone) and P.O. Feeley (shaded red cone) relative to the general location for Mr. Benbow (figure) at the time of the shooting (see Figure #9[3].)

---

[3] Any change in location and body orientation for Mr. Benbow will result in a corresponding shift for the shaded cone areas representing the general locations for P.O. Rosiello and P.O Feeley.

Benbow v. The City of New York, et. al.



## FORENSIC INVESTIGATIONS & CONSULTING, LLC



Figure #9 – Bates #DEF_1354 Cropped

One (1) bullet and/or bullet fragments remain in Mr. Benbow associated with the gunshot to the left iliac crest (left back). It cannot be determined within a reasonable degree of certainty if the bullet recovered from the Mercedes sedan, NY registration BURRR (marked SF8) was a result of a continuation of the flight path for the graze wound to Mr. Benbow's left inner bicep or if it was a separate independent bullet impact. In either case, one (1) bullet of the three (3) bullets fired by P.O. Feeley from his pistol remains unaccounted for.

The findings contained in this report are accurate within a reasonable degree of professional certainty. The findings and conclusions contained in this report may be subject to change based on any new, changing, or additional information.

_____
Howard J. Ryan

_____
James P. Molinaro

Benbow v. The City of New York, et. al.



## FORENSIC INVESTIGATIONS & CONSULTING, LLC

**Curriculum Vitae**

**Howard J. Ryan**

**PROFESSIONAL HISTORY:**

- *Owner/Consultant:* Highlands Forensic Investigations & Consulting, LLC – November 2014 to Present
- *Forensic Operations Specialist:* County of Morris, Department of Law and Public Safety, Medical Examiner's Office, Morristown, NJ – December 2014 to present
- *Chief Warrant Officer:* Morris County Sheriff's Office, Crime Scene Unit, Morristown, NJ – April 2013 to December 2014
- *Lieutenant/Unit Head:* New Jersey State Police, North Crime Scene Investigation Unit, Totowa, NJ
- *Detective Sergeant First Class/Assistant Unit Head:* New Jersey State Police, Central Crime Scene Investigation Unit, Hamilton, NJ
- *Detective Sergeant/Squad Supervisor:* New Jersey State Police, North Crime Scene Investigation Unit, Totowa, NJ
- *Detective/Crime Scene Investigator:* New Jersey State Police, North Crime Scene Investigation Unit, Totowa, NJ
- *Trooper:* New Jersey State Police, New Jersey State Police, General Road Duty Stations - November 1987 to March 1996

**EXPERT TESTIMONY:**

- Testified as an expert witness in Texas District Court, Kentucky District Court, Tennessee District Court and New Jersey State Superior Courts in the area of crime scene reconstruction; shooting analysis and reconstruction; bloodstain pattern analysis and friction ridge and latent print processing, documentation, analysis, comparison and identification.
- Testified as a fact witness in New Jersey State Superior Courts on various topics and disciplines concerned with crime scene investigation.

**SELECTED CONSULTANTSHIPS:**

- Barker, Gelfand & James, P.C., Linwood, NJ
- Baumann, Gant & Keely, P.A., Tampa, FL
- Brown & Connery LLP, Westmont, NJ
- Cornwell Entertainment, Inc., Boston, MA
- Dallas Police Department, Dallas, TX
- Erath County District Attorney, Stephenville, TX

