# EXHIBIT 20

**Search by Officer Name or Badge Number**

enter name or badge #    Search

# Brian W. Feeley

Badge #2726, White Male
Detective Grade 3 at Criminal Intelligence Section
Also served in: 77th Precinct
Service started July 2007, made $115,000 last year, active

**Lawsuits:**

| | |
|---|---|
| $25,000 | Bull v. City of New York et al., 2015 EDNY |
| | Bracey et al v. City of New York et al, 2015 EDNY |
| | Thompson v. City Of New York, et al., 2015 KCSC |
| | Brown, Willie vs Bratton, William, Police Commissioner, Nyc, et al., 2016 EDNY |
| $168,000 | Kenton, Marland, et al. vs City of New York, et al., 2017 KCSC |
| | Benbow, James vs P.O. Feely, Brian, et al., 2017 EDNY |
| $25,000 | Ramkissoon, Hassaan vs City of New York, et al., 2017 EDNY |
| $25,000 | Ainsley, Jermaine vs City of New York, et al., 2018 EDNY |
| | Clarke, Namor vs City of New York, et al., 2019 KCSC |
| $12,000 | Outlaw, Horace vs City of New York, et al., 2019 EDNY |

View Details

## Complaints

| | | | |
|---|---|---|---|
| 15 | Allegations | 1 | Complainant Uncooperative |
| 0 | Substantiated | 5 | Exonerated |
| 9 | Complaints | 1 | Unfounded |
| | | 8 | Unsubstantiated |

### March 2020 - Complaint Details

| Allegation | CCRB Conclusion |
|---|---|
| Abuse Of Authority: Entry of Premises | Exonerated |
| Abuse Of Authority: Search of Premises | Exonerated |

### October 2017 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Vehicle stop | Black Male, 28 | Unsubstantiated |

### June 2017 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Strip-searched | Black Male, 35 | Unsubstantiated |
| Abuse Of Authority: Strip-searched | Black Male, 35 | Unsubstantiated |
| Abuse Of Authority: Threat of arrest | | Unsubstantiated |
| Abuse Of Authority: Interference with recording | | Unsubstantiated |

### March 2015 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Gun fired | Black Male, 34 | Exonerated |

### September 2014 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Vehicle search | Black Male, 27 | Exonerated |

### February 2014 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Physical force | Black Male, 50 | Unsubstantiated |
| Force: Other blunt instrument as a club | Black Male, 50 | Exonerated |

### November 2013 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Physical force | Black Male, 22 | Complainant Uncooperative |

### May 2010 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Discourtesy: Word | Black Male, 27 | Unsubstantiated |
| Abuse Of Authority: Refusal to provide name/shield number | Black Male, 27 | Unfounded |

## February 2009 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
| --- | --- | --- |
| Abuse Of Authority: Stop | Black Male, 26 | Unsubstantiated |

**Conclusion Meanings:**

**'Exonerated':** The alleged conduct occurred but did not violate the NYPD's own rules, which often give officers significant discretion.

**'Unfounded':** Evidence suggests that the event or alleged conduct did not occur.

**'Unsubstantiated':** The CCRB has fully investigated but could not affirmatively conclude both that the conduct occurred and that it broke the rules.

Further details on conclusion definitions.

# Lawsuits

Bull v. City of New York et al.
Case # 15CV04291, U.S. District Court - Eastern District NY
2015
$25,000 Settlement
Complaint
Description: Plaintiff was walking into girlfriend's residence when he and his girlfriend were approached by defendant officers. Defendant officers pulled plaintiff out of the building, handcuffed him, searched him and transported him to central booking. Plaintiff was charged with aggravated unlicensed operation of a motor vehicle and other related charges, which were later dismissed.

Bracey et al v. City of New York et al
Case # 15CV02340, U.S. District Court - Eastern District NY
2015
Pending
Amended Complaint, Original Complaint
Description: Defendant Officers forcefully entered Plaintiffs apartment, searched it, transported to the 77th Precinct, then Central Booking were DA declined to prosecute.

Thompson v. City Of New York, et al.
Case # 001415/2015, Supreme Court - Kings
2015

Brown, Willie vs Bratton, William, Police Commissioner, Nyc, et al.

Case # 16CV03051, U.S. District Court - Eastern District NY

November 28, 2016, ended June 5, 2018

Zero Disposition

Kenton, Marland, et al. vs City of New York, et al.

Case # 0511248/2017, Supreme Court - Kings

June 19, 2017, ended January 12, 2021

$168,000 Settlement

Benbow, James vs P.O. Feely, Brian, et al.

Case # 17CV06457, U.S. District Court - Eastern District NY

November 20, 2017

Complaint

Description: Plaintiff was physically assaulted, battered, and shot in the back two times by Defendant Officers without just cause or provocation. Plaintiff was taken in for immediate surgery for removal of bullets and was arrested without probable cause, wrongfully detained.

Ramkissoon, Hassaan vs City of New York, et al.

Case # 17CV07060, U.S. District Court - Eastern District NY

December 11, 2017, ended September 12, 2018

$25,000 Settlement

Complaint

Description: Plaintiff was falsely arrested for allegedly possessing an unlicensed firearm by Defendant Officer Feeley to which Defendant Officer falsely stated that the Plaintiff threw said firearm to the ground in a barber shop to which Plaintiff denies possessing any firearm. The charges were dismissed.

Ainsley, Jermaine vs City of New York, et al.

