# EXHIBIT 21

**Search by Officer Name or Badge Number**

| enter name or badge # | Search |

# Shaneil A. Mitchell

Badge #3666, Black Male

Detective Grade 3 at Narcotics Borough Brooklyn North

Also served in: 77th Precinct

Service started July 2011, made $145,000 last year, active

> **Lawsuits:**
>
> $15,000   Jennings, Darryl, et al. vs City of New York, et al., 2016 KCSC
>           Benbow, James vs P.O. Feely, Brian, et al., 2017 EDNY
>
> View Details

## Complaints

- 6 Allegations
- 0 Substantiated
- 2 Complaints
- 5 Exonerated
- 1 Unsubstantiated

### April 2015 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Gun pointed | Black Male, 22 | Exonerated |
| Force: Gun as club | Black Male, 24 | Unsubstantiated |

### March 2015 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Gun pointed | Black Male, 34 | Exonerated |
| Abuse Of Authority: Stop | Black Male, 34 | Exonerated |
| Force: Gun pointed | Black Male, 27 | Exonerated |
| Abuse Of Authority: Stop | Black Male, 27 | Exonerated |

**Conclusion Meanings:**
**'Exonerated':** The alleged conduct occurred but did not violate the NYPD's own rules, which often give officers significant discretion.
**'Unsubstantiated':** The CCRB has fully investigated but could not affirmatively conclude both that the conduct occurred and that it broke the rules.
Further details on conclusion definitions.

## Lawsuits

Jennings, Darryl, et al. vs City of New York, et al.
Case # 002031/2016, Supreme Court - Kings
February 26, 2016, ended December 27, 2016
$15,000 Settlement

Benbow, James vs P.O. Feely, Brian, et al.
Case # 17CV06457, U.S. District Court - Eastern District NY
November 20, 2017
Complaint
Description: Plaintiff was physically assaulted, battered, and shot in the back two times by Defendant Officers without just cause or provocation. Plaintiff was taken in for immediate surgery for removal of bullets and was arrested without probable cause, wrongfully detained.

**Search by Officer Name or Badge Number**

| enter name or badge # | Search |

# Kenneth L. Anderson

Badge #20151, Black Male

Police Officer at 77th Precinct since January 2020

Service started July 2011, made $113,000 last year, active

## Complaints

- 3 Allegations
- 0 Substantiated
- 3 Complaints

- 1 Closed - Pending Litigation
- 2 Exonerated

### June 2017 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Physical force | Black Male, 43 | Closed - Pending Litigation |

### January 2017 - Complaint Details

| Allegation | | CCRB Conclusion |
|---|---|---|
| Force: Gun fired | | Exonerated |

### March 2015 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Gun pointed | Black Male, 34 | Exonerated |

**Conclusion Meanings:**
**'Exonerated':** The alleged conduct occurred but did not violate the NYPD's own rules, which often give officers significant discretion.
Further details on conclusion definitions.

## Lawsuits

Bell, Joseph vs City of New York, et al.
Case # 505112/2015, Supreme Court - Kings

August 28, 2015

John, Vanessa vs City of New York, et al.
Case # 505107/2015, Supreme Court - Kings
August 28, 2015

Benbow, James vs P.O. Feely, Brian, et al.
Case # 17CV06457, U.S. District Court - Eastern District NY
November 20, 2017
Complaint
Description: Plaintiff was physically assaulted, battered, and shot in the back two times by Defendant Officers without just cause or provocation. Plaintiff was taken in for immediate surgery for removal of bullets and was arrested without probable cause, wrongfully detained.

Kings, James, et al. vs City of New York, et al.
Case # 519422/2020, Supreme Court - Kings
October 9, 2020

50-a.org | About

**Search by Officer Name or Badge Number**

| enter name or badge # | Search |

# Stephen T. Minucci

Badge #7219, White Male

Detective Grade 3 at 90th Precinct Detective Squad

Also served in: 77th Precinct, Department of Investigation Squad

Service started July 2004, made $148,000 last year, active

**Lawsuits:**

| | |
|---|---|
| $47,500 | Fredericks v. The City of New York, 2008 SDNY |
| $7,503 | Jennings v. The City of New York, 2009 EDNY |
| $2,500 | Carolina v. City of New York et al, 2012 EDNY |
| $17,500 | Wiggins, Keshawn vs City of New York, et al., 2014 EDNY |
| $25,000 | Cedeno, Darryl vs P.O. O'mahoney, Denis, et al., 2014 EDNY |
| $70,000 | Jack et al v. City of New York et al, 2015 EDNY |
| | Benbow, James vs P.O. Feely, Brian, et al., 2017 EDNY |

