# EXHIBIT 24



# NEW YORK CITY POLICE DEPARTMENT
## CENTRAL PERSONNEL INDEX
### ROUND ROBIN REPORT

TAX NUMBER: 944550

PAGE 1 OF 1
DATE: 2/20/2018
TIME: 14:47:29

NAME: BRIAN FEELEY
RANK: POLICE OFFICER MALE
COMMAND: (077) 077 PRECINCT



CONFIDENTIAL

Page: 1

# NYPD

Internal Affairs Bureau

Officer Resume

POM BRIAN W FEELEY [944550/02768]

---

## Part I - Personal Information

Name: POM BRIAN W FEELEY
Tax number: 944550    Officer command: 130-PATROL SERVICES BUREAU
Precinct/Command: 077-077 PRECINCT

## Part II - Incidents



CONFIDENTIAL

DEF_3427



**CONFIDENTIAL** **DEF_3428**



**Resume Report**

Search Criteria:
Tax# 944550 BRIAN FEELEY Status: ACTIVE
Command: 077 PRECINCT



**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　　**DEF_3429**



CONFIDENTIAL

DEF_3430



CONFIDENTIAL

DEF_3431