# EXHIBIT 25



# NEW YORK CITY POLICE DEPARTMENT
## CENTRAL PERSONNEL INDEX
### ROUND ROBIN REPORT

PAGE 1 OF 3
DATE:  7/7/2020
TIME:  13:08:11

TAX NUMBER:  951180

NAME:  MATTHEW ROSIELLO
RANK:  DETECTIVE 3RD GRADE
COMMAND:  (547) NARC BORO BROOKLYN NORTH



CONFIDENTIAL                                                           DEF_5530



# NEW YORK CITY POLICE DEPARTMENT
## CENTRAL PERSONNEL INDEX
### ROUND ROBIN REPORT

PAGE 2 OF 3
DATE: 7/7/2020
TIME: 13:08:11

TAX NUMBER: 951180

**NAME:** MATTHEW ROSIELLO
**RANK:** DETECTIVE 3RD GRADE
**COMMAND:** (547) NARC BORO BROOKLYN NORTH



CONFIDENTIAL                    DEF_5531



NEW YORK CITY POLICE DEPARTMENT
CENTRAL PERSONNEL INDEX
ROUND ROBIN REPORT

TAX NUMBER : 951180

PAGE 3 OF 3
DATE: 7/7/2020
TIME: 13:08:11

NAME: MATTHEW ROSIELLO
RANK: DETECTIVE 3RD GRADE
COMMAND: (547) NARC BORO BROOKLYN NORTH



CONFIDENTIAL

Page: 1

# NYPD

Internal Affairs Bureau

Officer Resume

POM MATTHEW J ROSIELLO [951180/20090]





**Resume Report**

Search Criteria:
Tax# 951180 MATTHEW ROSIELLO Status: TEMPORARY-ASSIGNMENT
Command: NARCO BORO BKLYN NORTH



CONFIDENTIAL DEF_3446



**CONFIDENTIAL**                                                                                       **DEF_3447**

CONFIDENTIAL

DEF_3448