# EXHIBIT 26

Page: 1

**NYPD**

Internal Affairs Bureau

Officer Resume

POM KENNETH L ANDERSON [950001/20151]

**CONFIDENTIAL**



## Resume Report

Search Criteria:
Tax# 950001 KENNETH ANDERSON **Status: ACTIVE**
Command: 077 PRECINCT

*Dec 14, 2017*

# Officer History

**Officer Name :** Diab, William

| | |
|---|---|
| **Tax ID :** 940125 | **Sex :** Male |
| **Shield :** 00000 | **Race :** White |
| **Rank :** LT | **Command :** 071 |
| **DoBirth :** ▮ | **Appt Date :** 01/31/2006 |
| **Age :** 35 | **Tenure :** 11 |

| CCRB # | Rept Date | Inc Date | Allegation | Disposition | NYPD Disposition | Penalty | Command |
|---|---|---|---|---|---|---|---|
| 200612375 | 09/19/2006 | 09/18/2006 | Discourtesy - Word | Unfounded | | | 070 |
| 200711197 | 08/06/2007 | 08/05/2007 | Abuse - Refusal to provide name/shield number | Unsubstantiated | | | 078 |
| 200718446 | 12/26/2007 | 12/20/2007 | Abuse - Gun Drawn | Miscellaneous - Subject Terminated | | | 070 |
| | 12/26/2007 | 12/20/2007 | Abuse - Stop | Miscellaneous - Subject Terminated | | | 070 |
| 200800389 | 01/08/2008 | 12/31/2007 | Force - Physical force | Substantiated (Charges) | Negttn-Guilty | Vacation days: 35 | 070 |
| | 01/08/2008 | 12/31/2007 | Discourtesy - Action | Substantiated (Charges) | Negttn-Guilty | | 070 |
| | 01/08/2008 | 12/31/2007 | Other. - Other Misconduct | Other Misconduct (No Rec.) | Negttn-Guilty | | 070 |
| 200810798 | 07/25/2008 | 06/15/2008 | Force - Nightstick as club (incl asp & baton) | Complainant Uncooperative | | | 070 |
| | 07/25/2008 | 06/15/2008 | Force - Physical force | Complainant Uncooperative | | | 070 |
| | 07/25/2008 | 06/15/2008 | Offensive Lang. - Race | Complainant Uncooperative | | | 070 |
| 201116487 | 12/26/2011 | 12/20/2011 | | Mediated | | | 070 |
| 201406793 | 07/08/2014 | 07/06/2014 | Abuse - Premises entered and/or searched | Exonerated | | | 077 |

Confidential Communication. To be used for authorized purposes only

**CONFIDENTIAL**    **DEF_6758**

*Dec 14, 2017*

# Officer History

| | | |
|---|---|---|
| **Officer Name :** | Diab, William | |
| **Tax ID :** 940125 | | **Sex :** Male |
| **Shield :** 00000 | | **Race :** White |
| **Rank :** LT | | **Command :** 071 |
| **DoBirth :** ■■■■ | | **Appt Date :** 01/31/2006 |
| **Age :** 35 | | **Tenure :** 11 |

|  |  |  |  |  |  | NYPD |  |  |
|---|---|---|---|---|---|---|---|---|
| CCRB # | Rcpt Date | Inc Date | Allegation | Disposition | | Disposition | Penalty | Command |
| ███████████████████████████████████████████████████████████████████ |

**Total Charges =** 20          **Total Cases =** 11

Confidential Communication. To be used for authorized purposes only

*CCRB CTS - Confidential*                                                      *Page 2 of 2*

**CONFIDENTIAL**                                                      **DEF_6759**

**NYPD**

Internal Affairs Bureau

Officer Resume

LT WILLIAM A DIAB [940125/00000]

