# EXHIBIT 27

Excerpt of CCRB
Case Overview



PO Anderson said that neither he, nor PO Rosiello, nor PO Feeley issued Mr. Benbow any commands as he ran west on Nassau Street.



Page 5

**CCRB Case # 201506396**

*CCRB CTS – Confidential*

DEF_0246