# EXHIBIT 28

| Last Name | First Name | Officer ID | Rank | Command | Incident ID | Incident Date | Complaint Category | Allegation | CCRB Finding | NYPD Finding | Penalty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Feeley | Brian | 48165 | POM | INT CIS | 200907430 | 2009-02-28 | Abuse of Authority | Stop | Unsubstantiated | NULL | NULL |
| Feeley | Brian | 48165 | POM | INT CIS | 201007321 | 2010-05-31 | Discourtesy | Word | Unsubstantiated | NULL | NULL |
| Feeley | Brian | 48165 | POM | INT CIS | 201007321 | 2010-05-31 | Abuse of Authority | Refusal to provide name/shield number | Unfounded | NULL | NULL |
| Feeley | Brian | 48165 | POM | INT CIS | 201310342 | 2013-11-02 | Force | Physical force | Truncated | NULL | NULL |
| Feeley | Brian | 48165 | POM | INT CIS | 201401633 | 2014-02-14 | Force | Other blunt instrument as a club | Exonerated | NULL | NULL |
| Feeley | Brian | 48165 | POM | INT CIS | 201401633 | 2014-02-14 | Force | Physical force | Unsubstantiated | NULL | NULL |
| Feeley | Brian | 48165 | POM | INT CIS | 201409510 | 2014-09-13 | Abuse of Authority | Vehicle search | Exonerated | NULL | NULL |
| Feeley | Brian | 48165 | POM | INT CIS | 201506396 | 2015-03-07 | Force | Gun fired | Exonerated | NULL | NULL |

Mar 07, 2015

# Officer History

**Officer Name :** Feeley, Brian

**Tax ID :** 944550  **Sex :** Male
**Shield :** 02768  **Race :** White
**Rank :** POM  **Command :** 077
**DoBirth :** ▮  **Appt Date :** 07/09/2007
**Age :** 28  **Tenure :** 7

| CCRB # | Rept Date | Inc Date | Allegation | Disposition | NYPD Disposition | Penalty | Command |
|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | | | |
| 201310342 | 11/04/2013 | 11/02/2013 | Force - Physical force | Complainant Uncooperative | | | 077 |
| 201401633 | 02/19/2014 | 02/14/2014 | Force - Physical force | | | | 077 |
| | 02/19/2014 | 02/14/2014 | Force - Other blunt instrument as a club | | | | 077 |
| 201409510 | 09/16/2014 | 09/13/2014 | Abuse - Vehicle Searched | | | | 077 |
| | 09/16/2014 | 09/13/2014 | Discourtesy - Word | | | | 077 |
| | 09/16/2014 | 09/13/2014 | Abuse - Threat of force (verbal or physical) | | | | 077 |

**Total Charges =** 10   **Total Cases =** 5

Confidential Communication. To be used for authorized purposes only

*CCRB*   *Page 1 of 1*

**CONFIDENTIAL**   **DEF_2506**

*Mar 07, 2015*

# Officer History

**Officer Name:** Rosiello, Matthew

| | |
|---|---|
| **Tax ID:** 951180 | **Sex:** Male |
| **Shield:** 20090 | **Race:** White |
| **Rank:** POM | **Command:** 077 |
| **DoBirth:** ▇▇▇ | **Appt Date:** 07/06/2011 |
| **Age:** 28 | **Tenure:** 3 |

| CCRB # | Rept Date | Inc Date | Allegation | Disposition | NYPD Disposition | Penalty | Command |
|---|---|---|---|---|---|---|---|
| ▇▇▇ | | | | | | | |
| 201309571 | 10/11/2013 | 10/04/2013 | Force - Hit against inanimate object | Unsubstantiated | | | 077 |
| ▇▇▇ | | | | | | | |

**Total Charges =** 3    **Total Cases =** 3

Confidential Communication. To be used for authorized purposes only

*CCRB*                                                                                                       *Page 1 of 1*

**CONFIDENTIAL**                                                                              **DEF_2507**

*Dec 14, 2017*

# Officer History

**Officer Name :** Feeley, Brian

**Tax ID :** 944550     **Sex :** Male
**Shield :** 02768     **Race :** White

**Rank :** POM     **Command :** 077
**DoBirth :** ▮▮▮▮▮     **Appt Date :** 07/09/2007
**Age :** 31     **Tenure :** 10

| CCRB # | Rept Date | Inc Date | Allegation | Disposition | NYPD Disposition | Penalty | Command |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 201310342 | 11/04/2013 | 11/02/2013 | Force - Physical force | Complainant Uncooperative | | | 077 |
| 201401633 | 02/19/2014 | 02/14/2014 | Force - Other blunt instrument as a club | Exonerated | | | 077 |
| | 02/19/2014 | 02/14/2014 | Force - Physical force | Unsubstantiated | | | 077 |
| ███ | | | search | | | | |
| 201506396 | 07/27/2015 | 03/07/2015 | Force - Gun fired | | | | 077 |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |

**Total Charges =** 14     **Total Cases =** 7

Confidential Communication. To be used for authorized purposes only

*CCRB CTS - Confidential*     *Page 1 of 1*

**CONFIDENTIAL**     **DEF_3425**