# EXHIBIT 29

| Last | First | Tax # | Command | Complaint # | Date | Allegation FADO | Sub-allegation | Disposition | Days | Penalty |
|---|---|---|---|---|---|---|---|---|---|---|
| Rosiello | Matthew | 54529 | DT3 | NARCBBN | 201400209 | 2014-01-03 | Abuse of Authority | Premises entered and/or searched | Unsubstantiated | NULL | NULL |
| Rosiello | Matthew | 54529 | DT3 | NARCBBN | 201309571 | 2013-10-04 | Force | Hit against inanimate object | Unsubstantiated | NULL | NULL |
| Rosiello | Matthew | 54529 | DT3 | NARCBBN | 201209645 | 2012-07-24 | Discourtesy | Word | Unsubstantiated | NULL | NULL |
| Rosiello | Matthew | 54529 | DT3 | NARCBBN | 201708090 | 2017-06-23 | Abuse of Authority | Interference with recording | Unsubstantiated | NULL | NULL |
| Rosiello | Matthew | 54529 | DT3 | NARCBBN | 201506396 | 2015-03-07 | Force | Gun fired | Exonerated | NULL | NULL |
| Rosiello | Matthew | 54529 | DT3 | NARCBBN | 201807287 | 2018-05-30 | Abuse of Authority | Search of Premises | Exonerated | NULL | NULL |
| Rosiello | Matthew | 54529 | DT3 | NARCBBN | 201807287 | 2018-05-30 | Abuse of Authority | Entry of Premises | Exonerated | NULL | NULL |

Showing 11 to 20 of 23 entries

Previous 1 2 3 Next

Dec 14, 2017

# Officer History

**Officer Name :** Rosiello, Matthew

**Tax ID :** 951180  **Sex :** Male
**Shield :** 20090  **Race :** White

**Rank :** POM  **Command :** 077
**DoBirth :** ▮▮▮▮▮▮  **Appt Date :** 07/06/2011
**Age :** 31  **Tenure :** 6

| CCRB # | Rept Date | Inc Date | Allegation | Disposition | NYPD Disposition | Penalty | Command |
|---|---|---|---|---|---|---|---|
| 201309571 | 10/11/2013 | 10/04/2013 | Force - Hit against inanimate object | Unsubstantiated | | | 077 |
| 201506396 | 07/27/2015 | 03/07/2015 | Force - Gun fired | | | | 077 |

**Total Charges =** 7    **Total Cases =** 5

Confidential Communication. To be used for authorized purposes only

CCRB CTS - Confidential                                                                    Page 1 of 1

**CONFIDENTIAL**                                                                                **DEF_3444**