# EXHIBIT 30

Excerpt of
PO Feeley's CCRB Interview

## Interview Details



PO Rosiello fired one shot at Mr. Benbow. PO Feeley did not know who shot first. PO Feeley did not know which parts of Mr. Benbow's body his bullets truck. Mr. Benbow fell forward onto his stomach, and a firearm fell in front of him. PO Feeley did not recall if Mr. Benbow's body contorted or spun as he was shot. Mr. Benbow did not run north of PO Feeley's position on the street. Mr. Benbow did not at any point run east on Nassau Street.

*RB CTS - Confidential*

DEF_0331