# EXHIBIT 31

Excerpt of
Sgt. Diab's CCRB Interview

## Interview Details



Mr. Bradley stopped and dropped to the ground, placing the bag he carried on the ground. Mr. Benbow ran west on the south sidewalk of Nassau Street, in the direction of the rear car. Mr. Benbow ran in the direction of PO Feeley, PO Rosiello and PO Anderson, who were farther west on Nassau Street. Sgt. Diab could not see whether Mr. Benbow removed an object from his waistbound as Mr. Benbow's back was facing Sgt. Diab as he ran west. Sgt. Diab could not recall if PO Rosiello, PO Anderson or PO Feeley issued Mr. Benbow any commands.



0346