# EXHIBIT 32

Excerpt of
PO Anderson's CCRB Interview

Case 1:17-cv-06457-EK-JRC   Document 99-35   Filed 10/01/21   Page 1 of 2 PageID #: 1086

## Interview Details



Mr. Benbow ran one car-length before turning right toward the street to "cut in between" two parked cars and into the street. Mr. Benbow began running into Nassau Street at an angle "toward" and "at" PO Feeley, not perpendicular to the sidewalk. When Mr. Benbow cut into the street, he was about thirty feet from PO Rosiello and PO Anderson. Although Mr. Benbow never pointed or "punched out" the gun at PO Feeley, he was waiving it while running in PO Feeley's direction.



Page 3
CCRB Case # 201506396

CCRB CTS - Confidential

DEF_0339