# EXHIBIT 33

Excerpt of
PO Mitchell's CCRB Interview

## Interview Details



Benbow. Mr. Benbow did not hold any objects in his hands. PO Mitchell did not recall if Mr. Bradley held any objects in his hands.

Mr. Bradley stopped, put his hands above his head and dropped to the ground. Mr. Benbow ran west on the south sidewalk of Nassau Street, in the direction of the rear car. Mr. Benbow ran in the direction of PO Feeley, PO Rosiello and PO Anderson, who were farther west on Nassau Street.