# EXHIBIT 35

```
JM                                                            27
INDEX # 1849/15         P.O. MITCHELL            date
```

happened next?

P.O. MITCHELL: And at that point once I drove down a couple of car lengths on Nassau, I noticed both of the them they saw - they saw our vehicle pulling up and - at which point I stopped and at that point I said, sarge, Sergeant Diab, he exited the passenger side, uh, gun drawn, uh, told them to stop and at that point when I exited the, uh, the driver's side and I turned around that's when I saw the second male, he was running in - in between some - he was running in between some cars.

DEF_2318