# EXHIBIT 36

```
JM                                                    22
INDEX # 1849/15         P.O. ROSIELLO        July 19, 2015
```

LT. GORE: Police, don't move.

P.O. ROSIELLO: Drop the gun.

LT. GORE: Drop the gun. All right, uh, are you closer to him than we have marked on the sketch at this time, were you advancing toward him was he advancing toward you?

P.O. ROSIELLO: Uh, he was closing in pretty quick.

LT. GORE: Oh so he was coming at --

P.O. ROSIELLO: Yes, yes.

LT. GORE: -- you. Okay. All right, and did you hear Feeley give any commands or say anything?

P.O. ROSIELLO: No.