# EXHIBIT 37

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - x
JAMES BENBOW,

                 Plaintiff,

       -against-   Civ. No.:  17-CV-6457(EK)(LB)

CITY OF NEW YORK; POLICE OFFICER BRIAN W.
FEELEY; POLICE OFFICER MATTHEW J. ROSIELLO;
POLICE OFFICER KENNETH L. ANDERSON; SERGEANT
WILLIAM A. DAIB; POLICE OFFICER SHANIEL J.
MITCHELL; and POLICE OFFICER STEPHEN J. MINUCCI,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - x
                 VIDEOCONFERENCE VIA ZOOM
                 Conducted by:
                 LEX REPORTING SERVICE
                 160 Broadway
                 New York, New York

                 November 19, 2020
                 10:06 a.m.


**DEPOSITION** of **DETECTIVE STEPHEN T.**

**MINUCCI**, named herein as **POLICE OFFICER STEPHEN**

**J. MINUCCI**, a Defendant in the above-entitled

action, held remotely via Zoom videoconference,

pursuant to Order, taken before Tania C.

Pedrosa, a shorthand reporter and Notary Public

within and for the State of New York.



             LEX#160688-A

**REPORTING SERVICE, INC.**

PROFESSIONAL REPORTING SINCE 1980

TOLL FREE 800.608.6085

```
 1                    S. T. Minucci                    15
 2          A     I believe the year was 2001.
 3          Q     What were the circumstances of
 4     that?
 5          A     I was in college and found to be
 6     purchasing beer with a fake ID.
 7          Q     What, if anything, happened with
 8     that arrest?  Were you convicted? dismissed?
 9          A     I was -- it was -- the charges
10     were reduced and I did -- I paid a fine.
11          Q     And where did that occur?
12          A     Albany, New York.
13          Q     Have you ever been a party to a
14     lawsuit?
15          A     Yes.
16          Q     Okay.  In what sense?  Were you a
17     plaintiff, a defendant or both?
18          A     I was a defendant in some
19     lawsuits in connection with my work as a
20     police officer.
21          Q     Okay.  And how many times were
22     you a defendant in those lawsuits?
23          A     I don't know the exact number.
24          Q     Okay.  How about an approximate?
25          A     I would -- if I had to guess, I
```

```
1                    S. T. Minucci                    16

2    would say around ten.

3         Q    And what were those lawsuits for

4    in which you were a defendant as a police

5    officer?

6                    MR. WEINER:  Objection.

7                    But you can answer if you

8               understand.

9         A    I understand the question.  It's

10   various lawsuits.  I don't remember any -- I

11   don't remember the specific allegations of

12   each and every one.

13        Q    Okay.  Have you ever been sued

14   for any allegation involving any dishonesty?

15                   MR. WEINER:  Objection.

16        A    I don't actually understand the

17   question.  What -- what do you mean exactly?

18        Q    Like someone accused you of being

19   dishonest in some way, taking their funds or

20   making a false report or saying something

21   that wasn't true, any allegation involving

22   dishonesty; if you know.

23        A    I -- I don't know to be honest

24   with you.  I'm sorry.  It just seems to be a

25   vague question.  I'm not really sure -- I
```

```
 1                    S. T. Minucci                    18

 2          A     Is it all right if I answer

 3     generally?

 4          Q     Yeah, to the extent that you have

 5     to.  If you don't remember, you know, a

 6     particular --

 7          A     I don't -- I don't remember

 8     specifics.  In general, in the course of my

 9     work as a police officer, I've been accused

10     of, you know, certain -- certain actions and

11     those have gone to lawsuits.  And the most --

12     most, if not all, were settled out of court.

13          Q     Okay.  And that's fine.  Do you

14     remember what those lawsuits were about?

15          A     Again, pertaining to just in the

16     course of my actions as a police officer.

17          Q     Okay.  Do you have any other

18     understanding?  Were they, like, lawsuits for

19     excessive force?  Were they lawsuits for

20     search and seizure?  Were they lawsuits, you

21     know, for something else?  And if you can't

22     answer, just let me know.

23                    MR. WEINER:  Objection.

24          A     Again, I believe there -- there

25     have been some which alleged excessive force,
```

```
1                        S. T. Minucci                    19

2      some which alleged illegal search, violation

3      of rights -- those are the -- those are the

4      allegations that I vaguely remember but I

5      don't remember the specifics.

6            Q     Okay.  Have you ever had to go to

7      court to testify in relationship to any of

8      these lawsuits?

9            A     Yes.

10           Q     Okay.  Which one?

11           A     I -- I don't remember.  I know --

12     I know I have testified in regards to a

13     lawsuit previously.

14           Q     Okay.  In court?

15           A     I believe so, yes.

16           Q     Okay.  And your testimony is you

17     don't have a recollection as to what that

18     case was about?

19           A     No.

20           Q     Okay.  And when you say that the

21     cases were settled, do you know if all of

22     them were settled?

23           A     I don't know if all of them were

24     settled.  I believe most of them have been

25     settled at this point.
```

