# EXHIBIT 38

```
           UNITED STATES DISTRICT COURT

           EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - -x
JAMES BENBOW,
                           Plaintiff,

             -against-   Civ. No.:  17-CV-6457(EK)(LB)

CITY OF NEW YORK; POLICE OFFICER BRIAN W.
FEELEY; POLICE OFFICER MATTHEW J. ROSIELLO;
POLICE OFFICER KENNETH L. ANDERSON; SERGEANT
WILLIAM A. DAIB; POLICE OFFICER SHANIEL J.
MITCHELL; and POLICE OFFICER STEPHEN J. MINUCCI,

                           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - -x
                           VIDEOCONFERENCE VIA ZOOM
                           Conducted by:
                           LEX REPORTING SERVICE
                           160 Broadway
                           New York, New York

                           November 19, 2020
                           2:05 p.m.
```

**DEPOSITION** of **DETECTIVE RUBEN CESPEDES**,

a Non-Party Witness in the above-entitled

action, held remotely via Zoom videoconference,

pursuant to Order, taken before Tania C.

Pedrosa, a shorthand reporter and Notary Public

within and for the State of New York.



LEX#160688-B

```
 1                    R. Cespedes                    108
 2              was taken.)
 3   BY MR. ABOUSHI:
 4        Q    Detective Cespedes, the command
 5   that you're in, is it called DCEI?
 6        A    No.  The command -- that's what I
 7   was in previously.
 8        Q    Okay.  What does DCEI stand for?
 9        A    Deputy Commissioner of Equity and
10   Inclusion.
11        Q    Okay.  Would you be surprised to
12   learn that you have at least 12 CCRB
13   complaints filed against you throughout your
14   career?
15                 MR. WEINER:  Objection.
16        A    I guess.  I don't know.
17                 MR. WEINER:  Objection.
18        Q    You can answer, please.
19        A    I -- surprising?  I mean, that's
20   what happens.  Active police officers get
21   CCRBs.
22        Q    Okay.
23        A    How much of them are
24   substantiated?
25                 MR. WEINER:  That's a good
```

Search by Officer Name or Badge Number

enter name or badge #                                                                                  Search

# Ruben A. Cespedes

Badge #3460, Hispanic Male

Detective Grade 3 at Firearms Suppression Section

Also served in: 77th Precinct, Patrol Borough Brooklyn North

Service started July 2012, made $150,000 last year, active

LinkedIn

> Brooklyn and Queens District Attorney 'Adverse Credibility' list of officers with potential credibility problems includes 'Ruben Cespedes'.

## Complaints

| | |
|---|---|
| 12 Allegations | 1 Alleged Victim Uncooperative |
| 0 Substantiated | 2 Complainant Uncooperative |
| 8 Complaints | 5 Complaint Withdrawn |
| | 2 Exonerated |
| | 2 Unsubstantiated |

### March 2017 - Complaint Details

| Allegation | CCRB Conclusion |
|---|---|
| Abuse Of Authority: Entry of Premises | Exonerated |
| Abuse Of Authority: Search of Premises | Exonerated |

### March 2017 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Vehicle | Black Male, 16 | Complainant Uncooperative |

### September 2016 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|

| | | |
|---|---|---|
| Force: Gun pointed | Black Male, 25 | Complaint Withdrawn |
| Abuse Of Authority: Threat of force (verbal or physical) | Black Male, 25 | Complaint Withdrawn |

### June 2016 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Physical force | Black Male, 18 | Complainant Uncooperative |

### June 2015 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Force: Physical force | Male, 24 | Alleged Victim Uncooperative |

### December 2014 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Stop | Black Male, 37 | Unsubstantiated |

### September 2013 - Complaint Details

| Allegation | CCRB Conclusion |
|---|---|
| Abuse Of Authority: Threat of force (verbal or physical) | Complaint Withdrawn |
| Force: Physical force | Complaint Withdrawn |
| Offensive Language: Race | Complaint Withdrawn |

### June 2013 - Complaint Details

| Allegation | Complainant | CCRB Conclusion |
|---|---|---|
| Abuse Of Authority: Property damaged | Black Male, 41 | Unsubstantiated |

**Conclusion Meanings:**

**'Exonerated':** The alleged conduct occurred but did not violate the NYPD's own rules, which often give officers significant discretion.

**'Unsubstantiated':** The CCRB has fully investigated but could not affirmatively conclude both that the conduct occurred and that it broke the rules.

Further details on conclusion definitions.

50-a.org | About