UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JAMES BENBOW,

                              Plaintiff,

            -against-

THE CITY OF NEW YORK, POLICE OFFICER BRIAN FEELEY, POLICE OFFICER MATTHEW ROSIELLO, POLICE OFFICER KENNETH ANDERSON, SERGEANT WILLIAM DIAB, DETECTIVE SHANIEL MITCHELL, AND POLICE OFFICER STEPHEN MINUCCI,

                              Defendants.

------------------------------------------------------------------x

**REPLY DECLARATION OF ZACHARY KALMBACH IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

17-CV-06457 (EK) (JRC)

        **ZACHARY KALMBACH**, an attorney duly admitted to practice in the State of New York and in this Court, declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

        1.    I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendants City of New York, Police Officer Kenneth Anderson, Sergeant William Diab, Police Officer Brian Feeley, Police Officer Stephen Minucci, Detective Shaniel Mitchell, and Police Officer Matthew Rosiello.  As such, I am familiar with the facts and circumstances stated herein and submit this declaration in further support of defendants' Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56.

        2.    Annexed hereto as Exhibit AB is a true and correct copy of a photograph of plaintiff, taken on March 7, 2015, which depicts one gunshot wound on the right side of plaintiff's body and no gunshot wounds to his back.

3.      Annexed hereto as Exhibit AC is a true and correct copy of an excerpt of the December 7, 2020 Deposition Transcript of defendant Police Officer Brian Feeley, which demonstrates that he fired three shots quickly, one after the other.

Dated:  New York, New York
        October 1, 2021

                                        GEORGIA M. PESTANA
                                        Corporation Counsel of the City of New York
                                        *Attorney for City of New York, Police Officer Kenneth Anderson, Sergeant William Diab, Police Officer Brian Feeley, Police Officer Stephen Minucci, Detective Shaniel Mitchell, and Police Officer Matthew Rosiello*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-2322

                             By:     /s/ *Zachary Kalmbach*
                                        Zachary Kalmbach
                                        *Assistant Corporation Counsel*
                                        Special Federal Litigation

cc:     **Via ECF**
        Aymen Aboushi, Esq.
        *Attorney for Plaintiff*