COPY

SF-J. Weiler

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES BENBOW,

                    Plaintiff,

        -against-   Civ. No.:   17-CV-6457(EK)(LB)

CITY OF NEW YORK; POLICE OFFICER BRIAN W.
FEELY; POLICE OFFICER MATTHEW J. ROSIELLO;
POLICE OFFICER KENNETH L. ANDERSON; SERGEANT
WILLIAM A. DAIB; POLICE OFFICER SHANIEL J.
MITCHELL; and POLICE OFFICER STEPHEN J.
MINUCCI,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

                    VIDEOCONFERENCE VIA ZOOM
                    Conducted by:
                    LEX REPORTING SERVICE, INC.
                    160 Broadway
                    New York, New York

                    December 7, 2020
                    2:31 p.m.

        **DEPOSITION** of **POLICE OFFICER BRIAN**

**WILLIAM FEELEY**, named herein as **POLICE OFFICER**

**BRIAN W. FEELY**, a Defendant in the

above-entitled action, held remotely via Zoom

videoconference, pursuant to Order, taken

before Tania C. Pedrosa, a shorthand reporter

and Notary Public within and for the State of

New York.



## LEX
## REPORTING SERVICE, INC.
PROFESSIONAL REPORTING SINCE 1980
TOLL FREE 800.608.6085

LEX #161124

                              B. W. Feeley                    149

1    20 seconds --

2                    MR. ABOUSHI:  Objection.

3         Q      -- between your first time and

4    your last time?

5                    MR. ABOUSHI:  Objection.  It

6                    mischaracterizes the witness's

7                    testimony.

8         A      Like, I --

9                    MR. ABOUSHI:  Asked and

10                   answered.

11        A      It was -- it was -- it was an

12   approximate.  But, like I said, it was -- it

13   was very quick.  It was -- it was all within

14   -- you know, in session, like, I guess.  I

15   don't know.

16        Q      In succession?

17        A      No.  In -- in session, like I

18   didn't shoot -- like, it wasn't like I shot

19   and then, you know, minutes went by.  It was

20   all within --

21        Q      I'm sorry.  What do you mean?  It

22   was all within --

23        A      It was in a row, like in a row.

24   I don't know.

B. W. Feeley                          150

1

2       Q       Okay.  So your testimony is that

3   you shot three times in a row?

4       A       Yes.  It was --

5               MR. ABOUSHI:  Objection.

6       Q       Okay.

7       A       It's kind of hard to -- I guess

8   I'm just having trouble trying -- trying to

9   explain.  It was just three shots, boom,

10  boom, boom.  I don't know -- you know.

11      Q       Okay.

12      A       Like a boom, boom, boom.  Like,

13  I'm not --

14      Q       So you shot -- you shot three

15  shots one after the other?

16      A       Yes.  It was all -- it was one --

17  one --

18      Q       Go ahead.

19      A       -- one incident, one -- like --

20  you know, like -- I don't know.  Like I said,

21  it's hard to explain, I guess.  I don't know.

22      Q       Okay.  But I'm just trying to get

23  you to explain it.

24              MR. ABOUSHI:  Get him to

25              explain -- objection.  Just ask