

| GEORGIA M. PESTANA<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | ZACHARY KALMBACH<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2322<br>fax: (212) 356-1148<br>zkalmbac@law.nyc.gov |
|---|---|---|

October 1, 2021

**VIA ECF**
Honorable Eric Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>James Benbow v. Police Officer Feeley, et al.</u>,
           17-CV-6457 (EK) (LB)

Your Honor:

    I represent defendants City of New York, Feeley, Rosiello, Anderson, Diab, Minucci, and Mitchell in the above-referenced action. Defendants write pursuant to Section III(E)(2) of the Court's Individual Rules to respectfully advise the Court that the attorney who would argue defendants' motion for summary judgment, in the event oral argument is scheduled, has less than five years' experience as a licensed attorney.

    Defendants thank the Court for its consideration.

                                                                          Respectfully submitted,

                                                                     /s/ *Zachary Kalmbach*
                                                                     Zachary Kalmbach
                                                                     *Assistant Corporation Counsel*
                                                                     Special Federal Litigation Division

cc:     **Via ECF**
        Aymen A. Aboushi, Esq.
        *Attorney for Plaintiff*