

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA HINDS-RADIX
*Corporation Counsel*

ZACHARY KALMBACH
*Assistant Corporation Counsel*
Phone: (212) 356-2322
Fax: (212) 356-3509
Email: zkalmbac@law.nyc.gov

April 11, 2021

**BY ECF**
Honorable Eric Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    James Benbow v. Police Officer Feeley, et al.,
            17-CV-6457 (EK) (LB)

Your Honor:

      I represent defendants City of New York, Feeley, Rosiello, Anderson, Diab, Minucci, and Mitchell in the above-referenced matter. In light of the Supreme Court's recent holding in Thompson v. Clark, 2022 U.S. LEXIS 1885 (2022), defendants write to respectfully withdraw the portion of their motion for summary judgment which contends that plaintiff has not satisfied the favorable termination element of his malicious prosecution claim (ECF No. 103-2 at 11-15). Defendants, however, maintain that plaintiff's malicious prosecution claim should be dismissed because: (1) there was probable cause to prosecution plaintiff; and (2) plaintiff has failed to establish the element of malice (Id. at 15-17).

      Defendants thank the Court for its time and consideration.

                                        Respectfully submitted,

                                        /s/ *Zachary Kalmbach*
                                        Zachary Kalmbach
                                        *Assistant Corporation Counsel*
                                        Special Federal Litigation Division

cc:    **Via ECF**
       Aymen A. Aboushi, Esq.
       *Attorney for Plaintiff*