

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**ZACHARY KALMBACH**
*Assistant Corporation Counsel*
Phone: (212) 356-2322
Fax: (212) 356-3509
Email: zkalmbac@law.nyc.gov

July 21, 2022

**BY ECF**
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    James Benbow v. Police Officer Feeley, et al.,
            17-CV-6457 (EK) (LB)

Your Honor:

    I represent defendants City of New York, Feeley, Rosiello, Anderson, Diab, Minucci, and Mitchell in the above-referenced matter. Defendants write jointly with plaintiff's counsel in response to the Court's Orders dated April 27, 2022 and July 19, 2022 (ECF No. 108; Docket Entry Dated July 19, 2022). The parties respectfully inform the Court that they do not consent to: (1) referral of defendants' motion for summary judgment to Your Honor for decision; or (2) referral of this case to Your Honor for all purposes.

    Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zachary Kalmbach*

Zachary Kalmbach
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    **Via ECF**
       Aymen A. Aboushi, Esq.
       *Attorney for Plaintiff*