July 22, 2024

Honorable Judge Eric R. Komitee, U.S.D.J
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Via: ECF

> Re:    Benbow v. Feeley, et al.,
>        17-cv-06457-ERK-JRC

Dear Judge Komitee,

I hope this correspondence finds you well. I represent Plaintiff and write to respectfully request a telephone status conference. By way of background, the Defendants filed a motion for summary judgment that was referred to Judge Cho for Report and Recommendation. Judge Cho issued his R&R on August 31, 2022, correctly denying most of the motion. The parties filed their respective objections to same in September 2022. In light of the foregoing, the Plaintiff respectfully requests a status conference with the Court to address the pending objections.

We thank the Court for its attention to this matter.

Respectfully submitted,
s/Aymen A. Aboushi
Aymen A. Aboushi, Esq.

Cc: All counsel of record via ECF