```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 JAMES BENBOW,

                    Plaintiff,                    ORDER
                                              17-CV-6457(EK)(JRC)
          -against-

 POLICE OFFICER BRIAN FEEELEY and
 POLICE OFFICER MATTHEW ROSIELLO,

                    Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

    Attached to this Order are the following:

- Appendix 1. The draft jury charge for the liability phase that was considered at the charge conference held on the record on October 31, 2025 (marked as Court Exhibit 1).

- Appendix 2. The jury charge for the liability phase that the Court read into the record and provided to the jury on November 3, 2025.

- Appendix 3. The draft jury charge for the damages phase that was considered at the charge conference held on the record on November 6, 2025.

- Appendix 4. The jury charge for the damages phase that the Court read into the record and provided to the jury on November 6, 2025.

- Appendix 5. The notes sent by the jury during its deliberations (marked as Court Exhibits 2-12, 14-15, and 17-18).

- Appendix 6. The jury's verdict on liability, supplemental verdict form, and verdict on damages

(marked as Court Exhibit 13, Court Exhibit 16, and Court Exhibit 19, respectively).

SO ORDERED.


/s/ Eric Komitee
ERIC KOMITEE
United States District Judge


Dated:   November 25, 2025
         Brooklyn, New York

2