UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

JAMES BENBOW,

                     Plaintiff,               **VERDICT FORM**
                                     17-CV-6457(EK)(JRC)

                -against-

POLICE OFFICER BRIAN FEEELEY; POLICE
OFFICER MATTHEW ROSIELLO,

                 Defendants.

------------------------------------x
ERIC KOMITEE, United States District Judge:

      The applicable law in this case is fully set forth in the jury instructions. The purpose of this form is solely to assist you in reporting your verdict. Your verdict must be unanimous; that is, all of you must agree on the answer to each question.

**I.   Excessive Force**

    1. Did James Benbow prove by a preponderance of the evidence that Officer Brian Feeley used excessive force against him?

    Yes. ___✓___    No. _____

    2. Did James Benbow prove by a preponderance of the evidence that Officer Matthew Rosiello used excessive force against him?

    Yes. ___✓___    No. _____

1



COURT'S
EXHIBIT NO. _13_
IDENTIFICATION/EVIDENCE
DKT.# 17cv6457
DATE: 11-4-25

PENGAD 800-631-6989

## II.  Battery

3. Did James Benbow prove by a preponderance of the evidence that Officer Brian Feeley subjected him to a battery?

Yes. ✓    No. _____

4. Did James Benbow prove by a preponderance of the evidence that Officer Matthew Rosiello subjected him to a battery?

Yes. ✓    No. _____

## III. Assault

5. Did James Benbow prove by a preponderance of the evidence that Officer Brian Feeley subjected him to an assault?

Yes. ✓    No. _____

6. Did James Benbow prove by a preponderance of the evidence that Officer Matthew Rosiello subjected him to an assault?

Yes. ✓    No. _____

## IV.  Foreperson Signature

You have finished your deliberations. Please have your foreperson sign and date this verdict form and inform the Court, with a written note, that you have reached a verdict.

Foreperson _[signature]_____, Dated __11/04/2025___

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------x

JAMES BENBOW,

                       Plaintiff,

               -against-

POLICE OFFICER BRIAN FEEELEY and
POLICE OFFICER MATTHEW ROSIELLO,

                    Defendants.

----------------------------------------x

ERIC KOMITEE, United States District Judge:

**SUPPLEMENTAL VERDICT FORM**

17-CV-6457(EK)(JRC)

I.   Questions

1. Did Officer Feeley reasonably believe, even if mistaken, that Mr. Benbow was holding a firearm in his hand at the time Officer Feeley fired at him?

    Yes. _____     No. ___✓___

2. Did Officer Rosiello reasonably believe, even if mistaken, that Mr. Benbow was holding a firearm in his hand at the time Officer Rosiello fired at him?

    Yes. _____     No. __✓____

1



COURT'S
EXHIBIT NO. 16
IDENTIFICATION/EVIDENCE
DKT.# 17cv6457
DATE: 11-5-25
PENGAD 800-631-6989

3. Did Officer Feeley reasonably believe, even if mistaken, that Mr. Benbow was moving in the general direction of any other person at the time Officer Feeley fired at him?

Yes. _____    No. _____✓_____

4. Did Officer Rosiello reasonably believe, even if mistaken, that Mr. Benbow was moving in the general direction of any other person at the time Officer Rosiello fired at him?

Yes. _____    No. _____✓_____

II.  Foreperson Signature

Please proceed to sign the supplemental verdict form.

Foreperson _____, Dated 11/05/2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

JAMES BENBOW,

|                                        | **VERDICT FORM - DAMAGES** |
|:---|:---|
| Plaintiff, | 17-CV-6457(EK)(JRC) |

    -against-

POLICE OFFICER BRIAN FEEELEY and
POLICE OFFICER MATTHEW ROSIELLO,

    Defendants.

----------------------------------------x
ERIC KOMITEE, United States District Judge:

    The applicable law in this case is fully set forth in the jury instructions. The purpose of this form is solely to assist you in reporting your verdict. Your verdict must be unanimous; that is, all of you must agree on the answer to each question.

I.   Damages

   1. Has James Benbow proven that he is entitled to compensatory damages from excessive force, a battery and / or an assault?

     Officer Feeley:    Yes. ✔    No. ____

     Officer Rosiello:  Yes. ✔    No. ____



COURT'S EXHIBIT NO. 19  IDENTIFICATION/EVIDENCE  DKT.# 17cv6457  DATE: 11-7-25  PENGAD 800-631-6989

2. If your answer to Question 1 was "Yes," state the amount of compensatory damages that James Benbow should be awarded.

Officer Feeley      $ 133,000

Officer Rosiello    $ 57,000

3. If your answer to Question 1 was "No" as to a given defendant, please enter a nominal damages award of $1 for that defendant.

Officer Feeley      $ _____

Officer Rosiello    $ _____

II.  Foreperson Signature

       You have finished your deliberations. Please have your foreperson sign and date this verdict form and inform the Court, with a written note, that you have reached a verdict.

Foreperson _____, Dated 11/07/2025

2