UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JAMES BENBOW,

                     Plaintiff,                     NOTICE OF APPEAL

          -against-                         17-CV-6457 (EK) (JRC)

POLICE OFFICER BRIAN FEELEY and
POLICE OFFICER MATTHEW ROSIELLO,

                   Defendants.

-----------------------------------------------------------------X

       PLEASE TAKE NOTICE that plaintiff James Benbow appeals to the United States Court

of Appeals for the Second Circuit from the judgment entered by the Clerk of the Court on May

13, 2026, following a jury trial before the Honorable Eric Komitee, and from all adverse orders,

rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to,

merged in, or included within that judgment.

Dated: New York, New York
       May 26, 2026

                           Respectfully submitted,

                           THE ABOUSHI LAW FIRM, PLLC
                           1441 Broadway, 5th Floor
                           New York, NY 10018-1879
                           (212) 391-8500

                           SCOTT A. KORENBAUM, ESQ.
                           14 Wall Street, Suite 4C
                           New York, NY 10005
                           (212) 587-0018

                           Attorneys for Plaintiff

                         By: _____
                              Scott A. Korenbaum