**HIGHLANDS**

## FORENSIC INVESTIGATIONS & CONSULTING, LLC

- Florida State Attorney's Office, 8th Judicial Circuit, Gainesville, FL
- Gelber & Santillo, PLLC, New York, NY
- Highland Heights Police Department, Highland Heights, KY
- Iacullo Martino, LLC, Nutley, NJ
- Kaufman, Semeraro & Leibman, LLP, Fort Lee, NJ
- Kentucky Commonwealth District Attorney, Campbell Circuit Court, Newport, KY
- Krovatin Klingeman, LLC, Newark, NJ
- LaCorte, Bundy, Varady & Kinsella, Union, NJ
- Lake County State's Attorney Office, Madison, SD
- McCarter & English LLP, Newark, NJ and Hartford, CT
- Newark City Department of Law, Newark, NJ
- New Jersey County Prosecutor's Offices: Bergen, Burlington, Essex, Hudson, Hunterdon, Morris, Passaic, Somerset, Sussex, Union and Warren Counties
- New Jersey Office of the Attorney General, Trenton, NJ
- Riley Safer Holmes & Cancilla, LLP, San Francisco, CA
- Shuman, McClusky & Slicer, PLLC, Charleston, WV
- South Dakota Division of Criminal Investigation, Pierre, SD
- Smith County District Attorney, Tyler, TX
- Tennessee Bureau of Investigation, Nashville, TN
- Tennessee State Attorney General's Office, 3rd Judicial District, Rogersville, TN
- Tennessee State Attorney General's Office, 18th Judicial District, Gallatin, TN
- Tennessee State Attorney General's Office, 31st Judicial District, McMinnville, TN
- Texas Attorney General's Office, Austin, TX
- Texas Rangers Division, Austin, TX
- Travis County District Attorney, Austin, TX
- Tyler Police Department, Tyler, TX
- United States Attorney's Office, Billings, MT

**INSTRUCTONAL/TEACHING EXPERIENCE:**

- University of Tennessee, National Forensics Academy, Oak Ridge, TN – adjunct faculty and consultant providing instruction on crime scene reconstruction and shooting scene investigation, analysis and reconstruction (2008 to present).



## FORENSIC INVESTIGATIONS & CONSULTING, LLC

- Forensic Training Source, LLC, Knoxville, TN – instructor staff member and consultant providing instruction on crime scene reconstruction and shooting scene investigation, analysis and reconstruction (2012 to present).
- CSI Academy of Florida, Gainesville, FL – instructor providing instruction on crime scene reconstruction and shooting scene investigation, analysis and reconstruction (2015 to present).
- Paul Erwin Kish Consultant and Associates, Corning, NY – assistant instructor for the Geometric Interpretation of Human Bloodstain Patterns Course.
- New Jersey State Police, W. Trenton, NJ – crime scene investigation coordinator and instructor for a thirty-day comprehensive and accredited certification course dealing with multiple crime scene topics and disciplines.
- Federal Bureau of Investigation, United States Marshall Service, New Jersey County Police Training Academies, Rutgers University, East Stroudsburg University, Morris and Sussex County Colleges on topics concerned with crime and death scene investigation.

**SELECTED PROFESSIONAL/TECHNICAL TRAINING:**

- Investigation and Reconstruction of Shooting Incidents, Geometric Interpretation of Human Bloodstain Patterns, Geometric Interpretation of Bloodstain Pattern Evidence, International Association of Bloodstain Pattern Analysts Symposium, Bloodstain Pattern Workshop, Death Investigation, Homicide Investigation, Crime Scene and Forensic Science, Post Blast Investigation, Laser Technology and CAD Diagramming, Digital and Video Photography, Forensic Light Source, SOCET GXP Geospatial Imaging and Police Supervision.

**PRESENTATIONS:**

- Association for Crime Scene Reconstruction, Annual Conference, February 2016
- Oregon-Washington Lawman's Association, Spring Conference, April 2017
- FBI National Academy Associates, Montana-Idaho Chapter, Fall Conference, September 2017
- New Jersey State Police, Annual Homicide Conference, June 2018
- Montana Violent Crime Investigator's Association, Annual Conference, October 2018
- New York State Police, Colonel Henry F. Williams Homicide Seminar, September 2019
- North Carolina Homicide Investigators Association, Spring Conference, October 2019



## FORENSIC INVESTIGATIONS & CONSULTING, LLC

**PUBLICATIONS:**

- Lefebvre, Nathan, James Molinaro and Howard Ryan. "New Technologies for Shooting Incident Reconstruction." Forensic Magazine, April 23, 2015.
  http://www.forensicmag.com/articles/2015/04/new-technologies-shooting-incident-reconstruction