Case # 18CV00165, U.S. District Court - Eastern District NY

January 22, 2018, ended August 24, 2018

$25,000 Settlement

Complaint

Description: Defendant Officers banged on the front and back doors of a barber shop and then entered with guns drawn and pulled the Plaintiff to the ground and stepped on his back. Plaintiff was searched and then transported to the precinct and questioned about "who had the gun" and was falsely accused of tossing a weapon and marijuana. Bail was set and the Plaintiff was sent to Rikers Island where charges were later dismissed.

Clarke, Namor vs City of New York, et al.

Case # 515133/2019, Supreme Court - Kings

July 23, 2019

Outlaw, Horace vs City of New York, et al.

Case # 19CV06056, U.S. District Court - Eastern District NY

November 4, 2019, ended April 10, 2020

$12,000 Settlement

50-a.org | About

**Search by Officer Name or Badge Number**

[enter name or badge #] [Search]

# Matthew J. Rosiello

Badge #2090, White Male

Detective Grade 3 at Narcotics Borough Brooklyn North since April 2018

Also served in: 77th Precinct, Patrol Borough Brooklyn North

Service started July 2011, made $135,000 last year, active

**Lawsuits:**

|  | |
|---|---|
|  | Davis v. City of New York, 2014 EDNY |
| $19,768 | Adonis, Tyrone vs City of New York, et al., 2014 EDNY |
|  | Bracey et al v. City of New York et al, 2015 EDNY |
| $30,000 | Lucas v. City Of New York, et al., 2015 KCSC |
| $168,000 | Kenton, Marland, et al. vs City of New York, et al., 2017 KCSC |
|  | Benbow, James vs P.O. Feely, Brian, et al., 2017 EDNY |
| $25,000 | Ainsley, Jermaine vs City of New York, et al., 2018 EDNY |
|  | Hillman, Sherwin, et al. vs City of New York, et al., 2019 KCSC |

View Details

# Complaints

| | |
|---|---|
| 10 Allegations | 1 Alleged Victim Uncooperative |
| 0 Substantiated | 3 Exonerated |
| 7 Complaints | 6 Unsubstantiated |

### May 2018 - Complaint Details

| Allegation | CCRB Conclusion |
|---|---|
| Abuse Of Authority: Entry of Premises | Exonerated |
| Abuse Of Authority: Search of Premises | Exonerated |

### July 2017 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Vehicle search | Black Male, 23 | Alleged Victim |

| | | Uncooperative |
|---|---|---|

### June 2017 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Physical force | Black Male, 35 | Unsubstantiated |
| Abuse Of Authority: Interference with recording | | Unsubstantiated |
| Abuse Of Authority: Threat of arrest | | Unsubstantiated |

### March 2015 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Gun fired | Black Male, 34 | Exonerated |

### January 2014 - Complaint Details

| Allegation | CCRB Conclusion |
|---|---|
| Abuse Of Authority: Premises entered and/or searched | Unsubstantiated |

### October 2013 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Hit against inanimate object | Black Male, 52 | Unsubstantiated |

### July 2012 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Discourtesy: Word | Male, 48 | Unsubstantiated |

**Conclusion Meanings:**
**'Exonerated':** The alleged conduct occurred but did not violate the NYPD's own rules, which often give officers significant discretion.
**'Unsubstantiated':** The CCRB has fully investigated but could not affirmatively conclude both that the conduct occurred and that it broke the rules.
Further details on conclusion definitions.

# Lawsuits

### Davis v. City of New York
Case # 14CV07527, U.S. District Court - Eastern District NY

2014
Pending
Complaint

Adonis, Tyrone vs City of New York, et al.
Case # 14CV04984, U.S. District Court - Eastern District NY
September 4, 2014, ended May 20, 2015
$19,768 Settlement
Complaint, Stipulation

Bracey et al v. City of New York et al
Case # 15CV02340, U.S. District Court - Eastern District NY
2015
Pending
Amended Complaint, Original Complaint
Description: Defendant Officers forcefully entered Plaintiffs apartment, searched it, transported to the 77th Precinct, then Central Booking were DA declined to prosecute.

Lucas v. City Of New York, et al.
Case # 503098/2015, Supreme Court - Kings
2015
$30,000 Settlement

Kenton, Marland, et al. vs City of New York, et al.
Case # 0511248/2017, Supreme Court - Kings
June 19, 2017, ended January 12, 2021
$168,000 Settlement

Benbow, James vs P.O. Feely, Brian, et al.
Case # 17CV06457, U.S. District Court - Eastern District NY
November 20, 2017
Complaint
Description: Plaintiff was physically assaulted, battered, and shot in the back two times by Defendant Officers without just cause or provocation. Plaintiff was taken in for immediate surgery for removal of bullets and was arrested without probable cause, wrongfully detained.

Ainsley, Jermaine vs City of New York, et al.
Case # 18CV00165, U.S. District Court - Eastern District NY
January 22, 2018, ended August 24, 2018
$25,000 Settlement

Complaint

Description: Defendant Officers banged on the front and back doors of a barber shop and then entered with guns drawn and pulled the Plaintiff to the ground and stepped on his back. Plaintiff was searched and then transported to the precinct and questioned about "who had the gun" and was falsely accused of tossing a weapon and marijuana. Bail was set and the Plaintiff was sent to Rikers Island where charges were later dismissed.

Hillman, Sherwin, et al. vs City of New York, et al.

Case # 510123/2019, Supreme Court - Kings

May 9, 2019

50-a.org | About