View Details

# Complaints

14 Allegations          1 Alleged Victim Uncooperative
 0 Substantiated        4 Complainant Uncooperative
 7 Complaints           6 Exonerated
                        3 Unfounded

## March 2015 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Gun pointed | Black Male, 34 | Exonerated |
| Abuse Of Authority: Stop | Black Male, 34 | Exonerated |
| Force: Gun pointed | Black Male, 27 | Exonerated |
| Abuse Of Authority: Stop | Black Male, 27 | Exonerated |

## June 2014 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Refusal to provide name/shield number | Female | Alleged Victim Uncooperative |

### April 2014 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Discourtesy: Word | Black Male, 26 | Unfounded |
| Force: Gun pointed | Black Male, 26 | Exonerated |

### April 2010 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Stop | Black Male, 27 | Complainant Uncooperative |
| Abuse Of Authority: Frisk | Black Male, 27 | Complainant Uncooperative |
| Abuse Of Authority: Search (of person) | Black Male, 27 | Complainant Uncooperative |

### July 2009 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Discourtesy: Action | Black Male, 19 | Unfounded |
| Force: Physical force | Black Male, 19 | Unfounded |

### July 2009 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Physical force | Black Male, 33 | Exonerated |

### April 2007 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Premises entered and/or searched | | Complainant Uncooperative |

**Conclusion Meanings:**

**'Exonerated':** The alleged conduct occurred but did not violate the NYPD's own rules, which often give officers significant discretion.

**'Unfounded':** Evidence suggests that the event or alleged conduct did not occur.

Further details on conclusion definitions.

## Lawsuits

Fredericks v. The City of New York

Case # 08CV02514, U.S. District Court - Southern District NY

2008

$47,500 Settlement

Stipulation, Complaint

Jennings v. The City of New York

Case # 09CV04171, U.S. District Court - Eastern District NY

2009

$7,503 Settlement

Stipulation, Complaint

Carolina v. City of New York et al

Case # 12CV02695, U.S. District Court - Eastern District NY

2012

$2,500 Settlement

Complaint, Stipulation

Wiggins, Keshawn vs City of New York, et al.

Case # 14CV00749, U.S. District Court - Eastern District NY

February 6, 2014, ended September 18, 2014

$17,500 Settlement

Stipulation, Amended Complaint

Cedeno, Darryl vs P.O. O'mahoney, Denis, et al.

Case # 13CV04754, U.S. District Court - Eastern District NY

March 28, 2014, ended April 9, 2014

$25,000 Settlement

Jack et al v. City of New York et al

Case # 15CV06815, U.S. District Court - Eastern District NY

2015

$70,000 Settlement

Complaint

Description: Plaintiff 1 heard her sister scream in their apartment building and saw her being

shoved by three men who ended up police officers that did not identify themselves. When Plaintiff 1 asked what was happening, officers screamed racist comments and ordered her arrest. More residents objected at the scene and were arrested. Officers then warrantlessly entered Plaintiff's apartment, ransacked it finding nothing, and ordered everyone to be arrested. The officers questioned the Plaintiffs about guns in the neighborhood at the precinct and then released 3 of them. Another Plaintiff was charged with Criminal Possession of a Weapon and 3 other Plaintiffs were charged with OGA. All charges against all Plaintiffs were dismissed.

Benbow, James vs P.O. Feely, Brian, et al.

Case # 17CV06457, U.S. District Court - Eastern District NY

November 20, 2017

Complaint

Description: Plaintiff was physically assaulted, battered, and shot in the back two times by Defendant Officers without just cause or provocation. Plaintiff was taken in for immediate surgery for removal of bullets and was arrested without probable cause, wrongfully detained.