CONFIDENTIAL

CONFIDENTIAL

DEF_6761



**Resume Report**

Search Criteria:
Tax# 940125 WILLIAM DIAB Status: ACTIVE
Command: 071 PRECINCT

**CONFIDENTIAL**

*Dec 14, 2017*

# Officer History

|  |  |  |  |
|---|---|---|---|
| **Officer Name :** Feeley, Brian | | | |
| **Tax ID :** 944550 | | **Sex :** Male | |
| **Shield :** 02768 | | **Race :** White | |
| **Rank :** POM | | **Command :** 077 | |
| **DoBirth :** ▮▮▮▮▮ | | **Appt Date :** 07/09/2007 | |
| **Age :** 31 | | **Tenure :** 10 | |

| | | | | | NYPD | | |
| CCRB # | Rept Date | Inc Date | Allegation | Disposition | Disposition | Penalty | Command |
|---|---|---|---|---|---|---|---|
| 200907430 | 05/14/2009 | 02/28/2009 | Other. - Failure to produce stop and frisk report | Other Misconduct (No Rec.) | | | 077 |
| | 05/14/2009 | 02/28/2009 | Abuse - Stop | Unsubstantiated | | | 077 |
| 201007321 | 05/31/2010 | 05/31/2010 | Abuse - Refusal to provide name/shield number | Unfounded | | | 077 |
| | 05/31/2010 | 05/31/2010 | Discourtesy - Word | Unsubstantiated | | | 077 |
| 201310342 | 11/04/2013 | 11/02/2013 | Force - Physical force | Complainant Uncooperative | | | 077 |
| 201401633 | 02/19/2014 | 02/14/2014 | Force - Other blunt instrument as a club | Exonerated | | | 077 |
| | 02/19/2014 | 02/14/2014 | Force - Physical force | Unsubstantiated | | | 077 |
| 201409510 | 09/16/2014 | 09/13/2014 | Abuse - Vehicle search | Exonerated | | | 077 |
| 201506396 | 07/27/2015 | 03/07/2015 | Force - Gun fired | | | | 077 |



**Total Charges =** 14          **Total Cases =** 7

Confidential Communication. To be used for authorized purposes only

**CONFIDENTIAL**                                                          **DEF_6764**



**NEW YORK CITY POLICE DEPARTMENT**
**CENTRAL PERSONNEL INDEX**
ROUND ROBIN REPORT

TAX NUMBER : 944550

PAGE 1 OF 1
DATE: 2/20/2018
TIME: 14:47:29

NAME:  BRIAN FEELEY
RANK:  POLICE OFFICER MALE
COMMAND:  (077) 077 PRECINCT



**CONFIDENTIAL**

DEF_6765

**NYPD**

Internal Affairs Bureau

Officer Resume

POM BRIAN W FEELEY [944550/02768]



**CONFIDENTIAL**



**CONFIDENTIAL**                                                        **DEF_6767**



**Resume Report**

Search Criteria:
Tax# 944550 BRIAN FEELEY **Status: ACTIVE**
Command: 077 PRECINCT

**CONFIDENTIAL**                                                      **DEF_6768**



CONFIDENTIAL

DEF_6769



CONFIDENTIAL

DEF_6770

*Dec 14, 2017*

# Officer History

**Officer Name :**  Minucci, Stephen

| | | |
|---|---|---|
| **Tax ID :** 935326 | **Sex :** Male |
| **Shield :** 7219 | **Race :** White |
| **Rank :** DT3 | **Command :** 303 |
| **DoBirth :** ▓▓▓ | **Appt Date :** 07/01/2004 |
| **Age :** 35 | **Tenure :** 13 |

| CCRB # | Rept Date | Inc Date | Allegation | Disposition | NYPD Disposition | Penalty | Command |
|---|---|---|---|---|---|---|---|
| 200705219 | 04/16/2007 | 04/14/2007 | Abuse - Premises entered and/or searched | Complainant Uncooperative | | | 077 |
| 200911376 | 07/23/2009 | 07/14/2009 | Force - Physical force | Exonerated | | | 077 |
| 200911601 | 07/28/2009 | 07/24/2009 | Force - Physical force | Unfounded | | | 077 |
| | 07/28/2009 | 07/24/2009 | Discourtesy - Action | Unfounded | | | 077 |
| 201005618 | 04/28/2010 | 04/28/2010 | Abuse - Frisk | Complainant Uncooperative | | | 077 |
| | 04/28/2010 | 04/28/2010 | Abuse - Search (of person) | Complainant Uncooperative | | | 077 |
| | 04/28/2010 | 04/28/2010 | Abuse - Stop | Complainant Uncooperative | | | 077 |
| 201104977 | 04/19/2011 | 04/19/2011 | Other. - Failure to prepare a memo book entry | Other Misconduct (No Rec.) | | | 077 |
| 201405570 | 06/06/2014 | 06/01/2014 | Abuse - Refusal to provide name/shield number | Victim Uncooperative | | | 077 |
| 201407167 | 07/17/2014 | 04/05/2014 | Force - Gun Pointed | Exonerated | | | 077 |
| | 07/17/2014 | 04/05/2014 | Discourtesy - Word | Unfounded | | | 077 |