S. T. Minucci                                    29



S. T. Minucci                    30



S. T. Minucci                35



```
1                    S. T. Minucci                    49

2              he froze.

3                    Is he still frozen for you?

4              THE REPORTER:  Yes.

5         A    Yeah.  It was frozen for me.  Are

6    you guys frozen?

7                    (Technical difficulties.

8              Off the record.)

9                    THE WITNESS:  Can you repeat

10             the question?

11   BY MR. ABOUSHI:

12        Q    Sure.  Have you ever been taught

13   to shoot someone in their back?

14                  MR. WEINER:  Objection.

15        A    No.

16        Q    Have you ever been taught to

17   shoot someone simply because they possess a

18   gun?

19                  MR. WEINER:  Objection.

20        A    I'm sorry.  That -- that -- that

21   question is a little vague.  Someone in

22   possession of a gun has the potential for

23   deadly physical force, so you have to be more

24   simple than did they have a gun.  What would

25   be the --
```

1                    S. T. Minucci                50

2        Q      Well, let's start with the simple

3    premise.  Let's start with the simple

4    premise.

5               The fact that someone has a gun

6    -- is in possession of a gun, is that in and

7    of itself a reason to shoot them?

8                    MR. WEINER:  Objection.

9        A      To shoot them?

10       Q      Yes.

11       A      No.

12       Q      Okay.  If someone is running away

13    from you and they have a gun, is that -- have

14    you ever been taught to shoot at that point?

15                   MR. WEINER:  Objection.

16       A      Is that person pointing the gun

17    at me or --

18       Q      No.

19       A      -- at someone else?

20       Q      No.

21       A      No?  Then no.

22       Q      So if someone is running away

23    with a gun and they're not pointing the gun

24    at you or someone else, there's no reason to

25    shoot them, correct?

```
 1                    S. T. Minucci                    51

 2                    MR. WEINER:  We object to

 3              the hypothetical.

 4                    Go ahead.

 5       A     To shoot them, you're asking?  I

 6  want to be -- I just want to be clear.

 7  You're asking to shoot and not to point my

 8  firearm?  Because there is a difference.

 9       Q     Yeah.  My wording was shooting --

10       A     No.

11       Q     -- to shoot them.

12       A     I would not -- I would not shoot

13  them simply for possessing and running away

14  for having a firearm.

15       Q     Okay.  Have you ever been taught

16  to shoot someone who's running away with a

17  gun?

18                    MR. WEINER:  Objection.

19       A     To my recollection, no, I have

20  never been taught to shoot someone who's

21  running away with a firearm.

22       Q     Now, are there guidelines for the

23  use of deadly force?

24       A     Yes.

25       Q     Okay.  Have you ever seen those
```

```
 1                    S. T. Minucci                 63

 2   circumstances or absent those circumstances?

 3          A     Accepting, accepting those

 4   circumstances.

 5          Q     You're thinking of exigent

 6   circumstances.

 7          A     Yeah.

 8          Q     Did you have a regular partner in

 9   2015?

10          A     In 2015 I would have been working

11   with Officer Mitchell, Officer Okvist --

12   those would have been my regular partners.

13          Q     How do you spell Okvist?

14          A     O-K-V-I-S-T.

15          Q     And the three of you were in

16   anti-crime in 2015; is that correct?

17          A     Yes, that's correct.

18          Q     And those would be your regular

19   partners in the anti-crime control?

20          A     Correct.

21          Q     And were you -- strike that.

22                Did you ever work with Officer

23   Feeley?

24          A     Yes, from time to time but he --

25   I believe -- and I'm -- I believe at the time
```

S. T. Minucci                          73

1

2      Q      Okay.  And when you're taught to

3  fire your weapon, you are taught to aim at

4  center mass, correct?

5      A      Correct.

6      Q      And if someone is facing you,

7  center mass would be from their hips to the

8  beginning of their neck, correct?