**PROFESSIONAL ORGANIZATIONS, APPOINTMENTS, CERTIFICATIONS and AWARDS:**

- New Jersey Division, International Association for Identification (NJIAI)
- New Jersey Forensic Science Commission, Crime Scene Investigation Sub-Committee
- FBI PENTBOMB Task Force for the September 11, 2001 World Trade Center terrorist attack
- Certified Instructor, State of New Jersey Police Training Commission
- 2008 New Jersey State Trooper of the Year and One Certificate of Commendation

**HIGHLANDS**

## FORENSIC INVESTIGATIONS & CONSULTING, LLC

---

**Curriculum Vitae**

**James P. Molinaro**

**PROFESSIONAL HISTORY:**

- *Consultant:* Highlands Forensic Investigations & Consulting, LLC – September 2016 to Present
- *Detective/Crime Scene Investigator:* Hunterdon County Prosecutor's Office, Major Crimes/Crime Scene Unit, Flemington, NJ - December 2008 to September 2016 (Retired)
- *Lieutenant/Assistant Bureau Chief:* New Jersey State Police, Forensic Investigations Bureau, Hamilton, NJ, December 2008 (Retired)
- *Lieutenant/Unit Head:* New Jersey State Police, North Crime Scene Investigation Unit, Totowa, NJ
- *Detective Sergeant First Class/Assistant Unit Head:* New Jersey State Police, Central Crime Scene Investigation Unit, Hamilton, NJ
- *Detective Sergeant/Assistant Unit Head:* New Jersey State Police, North Crime Scene Investigation Unit, Totowa, NJ
- *Detective/Crime Scene Investigator:* New Jersey State Police, North Crime Scene Investigation Unit, Totowa, NJ, March 1987
- *Trooper:* New Jersey State Police, New Jersey State Police, General Road Duty Stations, July 1982

**EXPERT TESTIMONY:**

- Testified as an expert witness in United States Federal and New Jersey State Superior Courts in the area of crime scene reconstruction; crime scene investigation; shooting analysis and reconstruction; scene processing and evidence collection; friction ridge and latent print processing, documentation, analysis, comparison and identification.
- Testified as a fact witness in United States Federal, New Jersey and New York State Superior Courts on various topics and disciplines concerned with crime scene investigation.

**SELECTED CONSULTANTSHIPS:**

- Barker, Gelfand & James, P.C., Linwood, NJ
- Baumann, Gant & Keely, P.A., Tampa, FL
- Brown & Connery LLP, Westmont, NJ
- Cornwell Entertainment, Inc., Boston, MA
- Dallas Police Department, Dallas, TX
- Erath County District Attorney, Stephenville, TX
- Florida State Attorney's Office, 8th Judicial Circuit, Gainesville, FL
- Gelber & Santillo, PLLC, New York, NY

# HIGHLANDS

## FORENSIC INVESTIGATIONS & CONSULTING, LLC

- Highland Heights Police Department, Highland Heights, KY
- Iacullo Martino, LLC, Nutley, NJ
- Kaufman, Semeraro & Leibman, LLP, Fort Lee, NJ
- Kentucky Commonwealth District Attorney, Campbell Circuit Court, Newport, KY
- Krovatin Klingeman, LLC, Newark, NJ
- LaCorte, Bundy, Varady & Kinsella, Union, NJ
- Lake County State's Attorney Office, Madison, SD
- McCarter & English LLP, Newark, NJ and Hartford, CT
- Newark City Department of Law, Newark, NJ
- New Jersey County Prosecutor's Offices: Bergen, Burlington, Essex, Hudson, Hunterdon, Morris, Passaic, Somerset, Sussex, Union and Warren Counties
- New Jersey Office of the Attorney General, Trenton, NJ
- Riley Safer Holmes & Cancilla, LLP, San Francisco, CA
- Shuman, McClusky & Slicer, PLLC, Charleston, WV
- South Dakota Division of Criminal Investigation, Pierre, SD
- Smith County District Attorney, Tyler, TX
- Tennessee Bureau of Investigation, Nashville, TN
- Tennessee State Attorney General's Office, 3rd Judicial District, Rogersville, TN
- Tennessee State Attorney General's Office, 18th Judicial District, Gallatin, TN
- Tennessee State Attorney General's Office, 31st Judicial District, McMinnville, TN
- Texas Attorney General's Office, Austin, TX
- Texas Rangers Division, Austin, TX
- Travis County District Attorney, Austin, TX
- Tyler Police Department, Tyler, TX
- United States Attorney's Office, Billings, MT