Search by Officer Name or Badge Number

| enter name or badge # | Search |

# William A. Diab

Captain at Warrant Section
Also served in: 71st Precinct, 77th Precinct, 70th Precinct, 78th Precinct
Service started January 2006, made $170,000 last year, active
White Male, 38

> **Substantiated Allegations:**
> Force: Physical force (2)
> Abuse Of Authority: Entry of Premises (2)
> Abuse Of Authority: Failure to provide RTKA card (2)
> Abuse Of Authority: Refusal to provide name/shield number
> Abuse Of Authority: Search of Premises
> Abuse Of Authority: Stop (2)
> Discourtesy: Action

> **Lawsuits:**
>           Benbow, James vs P.O. Feely, Brian, et al., 2017 EDNY
> $15,000   Sylvester, Ronald vs City of New York, et al., 2018 EDNY
> View Details

## Articles

Why The Majority Of NYPD Misconduct Complaints End Up "Unsubstantiated", Gothamist, 18 August 2020

## Complaints

| | | | |
|---|---|---|---|
| 62 | Allegations | 1 | Substantiated (Formalized Training) |
| 11 | Substantiated | 1 | Substantiated (Command Lvl Instructions) |
| 19 | Complaints | 4 | Substantiated (Charges) |
| | | 3 | Substantiated (Command Discipline A) |

- 2 Substantiated (Command Discipline B)
- 1 Complainant Unavailable
- 3 Complainant Uncooperative
- 12 Exonerated
- 2 Miscellaneous - Subject Terminated
- 2 Unfounded
- 26 Unsubstantiated
- 5 Victim Unidentified

### April 2019 - Complaint Details

| Allegation | CCRB Conclusion |
|---|---|
| Abuse Of Authority: Entry of Premises | Substantiated (Command Discipline B) |
| Abuse Of Authority: Entry of Premises | Unsubstantiated |
| Abuse Of Authority: Failure to provide RTKA card | Substantiated (Command Discipline A) |

### April 2019 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Gun pointed | Asian Male, 34 | Unsubstantiated |
| Abuse Of Authority: Entry of Premises | Asian Male, 34 | Substantiated (Charges) |
| **NYPD Conclusion:** APU - Decision Pending | | |
| Discourtesy: Word | Asian Male, 34 | Unsubstantiated |
| Abuse Of Authority: Search of Premises | Asian Male, 34 | Substantiated (Charges) |
| **NYPD Conclusion:** APU - Decision Pending | | |

### January 2019 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Discourtesy: Word | Black Male, 32 | Unsubstantiated |
| Abuse Of Authority: Threat of force (verbal or physical) | Black Male, 32 | Unsubstantiated |
| Force: Physical force | Black Male, 32 | Unsubstantiated |
| Force: Physical force | Black Male, 32 | Exonerated |
| Force: Chokehold | Black Male, 32 | Unsubstantiated |

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Discourtesy: Word | Black Female, 36 | Unsubstantiated |

### December 2018 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Search of Premises | | Exonerated |
| Abuse Of Authority: Entry of Premises | | Exonerated |
| Abuse Of Authority: Failure to provide RTKA card | Black Female, 52 | Substantiated (Command Lvl Instructions) |
| **NYPD Conclusion:** Instructions, penalty: Instruction | | |
| Abuse Of Authority: Refusal to provide shield number | Black Female, 52 | Unsubstantiated |

### July 2018 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Discourtesy: Word | Black Female, 44 | Unsubstantiated |
| Force: Physical force | Black Male, 30 | Substantiated (Command Discipline B) |
| **NYPD Conclusion:** Command Discipline - B | | |

### June 2018 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Physical force | Black Male, 19 | Exonerated |
| Abuse Of Authority: Search (of person) | Black Male, 19 | Exonerated |

### May 2018 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Refusal to provide name/shield number | Black Male, 30 | Substantiated (Command Discipline A) |
| **NYPD Conclusion:** No Finding, penalty: No penalty | | |
| Abuse Of Authority: Stop | Black Male, 30 | Unsubstantiated |
| Abuse Of Authority: Interference with recording | Black Male, 30 | Unsubstantiated |
| Abuse Of Authority: Property damaged | Male, 23 | Unsubstantiated |

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Electronic device information deletion | Black Male, 30 | Unsubstantiated |
| Offensive Language: Race | | Unsubstantiated |
| Abuse Of Authority: Threat of arrest | | Unsubstantiated |
| Abuse Of Authority: Stop | Male, 20 | Substantiated (Command Discipline A) |