**Total Charges =**  11          **Total Cases =**  7

Confidential Communication. To be used for authorized purposes only

**CONFIDENTIAL**                                          **DEF_6771**

**NYPD**

Internal Affairs Bureau

Officer Resume

DT3 STEPHEN T MINUCCI [935326/7219]

CONFIDENTIAL

DEF_6773

CONFIDENTIAL

DEF_6774



**Resume Report**

Search Criteria:
Tax# 935326 STEPHEN MINUCCI Status: ACTIVE
Command: DET SQD. BKLYN NORTH-090



CONFIDENTIAL

DEF_6776

*Dec 14, 2017*

# Officer History

| | | | |
|---|---|---|---|
| **Officer Name :** | Mitchell, Shaneil | | |
| **Tax ID :** | 950894 | **Sex :** | Male |
| **Shield :** | 3666 | **Race :** | Black |
| **Rank :** | DT3 | **Command :** | 594 |
| **DoBirth :** | ▮▮▮▮ | **Appt Date :** | 07/06/2011 |
| **Age :** | 35 | **Tenure :** | 6 |

| CCRB # | Rept Date | Inc Date | Allegation | Disposition | NYPD Disposition | Penalty | Command |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Total Charges = 2**          **Total Cases = 1**

Confidential Communication. To be used for authorized purposes only

*CCRB CTS - Confidential*                                                                 *Page 1 of 1*

**CONFIDENTIAL**                                                       **DEF_6777**



**NEW YORK CITY POLICE DEPARTMENT**

**CENTRAL PERSONNEL INDEX**

ROUND ROBIN REPORT

TAX NUMBER : 950894

PAGE 1 OF 1

DATE:   2/20/2018

TIME:   14:51:05

NAME:   SHANEIL MITCHELL

RANK:   DETECTIVE 3RD GRADE

COMMAND:   (594) GANG SQUAD BROOKLYN NORTH



**CONFIDENTIAL**                    **DEF_6778**

**NYPD**

Internal Affairs Bureau

Officer Resume

DT3 SHANEIL A MITCHELL [950894/36661



**CONFIDENTIAL**

**DEF_6779**



**Resume Report**

Search Criteria:
Tax# 950894 SHANEIL MITCHELL Status: ACTIVE
Command: GANG SQUAD BROOKLYN NORTH

CONFIDENTIAL

*Dec 14, 2017*

# Officer History

**Officer Name :** Rosiello, Matthew

| | |
|---|---|
| **Tax ID :** 951180 | **Sex :** Male |
| **Shield :** 20090 | **Race :** White |
| **Rank :** POM | **Command :** 077 |
| **DoBirth :** ▮▮▮▮▮ | **Appt Date :** 07/06/2011 |
| **Age :** 31 | **Tenure :** 6 |

| CCRB # | Rept Date | Inc Date | Allegation | Disposition | NYPD Disposition | Penalty | Command |
|---|---|---|---|---|---|---|---|
| 201209645 | 07/27/2012 | 07/24/2012 | Discourtesy - Word | Unsubstantiated | | | 165 |
| 201309571 | 10/11/2013 | 10/04/2013 | Force - Hit against inanimate object | Unsubstantiated | | | 077 |
| 201400209 | 01/07/2014 | 01/03/2014 | Abuse - Premises entered and/or searched | Unsubstantiated | | | 077 |
| 201506396 | 07/27/2015 | 03/07/2015 | Force - Gun fired | | | | 077 |

**Total Charges =** 7    **Total Cases =** 5

Confidential Communication. To be used for authorized purposes only

**CONFIDENTIAL**    **DEF_6782**

**NYPD**

Internal Affairs Bureau

Officer Resume

POM MATTHEW J ROSIELLO [951180/20090]



**CONFIDENTIAL**



**Resume Report**

Search Criteria:
Tax# 951180 MATTHEW ROSIELLO Status: TEMPORARY-ASSIGNMENT
Command: NARCO BORO BKLYN NORTH



CONFIDENTIAL

CONFIDENTIAL

DEF_6786