9      A      Correct.

10     Q      If someone's back is to you, the

11  center mass would be from their waistline to

12  their neck, correct?

13     A      Well, if they had their back

14  turned to me, unless they were presenting a

15  weapon, we wouldn't be shooting them,

16  correct?

17     Q      Well, I'm not answering your

18  questions.  You need to answer my questions.

19              In terms of center mass, if

20  someone's back was to you, the center mass

21  would be from their waistline to their neck,

22  correct?

23     A      Yes, that would be correct.

24     Q      Do you know what would happen if

25  you failed to qualify with your on-duty

```
 1                    S. T. Minucci                74

 2   weapon?

 3         A     If you failed to qualify with it,

 4   you would be restricted from carrying it, and

 5   then you would presumably be put on

 6   administrative duty until you could qualify

 7   to carry it again.

 8         Q     Okay.  Is there a waiting period

 9   to be requalified?

10         A     I don't know the specifics

11   because I've never failed to qualify with my

12   duty weapon.  I believe you are required to

13   go through retraining and then at some period

14   you can carry your weapon again when you

15   requalify.  I don't know the time frame.

16         Q     Are you left-handed or

17   right-handed?

18         A     I am right-handed.

19         Q     Okay.  And your weapon is located

20   on your right side?

21         A     Correct.

22         Q     So when you fire your weapon,

23   what happens to the shell casings?

24                    MR. WEINER:  Objection.

25         Q     Do they go up?  To the right?
```

```
 1                    S. T. Minucci                    80

 2     he received intelligence of an individual

 3     with a firearm.

 4          Q     Were you with Officer Mitchell

 5     when he got that call?

 6          A     I don't remember if I was with

 7     him or -- I believe I was, yes.

 8          Q     Okay.  And where were you all

 9     when the call came in?

10          A     I believe we were -- I -- I don't

11     remember.  I believe we were at the

12     77th Precinct at the station house.

13          Q     Okay.  And what happened next?

14          A     We informed Officer Diab of what

15     the intelligence received -- I'm sorry.  I

16     apologize.  Sergeant Diab.

17          Q     Okay.  And where was Sergeant

18     Diab at the time?

19          A     I don't remember.

20          Q     Did you have any direct

21     conversations with the person that had

22     allegedly called Officer Mitchell about this

23     situation?

24          A     Not that I remember.

25          Q     Did you have any conversation --
```

```
 1                    S. T. Minucci                    82

 2                    clarification.  Zoom audio

 3                    distortion/malfunction.)

 4          A      We simply discussed that Officer

 5   Cespedes had informed us there was an

 6   individual with a firearm and that we were

 7   going to go tell Sergeant Diab so we can plan

 8   what to do next.

 9          Q      And you don't remember what was

10   said specifically?

11          A      No.

12          Q      Okay.  And what did you all

13   specifically say to Sergeant Diab?

14          A      That we had information from our

15   FIO that there was an individual with a

16   firearm at a certain location.

17          Q      Was Officer Cespedes at the

18   precinct at this time?

19          A      I don't believe so.

20          Q      Okay.  Do you know where he was

21   when he made this call to Sergeant -- Officer

22   Mitchell?

23          A      No, I don't know where he was.

24          Q      At any point in time that night,

25   did you speak to Jason Marshall?
```

S. T. Minucci                                    83

1

2      A      No.

3      Q      Did you or Officer Mitchell do

4   anything to confirm the information that

5   Mitchell says he received from Cespedes?

6                  MR. WEINER:  Objection.

7      A      What do you mean?  Could you be a

8   little more specific?  What do you mean

9   confirm it?

10     Q      Meaning did you do anything to

11  investigate whether or not that was true?

12     A      I believe someone spoke to the

13  individual that Officer Cespedes spoke to.  I

14  don't remember who that was, though.

15     Q      What makes you believe that?

16     A      What makes me believe what, sir?

17     Q      That someone spoke to the

18  individual that Cespedes allegedly spoke to.

19     A      I -- it's just my -- to my

20  recollection, someone did speak to him.

21     Q      You just don't know where or how

22  that recollection came about?

23     A      I don't -- I don't remember

24  specifically who it may have been.