**INSTRUCTONAL/TEACHING EXPERIENCE:**

- University of Tennessee, National Forensics Academy, Oak Ridge, TN – adjunct faculty and consultant providing instruction on crime scene reconstruction and shooting scene investigation, analysis and reconstruction (2008 to present).
- Forensic Training Source, LLC, Knoxville, TN – instructor staff member and consultant providing instruction on crime scene reconstruction and shooting scene investigation, analysis and reconstruction (2012 to present).

2

**HIGHLANDS**

### FORENSIC INVESTIGATIONS & CONSULTING, LLC

- CSI Academy of Florida, Gainesville, FL – instructor providing instruction on crime scene reconstruction and shooting scene investigation, analysis and reconstruction (2015 to present).
- New Jersey State Police, W. Trenton, NJ – crime scene investigation course developer, coordinator and instructor for a thirty-day comprehensive and accredited certification course dealing with multiple crime scene topics and disciplines to include crime scene and death scene investigation, shooting reconstruction, bloodstain recognition and crime scene photography (1995 to 2008).
- Federal Bureau of Investigation, New Jersey County Police Training Academies, Rutgers University, East Stroudsburg University, College of New Jersey, Rowan University, Bergen and Morris County Colleges on topics concerned with crime and death scene investigation (1995 to 2008).
- New Jersey Prosecutor's Association Conference, Atlantic City, NJ on high profile major case and police involved shooting and homicide investigations (1998).

**SELECTED PROFESSIONAL/TECHNICAL TRAINING:**

- Investigation and Reconstruction of Shooting Incidents, Forensic Pathology, Medical-Legal Death Investigation, Incidents of Deadly Force by Police, Homicide Investigation, Crime Scene and Forensic Science and Reconstruction, Bloodstain Recognition, Post Blast Investigations, Digital and Video Photography, Skeletal Remains in Homicide Investigation, Occult Crime Investigations, Trauma/Shaken Baby Syndrome, Pattern Injury, Forensic Light Source, SOCET GXP Geospatial Imaging, Project Management, Police Supervision and Executive Management.

**PUBLICATIONS:**

- Lefebvre, Nathan, James Molinaro and Howard Ryan. "New Technologies for Shooting Incident Reconstruction." Forensic Magazine, April 23, 2015.
  http://www.forensicmag.com/articles/2015/04/new-technologies-shooting-incident-reconstruction

**PRESENTATIONS:**

- New York State Police, Colonel Henry F. Williams Homicide Seminar, September 2019
- North Carolina Homicide Investigators Association, Spring Conference, April 2019
- Delaware State Police, Annual Homicide Conference, October 2018
- New Jersey State Police, Annual Homicide Conference, June 2018
- Southeastern Homicide Investigators Association, Annual Conference, November 2017
- Oregon-Washington Lawman's Association, Spring Conference, April 2017
- Association for Crime Scene Reconstruction, Annual Conference, February 2016

3



## FORENSIC INVESTIGATIONS & CONSULTING, LLC

**PROFESSIONAL ORGANIZATIONS, APPOINTMENTS, CERTIFICATIONS and AWARDS:**

- Association for Crime Scene Reconstruction (ACSR)
- International Association for Identification (IAI)
- American Academy of Forensic Sciences (AAFS)
- New Jersey Division, International Association for Identification (NJIAI)
- Harvard Associates in Police Science (HAPS)
- New Jersey Forensic Science Commission, Crime Scene Investigation Sub-Committee Chairperson
- FBI PENTBOMB Task Force for the September 11, 2001 World Trade Center terrorist attack
- Certified Instructor, State of New Jersey Police Training Commission
- Two Certificate of Commendations and Two Prosecutor's Excellence Awards

**EDUCATION:**

- Bachelor of Science Degree, Biology – June 1977, Seton Hall University, South Orange, NJ

4