**NYPD Conclusion:** No Finding, penalty: No penalty

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Threat of arrest | Black Female, 44 | Unsubstantiated |
| Offensive Language: Race | Black Female, 44 | Unsubstantiated |

### December 2017 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Vehicle stop | Black Male, 41 | Unsubstantiated |
| Abuse Of Authority: Threat of arrest | Male | Victim Unidentified |
| Discourtesy: Word | Male | Victim Unidentified |
| Abuse Of Authority: Frisk | Male | Victim Unidentified |
| Abuse Of Authority: Search (of person) | Male | Victim Unidentified |
| Abuse Of Authority: Stop | Male | Victim Unidentified |
| Discourtesy: Word | Black Male, 41 | Unsubstantiated |
| Discourtesy: Word | Black Male, 41 | Unfounded |
| Force: Physical force | Black Male, 41 | Unsubstantiated |

### October 2016 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Vehicle stop | Black Male, 30 | Exonerated |
| Abuse Of Authority: Other | Black Male, 30 | Unsubstantiated |
| Abuse Of Authority: Other | Black Male, 30 | Unsubstantiated |

### May 2016 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Physical force | Black Male, 26 | Complainant Unavailable |

### March 2016 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
| --- | --- | --- |
| Discourtesy: Word | Black Male, 33 | Unsubstantiated |
| Force: Physical force | Black Male, 33 | Unsubstantiated |

### September 2015 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
| --- | --- | --- |
| Force: Gun pointed | Black Male, 28 | Exonerated |
| Abuse Of Authority: Stop | Black Male, 28 | Substantiated (Formalized Training) |

**NYPD Conclusion:** Formalized Training

### March 2015 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
| --- | --- | --- |
| Force: Gun pointed | Black Male, 34 | Exonerated |
| Abuse Of Authority: Stop | Black Male, 34 | Exonerated |
| Force: Gun pointed | Black Male, 27 | Exonerated |
| Abuse Of Authority: Stop | Black Male, 27 | Exonerated |

### July 2014 - Complaint Details

| Allegation | CCRB Conclusion |
| --- | --- |
| Abuse Of Authority: Premises entered and/or searched | Exonerated |

### June 2008 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
| --- | --- | --- |
| Force: Nightstick as club (incl asp & baton) | Black Male, 19 | Complainant Uncooperative |
| Force: Physical force | Black Male, 19 | Complainant Uncooperative |
| Offensive Language: Race | Black Male, 19 | Complainant Uncooperative |

### December 2007 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
| --- | --- | --- |
| Force: Physical force | Black Male, 21 | Substantiated (Charges) |

**NYPD Conclusion:** Negttn-Guilty, penalty: Vacation days: 35

| Discourtesy: Action | Black Male, 21 | Substantiated (Charges) |

**NYPD Conclusion:** Negttn-Guilty, penalty: Vacation days: 35

### December 2007 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Gun Drawn | | Miscellaneous - Subject Terminated |
| Abuse Of Authority: Stop | Black Male, 18 | Miscellaneous - Subject Terminated |

### August 2007 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Refusal to provide name/shield number | Black Male, 47 | Unsubstantiated |

### September 2006 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Discourtesy: Word | Black Male, 57 | Unfounded |

**Conclusion Meanings:**
**'Exonerated':** The alleged conduct occurred but did not violate the NYPD's own rules, which often give officers significant discretion.
**'Substantiated':** The alleged conduct occurred and it violated the rules. The NYPD has discretion over what, if any, discipline is imposed.
**'Unfounded':** Evidence suggests that the event or alleged conduct did not occur.
**'Unsubstantiated':** The CCRB has fully investigated but could not affirmatively conclude both that the conduct occurred and that it broke the rules.
Further details on conclusion definitions.

## Lawsuits

Benbow, James vs P.O. Feely, Brian, et al.
Case # 17CV06457, U.S. District Court - Eastern District NY
November 20, 2017

Sylvester, Ronald vs City of New York, et al.

Case # 18CV06023, U.S. District Court - Eastern District NY

November 5, 2018, ended May 2, 2019

$15,000 Settlement

50-a.org | About