25     Q      Okay.  After you spoke to

```
 1                    S. T. Minucci                   90
 2    Mr. Bradley and Mr. Benbow turns around and
 3    runs in the opposite direction, correct?
 4          A     Correct.
 5          Q     Does he confront you?
 6          A     Does he confront me?
 7          Q     Yes.
 8          A     Mr. Benbow?
 9          Q     Does Mr. Benbow confront you?
10          A     No.
11          Q     Does he point a gun at you?
12          A     No, he doesn't point a gun at me.
13          Q     Does he point a gun at Sergeant
14    Diab?
15          A     No.
16          Q     Does he point a gun at Officer
17    Mitchell?
18          A     No.
19          Q     Did you see him point a gun at
20    any officer that night?
21          A     Yes.
22          Q     You saw him point a gun at an
23    officer?
24          A     I'm sorry.  I apologize.  No, I
25    did not see him pointing a gun.  When I
```

```
 1                    S. T. Minucci                104

 2         Q      Okay.  And what happened after

 3    the ambulance arrived?

 4         A      I spoke to the supervisor on the

 5    location and then we all went back to the

 6    84th Precinct.

 7         Q      Okay.  And who were the

 8    supervisors at the location?

 9         A      I -- I couldn't tell you.  I

10    don't remember at all.

11         Q      Okay.

12         A      Other -- other than, obviously,

13    Sergeant Diab.

14         Q      Did you have a conversation with

15    Sergeant Diab immediately after the shooting?

16         A      We may have but I don't remember

17    the specifics of it.

18         Q      Okay.  You testified earlier that

19    there was a conversation after the shooting

20    with the officers that were present, correct?

21         A      Correct.

22         Q      You don't remember what was said,

23    correct?

24         A      No, I don't remember.

25         Q      Okay.  How far away for you --
```

```
1                        S. T. Minucci                    105

2      how far away from Mr. Benbow were you when he

3      was shot?

4                        MR. WEINER:  Objection.

5           A      As I said, maybe 20 to 30 feet.

6           Q      Okay.  So 20 to 30 feet from

7      behind you, correct?

8                        MR. WEINER:  Objection.

9           A      It would be -- I'm sorry.  What

10     do you mean?

11          Q      I'm just trying to narrow it.

12                 So you were in the rear passenger

13     -- rear driver -- how did you characterize --

14     you were in the rear seat behind the driver

15     in your vehicle, correct?

16          A      Correct.

17          Q      Okay.  And you got out of your

18     vehicle, correct?

19          A      Correct.

20          Q      And at some point you were facing

21     the sidewalk, correct?

22          A      Correct.

23          Q      Okay.  So the driver's side is to

24     your left at that point, correct?

25          A      Correct.
```

```
  1                    S. T. Minucci                106

  2        Q      And Mr. Benbow is to your right

  3   down the street, correct?

  4        A      Correct.

  5        Q      Okay.  So at that point when he's

  6   to your right down the street, how far was he

  7   from you when he was shot?

  8                    MR. WEINER:  Objection.

  9        A      Again, I would estimate to the

 10   best of my recollection 20 to 30 feet.

 11        Q      Okay.  He's essentially parallel

 12   to you 20 to 30 feet to your right, correct?

 13                    MR. WEINER:  Objection.

 14        A      Correct.

 15        Q      When he was shot, correct?

 16        A      Correct.

 17        Q      Where was Officer Minucci when

 18   Mr. Benbow was shot?

 19                    MR. WEINER:  He is Officer

 20                    Minucci.

 21        A      I am Officer --

 22        Q      I'm sorry.  Officer Mitchell.

 23   Yes, you are Officer Minucci.  Thank you.

 24        A      I -- he was getting out of the

 25   vehicle.  I don't know if he -- I don't
```

```
1                    S. T. Minucci                    109

2    weapon out because you were responding to a

3    report of someone with a gun, correct?

4         A    Correct.

5         Q    Okay.  And you pointed the gun in

6    the direction of Mr. Benbow and Mr. Bradley

7    initially, correct?

8         A    Correct.

9         Q    Okay.  And then Mr. Benbow turned

10   and ran away, correct?

11        A    Correct.

12        Q    Okay.  Earlier we went over the

13   fact that when Mr. Benbow was shot, he was to

14   your right approximately 20 to 30 feet from

15   you in the middle of the street, correct?

16        A    Correct.

17        Q    Did you point your gun at him at

18   that time?

19        A    I had my gun drawn and was

20   pointed in the direction when I heard the

21   gunshots fired.

22        Q    Okay.  Did you ever point your

23   gun specifically at Mr. Benbow other than

24   when you first got out of the car and he ran

25   away?
```